IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

      Plaintiffs

v.                                                                Civil Action No._____

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al,.*

      Defendants.

## PLAINTIFFS' COUNSEL'S CERTIFICATE PURSUANT TO LCvR 65.1 (a)

**I.**    **NOTICE TO ADVERSE PARTY**

Pursuant to LCvR 65.1 (a), I hereby certify that on the 7th day of September 2005 at the time of 11:00 am I caused a copy of the complaint, motion for temporary restraining order, memorandum of points and authorities in support of motion for temporary restraining order, and Order to be served by hand upon Errick Green in his capacity as head of school, at Arts & Technology Academy Public Charter School, 5300 Blaine Street, N.W., Washington, D.C. 20019, telephone numbers (202) 398-6811, or (202) 398-5210, or cell phone (202) 251-2364.

Pursuant to LCvR 65.1 (a), I hereby certify that on the 7th day of September 2005 at the time 12:00 noon I caused a copy of the complaint, motion for temporary restraining order, memorandum of points and authorities in support of motion

1

for temporary restraining order, and Order to be served by hand upon Christine Bell, Esquire, Brustein & Manasevit, 3105 South Street, N.W., Washington, D.C. 20007, telephone number (202) 965-3652.

## II.   NOTICE OF TIME OF APPLICATION

Pursuant to LCvR 65.1 (a), I hereby certify that on the 7th day of September 2005 at the time of 1:00 pm I caused a copy of the complaint, motion for temporary restraining order, memorandum of points and authorities in support of motion for temporary order, and Order to be filed in the Civil Clerk's Office of the United States District Court for the District of Columbia.

Respectfully submitted,

Roy Carleton Howell (415142)
8003 Parkside Lane, N.W.
Washington, D.C. 20012
Phone (202) 545-0750
Phone (202) 545-0755