# PLAINTIFFS'

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L. C.

    Plaintiffs,

v.                                Civil Action No._____

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al,*.

    Defendants.



**BRUSTEIN & MANASEVIT**
ATTORNEYS AT LAW

3105 South Street, NW
Washington, DC 20007
phone 202.965.3652
fax 202.965.8913
email bruman@bruman.com
www.bruman.com

<u>Via Facsimile:</u> (202) 545-0525

August 30, 2005

Mr. Roy Carleton Howell
8003 Parkside Lane, NW
Washington, DC 20012

     Re:    Kenyahatta Wade, DOB: 9/9/97

Dear Mr. Howell,

    I write in response to your email dated August 29, 2005 regarding the enrollment status of Kenyahatta Wade and her sister, Alexis Cain. The enrollment term at the Arts & Technology Academy Public Charter School is one year. Students must be reenrolled each year. The enrollment process consists of two steps. First, a parent must complete the necessary form between February 1 and March 31. It is my understanding that your client did this initial step. The second step for enrollment is the residency confirmation. Parents are required to provide proof of their District of Columbia residency by presenting a drivers license or other form of identification along with a proof of address such as, including but not limited to, a utility bill, lease, or a check stub. If a parent fails to complete the second step, a child is not officially enrolled in the school. Parents were to bring the residency documentation to ATA beginning on July 1. ATA accepted the documentation for the students with completed the initial enrollment forms until August 12, 2005.

    ATA makes several efforts to remind parents of the residency verification step. First, ATA sent a letter to Ms. Cain via first class mail on June 13, 2005. ATA then attempted to call the parent on July 19, 2005, however, the telephone number listed by the parent on the reenrollment form was disconnected. ATA attempted to contact the parent again on August 12, 2005, but the telephone number was still disconnected. This is the only telephone number the school has for the children. Finally, ATA sent another letter by first class mail on August 4, 2005 regarding the need for the residency verification. Neither of the letters sent to Ms. Cain were returned to the school.

Moreover, Ms. Cain's children have attended ATA for two years and this same enrollment procedure has been in place for the past several years. For both prior years, Ms. Cain provided the necessary residency verification information.

Starting on August 16, 2005, ATA began the enrollment process for students on its wait list. Any student for whom enrollment forms were complete, but no residency verification, was then placed on the waiting list. This is the present status of Kenyahatta Wade and Alexis Cain. When and if slots become available, ATA will process the students on its waiting list consistent with its enrollment policies.

Please feel free to contact me regarding the above. Thank you for your assistance in this matter.

Sincerely,

Christine D. Bell
Counsel for ATA

cc: Errick Greene, Arts and Technology