# PLAINTIFFS'

# EXHIBIT    D

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L. C.

      Plaintiffs,

      v.                       Civil Action No._____

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al,*.

      Defendants.

---

BEFORE THE SPECIAL EDUCATION STUDENT HEARING OFFICE
DISTRICT OF COLUMBIA PUBLIC SCHOOLS

In The Matter Of **KENYAHATTA WADE**      Hearing Date:  **JULY 20, 2005**
Date of Birth: **09/09/97**               Hearing Time:  **3:00 PM**

## PETITIONER'S MOTION FOR JUDGMENT ON THE PLEADINGS OR ALTERNATIVELY SUMMARY JUDGMENT

Comes Ms. Tracey Cain the mother of Kenyahatta Wade through Attorney

Roy Carleton Howell, LL.M., and MOVES FOR JUDGMENT ON THE PLEADINGS or

alternatively SUMMARY JUDGMENT.

## (I)    THE GOVERNMENT VIOLATED *34 C.F.R. § 300.125 et seq. (CHILD FIND)*.

1.    The District of Columbia Public Schools (DCPS) failed a regulatory and legal

duty pursuant to *34 C.F.R. § 300.125 et seq.* regarding the "CHILD FIND" obligations

of federal regulations of the IDEA.

2.    An April 4, 2004 Stanford Achievement Test for grade 1 reveled that this child

consistently scored **substantially** below average in almost all academic categories.[1]

Moreover, the child's Performance Standard on the many reading and mathematics

subtests were **all below basic.**[2]

3.    A 2004-2005 Interim Progress Report by Ms. Nelson documented that this child

is **below grade level** in Math, Reading, Spelling, Science, Writing and Paragon.[3]    The

teacher Ms. Nelson made efforts to create a modified academic work requirement for this

---

[1] See, EXHIBIT # 1, April 4, 2004 STANFORD ACHIEVEMENT TEST.
[2] Id. at p. 2.
[3] See, EXHIBIT # 2, 2004-2005 INTERIM PROGRESS REPORT, The Arts & Technology Academy.

child due to her difficulties, *to wit:*

> COMMENTS:   Kenyatta loves to take part in class discussion.
> She tries really hard to complete her assignments. However,
> second grade work is difficult for her at this time. I have modified
> her class work. Please review her spelling words, reading
> assignments and practice sentences each night.[4]

4.   The teacher Ms. Nelson also found it necessary and proper to modify the child's

education program by teaching her on a lower level than what the class required due to

difficulties experienced by the minor. Ms. Nelson articulated the following:

> Kenyatta works very hard at completing her class work.
> However, it is sometimes too difficult for her to understand.
> Therefore, I have to make modifications for her on a lower
> grade level.[5]

5.   First grade teacher Ms. Wilkins in 2003-2004 recommended that this child

successfully complete MANDATORY summer school before making a final retention or

promotion decision. In regard to this child Ms. Wade wrote the following:

> She needs remediation in all subject areas. Kenyatta continues
> to have difficulty meeting and mastering grade level standards.
> I believe that she will benefit from additional time in grade 1. I
> Recommend completion of MANDATORY summer school
> before making the final retention or promotion decision. If she
> fails to attend summer school she will be retained in grade 1.
> Have a safe summer![6]

6.   First grade teacher Ms. Wilkins made observations of this child which clearly

indicate "attention deficit." Ms. Wilkins observed that the child needs to be more

focused in class, class work, and homework. Indeed, the exact language of Ms. Wilkins

is the following:

---

[4] Id., see EXHIBIT # 2.
[5] See, EXHIBIT # 3, 2004 – 2005 Report Card, Teacher Ms. Nelson, Comments 1st Quarter.
[6] See, EXHIBIT # 4, 2003-2004 REPORT CARD, Teacher Ms. Wilkins, at Comments 4th Quarter.

I believe, if Kenyatta would be more focus *sic* in class and complete homework assignments to reinforce what we are doing in class *sic*. We will see an improvement in her grades.[7]

7. Kindergarten teacher Ms. Baylor also documented evidence of "attention deficit" in this child, and wrote the following observation, *to wit:*

Kenyahatta does not stay focused when it comes to instruction. She does not complete any of her daily work . . .[8]

8. This child has exhibited problems with organization, focus and execution of assigned tasks. The child has even failed to comply with uniform requirements of her current school and was facing termination from school.[9] The failure of this child to wear the school uniform, suggests a problem with executive functioning. Indeed, the mother has provided and provides a clean uniform for the child to wear to school.

9. Approximately during the month of March 2005 school officials from the ARTS AND TECHNOLOGY ACADEMY meet with the parent of the child and agreed to perform evaluations and tests of the minor. To date the school has not performed any tests and evaluations of the minor, and has violated *34 C.F.R. § 300.531, 34 C.F.R. § 300.532, 34 C.F.R § 300.533*, and *34 C.F.R. § 300.535*.

10. The school agreed with the parent to perform evaluations and tests of the minor and meet and discuss the results with the parent and provide the parent a copy of all evaluations and tests determinations. To date the school has not performed any

---

[7] Id., see EXHIBIT 4, at Comments 3rd Quarter.
[8] Id. see EXHIBIT 5, 2002-2003 REPORT CARD, Teacher Ms. Baylor, at Comments 1st Quarter.
[9] See, EXHIBIT # 6, which is legal notice to the parents of the child that said minor will be terminated from attending the school if the uniform requirements are not met.

evaluations and tests, and failed to meet with the parent to discuss the results, and failed
to provide the parent a copy of all evaluations and tests results. These failures have
violated *34 C.F.R. § 300.534.*

11. The parent asked the school for help for the child in 1st and 2nd grades inasmuch
as the child was doing poorly in school. Moreover, the parent met with school officials
in late 2005 and again asked for evaluations, tests and help for her child to determine
eligibility and placement (*IDEA*). The school agreed to determine eligibility and
placement for the child but failed to act in violation of *34 C.F.R. § 300.535.*

12. Insofar as the school was made aware of the academic problems, possible
disabilities, and special needs of this child by the parent and via the records and the
school agreed to evaluate and test the child but failed to do so, in turn this institutional
failure violated *34 C.F.R. § 300.125 (CHILD FIND).*

13. Clearly the entire "paper trail" of this child proves that the government has
denied this child FAPE via IDEA. Moreover, the testimony of the mother and student
will support the cause of action *via 34 C.F.R. § 300.125 (CHILD FIND).*

14. This child's rights and special education needs have been violated

## II.    THE REMEDY FOR THIS STUDENT:

15. The school has agreed to evaluate and test the child and has failed to perform
the evaluations and tests pursuant to the law and agreement. Therefore, the government
*must do the following:*

(a.)   DCPS must immediately conduct a Psycho-Educational Evaluation on this child.

(b.)   DCPS must immediately execute a Social History of this child.

(c.)   DCPS must immediately execute a Hearing Test upon this child.

(d.)   DCPS must immediately execute a Vision Screening of this child.

(e.)   DCPS must execute a Speech & Language Evaluation of this child.

(f.)   DCPS must execute a Classroom Observation of this child.

(g.)   DCPS must convene an MDT and subsequently execute an IEP for this child
pursuant to the IDEA, and provide this child with FAPE.

(h.)   DCPS must consider the issue of ESY at the MDT meeting.

(i.)   DCPS must consider the issue of Compensatory Education at the MDT meeting.

(j.)   DCPS must consider the appropriate placement for this child at the MDT
meeting.

(k.)   DCPS must provide transportation if placement requires such.

Respectfully submitted,

Roy Carleton Howell, LL.M.
8003 Parkside Lane, N.W.
Washington, D.C. 20012
(202) 545-0755 – office
(202) 545-0750 – home
(202) 545-0525 – fax

5

**CERTIFICATE OF FILING:**

I, Roy Carleton Howell, do affirm on this 8th day of July 2005, that a copy of this

MOTION was filed with the DCPS Hearing Office.

_____

Roy Carleton Howell

**CERTIFICATE OF SERVICE:**

I, Roy Carleton Howell, do affirm on this 8th day of July 2005, that a copy of this

MOTION was served first class mail upon DCPS Office Of General Counsel,

ATTORNEY R. CHAPMAN., esq., 825 North Capitol Street, N.E., Washington, D.C.

20002, and next served upon ATTORNEY C. BELL, esq. counsel for The Arts &

Technology Academy, 3105 South Street, N.W., Washington, D.C. 20007.

Roy Carleton Howell

# DCPS ADMINISTRATIVE HEARING
# PETITIONERS' EXHIBIT # 1


# STANFORD

## ACHIEVEMENT TEST SERIES, NINTH EDITION
### SELECT

| | | | | | |
|---|---|---|---|---|---|
| TEACHER: WILKINS | | | | | |
| SCHOOL: ARTS & TECH PCS - 778 | | GRADE: 01 | | | |
| DISTRICT: DC PUBLIC SCHOOLS | | TEST DATE: 04/04 | | | |
| TEST TYPE: MULTIPLE CHOICE | | | | | |

**STUDENT REPORT**
FOR
**KENY T A WADE**
Age: 6 Yrs 08 Mos
Student No: 9086226

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE | | |
|---|---|---|---|---|---|---|---|
| Total Reading | 106 | 37 | 474 | 9-2 | 21.8 | | |
| Word Study Skills | 36 | 12 | 478 | 8-2 | 20.4 | | |
| Word Reading | 30 | 13 | 476 | 22-3 | 33.7 | | |
| Reading Comp. | 40 | 12 | 462 | 8-2 | 20.4 | | |
| Total Mathematics | 69 | 24 | 477 | 7-2 | 18.9 | | |
| Problem Solving | 44 | 18 | 498 | 9-2 | 21.8 | | |
| Procedures | 25 | 6 | 440 | 6-2 | 17.3 | | |

### NATIONAL GRADE PERCENTILE BANDS

1    10    30  50  70    90    99

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| **Word Study Skills** | 12/ 36/ 36 | ✓ | | |
| Structural Analysis | 5/ 12/ 12 | ✓ | | |
| Phonetic Analysis-Consonants | 6/ 12/ 12 | | ✓ | |
| Phonetic Analysis-Vowels | 1/ 12/ 12 | ✓ | | |
| | | | | |
| **Word Reading** | 13/ 30/ 30 | ✓ | | |
| | | | | |
| **Reading Comprehension** | 12/ 40/ 40 | ✓ | | |
| Two-Sentence Stories (Riddles) | 1/ 5/ 5 | ✓ | | |
| Short Passages (Cloze) | 7/ 15/ 15 | ✓ | | |
| Short Passages w/Questions | 4/ 20/ 20 | ✓ | | |
| Recreational | 1/ 10/ 10 | ✓ | | |
| Textual | 0/ 5/ 5 | ✓ | | |
| Functional | 3/ 5/ 5 | | ✓ | |
| Initial Understanding | 3/ 9/ 9 | ✓ | | |
| Interpretation | 1/ 11/ 11 | ✓ | | |
| | | | | |
| **Mathematics: Problem Solving** | 18/ 44/ 44 | ✓ | | |
| Concepts/Whole No. Comput. | 1/ 3/ 3 | ✓ | | |
| Number Sense and Numeration | 4/ 12/ 12 | ✓ | | |
| Geometry and Spatial Sense | 3/ 5/ 5 | ✓ | | |
| Measurement | 2/ 8/ 8 | ✓ | | |
| Statistics and Probability | 3/ 5/ 5 | ✓ | | |
| Fraction and Decimal Concepts | 2/ 3/ 3 | ✓ | | |
| Patterns & Relationships | 3/ 5/ 5 | ✓ | | |
| Problem-Solving Strategies | 0/ 3/ 3 | ✓ | | |
| | | | | |
| **Mathematics: Procedures** | 6/ 25/ 25 | ✓ | | |
| Number Facts | 2/ 8/ 8 | ✓ | | |
| Computation/Symbolic Notation | 3/ 11/ 11 | ✓ | | |
| Computation in Context | 1/ 6/ 6 | ✓ | | |

| | Below Average | Average | Above Average |
|---|---|---|---|

STANFORD LEVEL/FORM: Primary 1/T
1995 NORMS: Spring    National

OTHER INFO: 2--------    Copy 01
Process No. 10492017-1672143-0501-01220-1

Scores based on normative data copyright © 1996 by Harcourt, Inc. All rights reserved.

# DCPS ADMINISTRATIVE HEARING
# PETITIONERS' EXHIBIT # 2



The
# Arts & Technology
A C A D E M Y

**Quarter 2**

KENYATTA WADE
Student's Name

NELSON
Teacher's Name

| Attendance: | ___1___ Days Absent | ___0___ Days Tardy |
|---|---|---|

Mark the student's progress in each subject using the following: N (Needs Improvement), S (Satisfactory) or E (Excellent). Instructional Level is based on the following: # =Above grade level; + =At grade level, * =Below grade level.

| Subject | | Grade | Instructional Level |
|---|---|---|---|
| Math | | N | * |
| Reading | | S | * |
| Spelling | | N | * |
| Science | | N | * |
| Writing | | N | * |
| Paragon | | N | * |
| Spanish | | S | |
| Art | | S | |
| Music | | S | |
| Drama | | S | |
| Dance | | N/A | |
| Physical Education | | S | |
| Technology | | S | |

**COMMENTS:**   Kenyatta loves to take part in class discussion.  She tries really hard to complete her assignments.  However, second grade work is difficult for her at this time.  I have modified her class work.  Please review her spelling words, reading assignments and practice writing sentences each night.

_____  12/14/04    _____
Teacher's Signature        Date          Parent/Guardian's Signature        Date

**2004 - 2005**
**INTERIM PROGRESS REPORT**
**Quarter 2**



Mosaica Education, Inc.
Personalized Student Achievement Plan 7-04
Student Reports

20

FOR INTERNAL USE ONLY

# DCPS ADMINISTRATIVE HEARING
# PETITIONERS' EXHIBIT # 3



The Arts & Technology
A C A D E M Y

## 2004-2005 REPORT CARD (Kindergarten – Grade 2)

**Student:** Kenyatta Wade  **Teacher:** Nelson  **Grade:** 2nd  **Quarter:** 1 2 3 4

| Subject | Marking Period | | | |
|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th |
| Language Arts | S+ | | | |
| Reading | E* | | | |
| Spelling | N* | | | |
| Writing | N* | | | |

| | Marking Period | | | |
|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th |
| Mathematics | S* | | | |
| Science | S+ | | | |
| Paragon | S+ | | | |

| Resource Classes | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Dance | S | | | |
| Physical Education | S | | | |
| Drama | N | | | |
| Art | N | | | |
| Technology | S | | | |
| Spanish | N/A | | | |
| Music | S | | | |

**GRADES**

E = Excellent         S = Satisfactory
N = Needs Improvement

**INSTRUCTIONAL LEVELS**

\* Working below grade level
\# Working above grade level

**Comments 1st Quarter**

Kenyatta works very hard at completing her class work. However, it is sometimes too difficult for her to understand. Therefore, I have to make modifications for her on a lower grade level.  Please have her read, practice sentence structure, and handwriting skills each night.

**Comments 3rd Quarter**

**Comments 4th Quarter**

| Personal and Social Growth | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Exhibit positive self image<br>Demonstrates positive attitudes | N | | | |
| Complies with school rules<br>Makes responsible choices | S | | | |
| Respects the work of others<br>Works cooperatively in small group | N | | | |
| Participates in large group activities<br>Demonstrates listening habits<br>Respects the feelings of others | S | | | |
| Follows directions<br>Works independently<br>Consistently turns in homework | N | | | |

| Attendance | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days Absent | 2 | | | |
| Days Tardy | 0 | | | |
| Comments | | | | |

**Resource Area Grading Scale**

E= Excellent
S = Satisfactory
N = Needs improvement
X = Experiencing Difficulty

Parent Signature: _____     Date: _____

*(Please sign and return this report card to your child's teacher)*

# DCPS ADMINISTRATIVE HEARING
# PETITIONERS' EXHIBIT # 4

# The Arts & Technology
## A C A D E M Y

## 2003-2004 REPORT CARD  (Kindergarten – Grade 2)

**Student: KENYATTA WADE    Teacher: Wilkins    Grade: First    Quarter: Fourth**

| Subject | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **Language Arts** | N | S | S | N |
| **Reading** | E | E | E | S |
| **Spelling** | N | N | N | N |
| **Writing** | N | S | S | N |

**GRADES**
E = Excellent          S = Satisfactory
N = Needs Improvement

**INSTRUCTIONAL LEVELS**
\* Working below grade level
\# Working above grade level

**Comments 1st Quarter**
Kenyatta has a positive attitude toward school, but she is having difficulty with her handwriting. I believe this has been the cause of some of her earlier low test scores. Ms. Nichols and I are working with her in this area. I will send home a can of play-doh. She can practice writing letters in the dough.

**Comments 2nd Quarter**
Kenyatta is doing extremely well in Reading. I am also glad to see that her handwriting has improved a great deal. She is taking her time when writing assignments. However, she is still having difficulties in spelling. I suggest making flash cards of each week's spelling words to help her prepare for Friday's spelling tests.

| Subject | Marking Period 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **Mathematics** | N | S | N | S |
| **Science** | S | E | N | N |
| **Paragon** | S | N | E | S |

**Comments 3rd Quarter**
Kenyatta is still doing a great job in reading. Kenyatta is still having a difficult time in spelling. I still suggest making flash cards with the weekly spelling words and have her spell the words to you nightly. I also would suggest having her write the words an additional five times to what is recommended for homework. I believe, if Kenyatta would be more focus in class and complete homework assignments to reinforce what we are doing in class. We will see an improvement in her grades.

**Comments 4th Quarter**
It has been a pleasure having kenyatta in my class she is a very well mannered and polite child. However Kenyatta has not reached milestones available to her this year. She is often tardy or absent from school. She needs remediation in all subject areas. Kenyatta continues to have difficulty meeting or mastering grade level standards. I believe that she will benefit from additional time in grade 1. I recommend completion of MANDATORY summer school before making the final retention or promotion decision. If she fails to attend summer school she will be retained in grade 1. Have a safe summer!

| Resource Classes | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **Dance** | S | S | S | S |
| **Physical Education** | S | S | S | S |
| **Drama** | S | S | N | N |
| **Art** | S | S | S | S |
| **Technology** | E | E | S | S |
| **Spanish** | S | S | S | N/A |
| **Music** | S | N | S | S |

| Personal and Social Growth | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Exhibit positive self image<br>Demonstrates positive attitudes | S | S | N | S |
| Complies with school rules<br>Makes responsible choices | E | N | N | S |
| Respects the work of others<br>Works cooperatively in small group | E | N | S | S |
| Participates in large group activities<br>Demonstrates listening habits<br>Respects the feelings of others | S | N | N | S |
| Follows directions<br>Works independently<br>Consistently turns in homework | N | S | E | S |

| Attendance | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days Absent | 2 | 3 | 1 | |
| Days Tardy | 0 | 0 | 2 | |

**Resource Area Grading Scale**

E= Excellent
S = Satisfactory
N = Needs improvement

# DCPS ADMINISTRATIVE HEARING
# PETITIONERS' EXHIBIT # 5

**The Arts & Technology ACADEMY**

# 2002-2003 REPORT CARD (Kindergarten – Grade 2)

**Student: Kenyahtta Wade**     **Teacher: Ms. Baylor**     **Grade: K**     **Quarter: 3**

| Subject | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **Language Arts** | E | S | S | |
| **Reading** | N | N | N | |
| **Spelling** | | N | N | |
| **Writing** | N | N | S | |

**Marking Period**

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **Mathematics** | N | S | S | |
| **Science** | N | S | S | |
| **Paragon** | S | S | S | |

| Resource Classes | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **Physical Education** | E | S | S | |
| **Drama** | S | | | |
| **Art** | S | | S | |
| **Technology** | S | | S | |
| **Spanish** | | | S | |
| **Music** | S | S | S | |

### Resource Area Grading Scale

S = Satisfactory
N = Needs improvement
X = Experiencing Difficulty

---

| GRADES | INSTRUCTIONAL LEVELS |
|---|---|
| E = Excellent          S = Satisfactory<br>N = Needs Improvement | * Working below grade level<br># Working above grade level |

**Comments 1st Quarter**

Kenyahtta does not stay focused when it comes to instructions. She does not complete any of her daily work, which consists of looking for alphabets in the newspaper. Please with her in writing her numbers and counting to 100.

**Comments 2nd Quarter**

Please schedule a conference with us. Kenyahtta is not doing the best work that she is capable of doing. Please work with her in counting her numbers up to 100. In class she count up to 53.

**Comments 3rd Quarter**

Kenyahtta is really trying hard in her daily work. Please work with her in her reading. Have her read her graded reading paper to you every night.

**Comments 4th Quarter**

| Personal and Social Growth | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Exhibit positive self image<br>Demonstrates positive attitudes | S | S | S | |
| Complies with school rules<br>Makes responsible choices | S | N | S | |
| Respects the work of others<br>Works cooperatively in small group | S | S | S | |
| Participates in large group activities<br>Demonstrates listening habits<br>Respects the feelings of others | N | N | S | |
| Follows directions<br>Works independently<br>Consistently turns in homework | N | N | | |

| Attendance | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days Absent | 9 | 7 | 6 | |
| Days Tardy | | 3 | 14 | |
| Comments | | | | |

# DCPS ADMINISTRATIVE HEARING
# PETITIONERS' EXHIBIT # 6

# Anthony D. Jackson,
### Chief Administrative Officer
### Arts and Technology Academy
*5300 Blaine Street NE*
*Washington, DC 20019*
*ajackson@ata.advantage-schools.org*

**MEMORANDUM**

**TO:**    The Parent(s) of: _Kenyahtta Wade_

**FROM:**    Anthony D. Jackson

**DATE:**    _Feb. 11, 2003_

**RE:**    No Uniform

Today, _Kenyahtta_ attended school out of uniform. Earlier this year, I sent a notice to all parents reminding you of our expectation that students report to school daily in uniform. The uniform policy is not optional. Please be advised that should your child report to school not wearing the required uniform after today he/she may be suspended from school for three days. Repeated failure to adhere to the uniform policy may result in a recommendation to revoke your child's enrollment privilege to the Board of Trustees. ***This is not our desire***, however, when you chose to enroll your child at The Arts and Technology Academy, you were clearly informed of our uniform policy and expectations.

Please help us maintain this expectation by sending your child to school daily in the appropriate attire. If you have questions or concerns, you may contact me at 202-398-6811 ext 5204.

Sincerely,

Anthony D. Jackson
Chief Administrative Officer

Cc:    Student File