IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

    Plaintiffs

v.                                                                                          Civil Action No._____

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al*,.

    Defendants.

## TEMPORARY RESTRAINING ORDER

This matter having come before the Court on plaintiffs' Motion for Temporary Restraining Order, and the Court having reviewed said motion and the supporting memorandum, exhibits, and declaration, as well as the record in this matter, the Court finds as follows:

1. Defendants are required by the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400 *et seq.*, and its implementing regulations, as well as by the Rules of the Board of Education of the District of Columbia, and federal common law, to provide plaintiffs with a free, appropriate public education to meet K.W.'s unique special education needs.

2. Defendants have agreed to provide special education services to K.W. per a settlement agreement. Therefore, defendants are required by law to fully

1

comply with that agreement pursuant to "IDEA" and its implementing regulations, as well as by the Rules of the Board of Education of the District of Columbia, and federal common law.

3. Defendants have not allowed special education student K.W. to return to their school for full determinations, evaluations, services and placements for the 2005-2006 school year. Consequently, defendants have violated the "IDEA" and other laws and regulations intended to ensure that students with special education needs receive a free, appropriate public education.

4. Unless defendants immediately enroll and fully comply with the settlement agreement for special education determinations, evaluations, services and placements, plaintiffs will suffer irreparable harm.

5. Plaintiffs have demonstrated that they are suffering and will continue to suffer irreparable harm as a result of defendants' refusal to register K.W. and meet "IDEA" obligations as to K.W.'s federal rights.

Plaintiffs' Motion for Temporary Restraining Order is, therefore, GRANTED and

IT IS HEREBY ORDERED that:

(1) Defendants shall immediately and fully register special needs student K.W. for the 2005-2006 school year at the Arts & Technology Academy Public Charter School, 5300 Blaine Street, N.E., Washington, D.C 20019.

(2) Defendants shall immediately and fully register student L.C., the sister of K.W., for the 2005-2006 school year at the Arts & Technology Academy Public Charter School, 5300 Blaine Street, N.E., Washington, D.C. 20019.

(3)    Defendants shall immediately and fully comply with the terms and conditions of the July 15, 2005 settlement agreement in accordance to "IDEA" and its implementing regulations, as well as by the Rules of the Board of Education of the District of Columbia, and federal common law to provide K.W. a free, appropriate public education.

(4)    Defendants shall report to the Court, in a form satisfactory to the Court, that the July 15 2005 settlement agreement has been executed in compliance with law, regarding defendants' compliance with any Order entered against them by this Court, until such time as this Court determines that the rights of plaintiffs are no longer being violated or in immediate jeopardy of violation, thereby making continued monitoring by the Court unnecessary.

Dated:                                                    _____
                                                          United States District Judge