IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY CAIN )<br>Parent and Next Friend of K.W., )<br>And Parent and Next Friend of L.C. )<br>          )<br>          Plaintiffs, )<br>          )<br>v.        )<br>          )<br>ARTS & TECHNOLOGY ACADEMY )<br>PUBLIC CHARTER SCHOOL, )<br>          )<br>          Defendant. )<br>          )<br>          ) | Civil Action No.: 1:05 CV 01773 |

**DEFENDANT'S MOTION TO QUASH SUBPOENAS FOR
ERRICK GREENE, TAMIKA PRESTON AND TARA KING**

Defendant Arts and Technology Academy Public Charter School (ATA) hereby moves to quash the subpoenas issued by the plaintiff's counsel commanding the appearance of Errick Greene, Tamika Preston and Tara King at the hearing on Plaintiff's pending preliminary injunction on Friday, September 16, 2005 at 10:00 a.m. In support, Defendant ATA states the following:

1.     In its opposition to the Plaintiff's Motion for a Temporary Restraining Order submitted on September 9, 2005, ATA included affidavits of Errick Greene, Tamika Preston, and Tara King submitted in support of its opposition to Plaintiff's motion for a temporary restraining order.

2.     On Tuesday, September 13, 2005, Plaintiff's counsel served a subpoena on Errick Greene, Tamika Preston, and Tara King commanding their appearance at the

hearing on the preliminary injunction scheduled for 10:00 a.m. on Friday, September 16, 2005. A copy of subpoena issued to Errick Greene is attached as Exhibit A.

3. Local Civil Procedure Rule 65.1(d) states that it is the practice of this court to decide preliminary injunction motions without live testimony where possible. Further, if any party who wishes to cross-examine an affiant at the hearing must submit a request in writing 72 hours prior to the hearing and provide a list of witnesses to be examined and an estimate of the time required.

4. Plaintiff did not submit a written request pursuant to Local Rule 65.1(d).[1]

5. Moreover, requiring the attendance of these three witnesses at the hearing is not only a procedural violation, but is a tremendous hardship for ATA. Mr. Greene, the Chief Administrative Officer, is required to be on the school grounds on Friday, September 16 to oversee the initial construction of a major expansion of the school. Further, the school is administering the Iowa Test of Basic Skills this week, and Mr. Greene is responsible for supervising the test administration. Ms. Preston, the filing manager, must finish preparing a final enrollment report to the District of Columbia Public Schools. Finally, Ms. King, the Director of Student Support Services must attend several individualized education program (IEP) meetings that are scheduled for Friday. Having to reschedule those meetings could jeopardize ATA's compliance with the Individuals with Disabilities Education Act.

6. By failing to submit the request, Plaintiff failed to comply with Local Rule 65.1. Because Plaintiff violated the Local Rule 65.1(d) and given the hardship ATA would face if its three employees were required to appear, ATA respectfully requests that

---

[1] Furthermore, Plaintiff failed to provide an affidavit or a verified complaint in support of the preliminary injunction as required Federal Rule of Civil Procedure 65(b), which should have been submitted at the time of filing. Plaintiff must not be allowed a second opportunity to correct this defect with live testimony.

2

the Court quash the subpoenas of Errick Greene, Tamika Preston, and Tara King issued by Roy C. Howell on Tuesday, September 14, 2005.

                                  Respectfully Submitted,

                                  /s/
                            _____
                            Christine D. Bell (D.C. Bar No. 472629)
                            Brustein & Manasevit
                            3105 South Street, N.W.
                            Washington, D.C. 20007
                            Tele: 202-965-3652
                            Fax: 202-965-8913

                            Counsel for Arts & Technology
                            Academy Public Charter School

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September 2005, a copy of the Defendant's Opposition to Plaintiff's Motion for Temporary Restraining Order was electronically sent to:

                    Roy Carleton Howell

                              /s/
                            _____
                            Christine D. Bell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY CAIN )<br>Parent and Next Friend of K.W., )<br>And Parent and Next Friend of L.C. )<br>     )<br>           Plaintiffs, )<br>     )<br>v.     ) <br>     )<br>ARTS & TECHNOLOGY ACADEMY )<br>PUBLIC CHARTER SCHOOL, )<br>     )<br>           Defendant. )<br>     )<br>     ) | Civil Action No.: 1:05 CV 01773 |

**ORDER**

UPON consideration of Defendant's Motion to Quash Subpoenas of Errick Greene, Tamika Preston and Tara King, along with any responsive pleading, the Court hereby finds that Defendant's Motion is GRANTED.


Dated: _____          _____
                                            United States District Court Judge

4

# EXHIBIT A

AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# United States District Court
### DISTRICT OF COLUMBIA

TRACY CAIN, ET AL.,

V.

ARTS & TECHNOLOGY ACADEMY PUBLIC CHARTER SCHOOL

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 1 05 CV 01773
Judge James Robertson

To: Errick Greene

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY The United States District Court For the District of Columbia, 333 Constitution Avenue, NW, Washington, D.C. 20001 | COURTROOM 16 Judge Robertson |
| --- | --- |
| | DATE AND TIME Sept. 16, 2005 10:00 am |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) Plaintiffs' attorney | DATE Sept. 12, 2005 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER
Roy Carleton Howell, Esq, 8003 Parkside Lane, NW Washington, DC 20012
(202) 545-0750
or (202) 545-0755

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)
1 If action is pending in district other than district of issuance, state district under case number.