IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

      Plaintiffs

v.

      Civil Action No. **1:05CV01773**
      JUDGE: James Robertson

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, et al,.

      Defendants.

## AFFIDAVIT OF SERVICE

(1) I, Darlene Eubank Howell, hereby declare that on the 7th day of September 2005, I served Errick Green in his capacity as head of the Arts & Technology Academy Public Charter School at 2:00 pm by service of process upon a Ms. Preston an administrator at 5300 Blaine Street, N.E., Washington, D.C. 20019.

(2) I, Darlene Eubank Howell, hereby declare that on the 7th day of September 2005, I served Christine Bell in her capacity as legal counsel and fiduciary agent of the Arts & Technology Academy Public Charter School at 3:32 pm by service of process upon a Tatiana an office manager at Brustein & Manasevit at 3105 South Street, N.W., Washington, D.C. 20007.

I, declare under penalty of perjury under the laws of the United States of America that the foregoing information and statements contained in this Affidavit of

1

Service document are true and correct.

_____
Darlene Eubank Howell

Subscribed and sworn to before me this 9th day of September 2005.

_____
Notary Public

My commission Expires: 03/08/08

Seal:

