# PLAINTIFFS' EXHIBIT # 1 FOR RULE 16 (d) REPORT

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

TRACY CAIN, *al al.*,

    Plaintiffs

v.                                                     Civil Action No. **1:05 CV 0173**
                                                     JUDGE: James Robertson

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al.*,

    Defendants.

# ROY CARLETON HOWELL, BS, JD, LL.M.
### ATTORNEY AT LAW
### 8003 PARKSIDE LANE, NW
### WASHINGTON, D.C. 20012
### OFFICE (202) 545-0755
### FAX (202) 545-0525

**TO:**      MS. CHRISTINE D. BELL
             BRUSTEIN & MANASEVIT
             FAX # (202) 965-8913
             OFFICE # (202) 965-8913

**FROM:**    HOWELL

**RE:**      *TRACY CAIN V. ARTS & TECHNOLOGY ACADEMY PUBLIC CHARTER SCHOOL*

**SUBJECT:** JOINT LOCAL RULE 16(d) REPORT

**DATE:**    20TH SEPTEMBER 2005.
             TIME: 1:10 pm

Herewith please find the Rule 16 (d) Report. The language is typical for *IDEA* cases. *IDEA* cases are "paper cases." The proposed Order is also typical for *IDEA* cases.

I will telephone you, and send you e-mail. Be so good to review straight away.