# PLAINTIFFS' EXHIBIT # 2 FOR RULE 16 (d) REPORT

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

TRACY CAIN, *al al.*,

    Plaintiffs

v.                                                                  Civil Action No. **1:05 CV 0173**
                                                                                                            JUDGE: James Robertson

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al.*,

    Defendants.

---

1

# ROY CARLETON HOWELL, BS, JD, LL.M.
### ATTORNEY AT LAW
### 8003 PARKSIDE LANE, NW
### WASHINGTON, D.C. 20012
### OFFICE (202) 545-0755
### FAX (202) 545-0525

**TO:** MR. MANASEVIT
BRUSTEIN & MANASEVIT
FAX # (202) 965-8913
OFFICE # (202) 965-8913

**FROM:** HOWELL

**RE:** *TRACY CAIN V. ARTS & TECHNOLOGY ACADEMY PUBLIC CHARTER SCHOOL*

**SUBJECT:** JOINT LOCAL RULE 16(d) REPORT

**DATE:** 20TH SEPTEMBER 2005.
TIME: 1:45 pm

On 20th September 2005 I telephoned to speak with Ms. Bell to discuss the Rule 16(d) Report and discovered that she is out of town on an emergency.

In view of Judge Robertson's Order to file within 10 days, be so very kind to straight away review said submitted draft report and proposed Order. I have already telephoned and left a voice mail message for you. As stated in the fax to Ms. Bell, *IDEA* cases are "paper cases", and the submitted language is typical.

Thank you for your professional assistance in this matter.