IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN, *al al.*,

    Plaintiffs

v.

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al.*,

    Defendants.

Civil Action No. **1:05 CV 0173**
JUDGE: James Robertson

## SCHEDULING ORDER

Upon consideration of the parties Joint Local Rule 16 (d) Report, it is hereby

**ORDERED** that:

1. That this case shall proceed with the following deadlines:

| | |
|---|---|
| Administrative Record to be filed | October 11, 1005 |
| Close of discovery | November 7, 2005 |
| Dispositive motions | November 14, 2005 |
| Responses to all dispositive motions | December 16, 2005 |
| Replies | January 2, 2006 |

2. Court dates and any deadlines for the close of discovery may be continued only by leave of the undersigned.

3. Deadlines (other than the deadline for the close of discovery) may be altered, when all parties consent, by the filing of a Consent Notice specifying the altered

2

deadlines and stating the parties' consent. The altered deadlines shall be effective upon the filing of the Consent Notice; no court Order shall be required.

_____        _____
Date                                                                    James Robertson
                                                                              United States District Judge

2