IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY CAIN<br>Parent and Next Friend of K.W.,<br>And Parent and Next Friend of L.C.<br><br>Plaintiffs,<br><br>v.<br><br>ARTS & TECHNOLOGY ACADEMY<br>PUBLIC CHARTER SCHOOL,<br><br>Defendant. | Civil Action No.: 1:05 CV 01773 |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S RULE 16(d) REPORT**

On September 16, 2005, the Court ordered "Counsel to submit a scheduling order to the court within ten (10) days." On September 23, 2005, Plaintiff's counsel filed a "Rule 16(d) Report" along with a proposed scheduling order. Defendant Arts and Technology Academy Public Charter School (ATA) has no objection to the scheduling order submitted by Plaintiff. Counsel for both parties conferred on Plaintiff's proposed "Joint Rule 16(d) Report" and ATA disagreed with the certain characterizations of the case made therein. ATA's counsel offered to provide alternate language; however, Counsel for the Plaintiff refused both the offer and to discuss the matter further.

Inasmuch as the Court did not request a Federal Rule of Civil Procedure 16(b) or (d) report, ATA is satisfied with the present scheduling order submitted by Plaintiff and merely wishes to clarify that the characterizations of the case in the "Rule 16 Report" are Plaintiff's alone. In the event the Court sees a need for a joint report from both parties,

ATA is available to work with Plaintiff's counsel to prepare such a report, or alternatively, to attend a status conference.

Respectfully Submitted,

*Christine D. Bell*
Christine D. Bell (D.C. Bar No. 472629)
Brustein & Manasevit
3105 South Street, N.W.
Washington, D.C. 20007
Tele: 202-965-3652
Fax: 202-965-8913

Counsel for Arts & Technology
Academy Public Charter School

### CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September 2005, a copy of the Defendant's Motion to Dismiss was served electronically to:

Roy Carleton Howell
8003 Parkside Lane, N.W.
Washington, D.C. 20012

*Christine D. Bell*
Christine D. Bell