# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TRACY CAIN </br> Parent and Next Friend of K.W., </br> And Parent and Next Friend of L.C. </br></br> Plaintiffs, </br></br> v. </br></br> ARTS & TECHNOLOGY ACADEMY </br> PUBLIC CHARTER SCHOOL, </br></br> Defendant. | Civil Action No.: 1:05 CV 01773 |

**AFFIDAVIT OF ERRICK GREENE**

I, Errick Greene, hereby attest to the following:

1.     I am over the age of eighteen.

2.     I am the Chief Administrative Officer of the Arts and Technology Public

Charter School (ATA).  I have worked as an administrator at ATA for three years.

3.     The enrollment term at ATA is one year, and therefore students must be

re-enrolled each year.

4.     The re-enrollment process for current students consists of two steps.  First,

a parent must complete the necessary re-enrollment commitment form between February

1 and March 31.  The second step for enrollment is the residency verification, which can

only begin on July 1.

5.     Parents are required to provide proof of their District of Columbia

residency by presenting, among other things, a current motor vehicle registration, a valid

lease or rental agreement, utility bills, proof of payment of D.C. personal income tax, a current pay stub, current military housing orders, or a valid court order indicating that the student is a ward. If a parent fails to complete the second step, a child is not officially enrolled in the school.

6.      Parents receive letters outlining this procedure. The enrollment policy is also clearly stated in the Parent Handbook, which is distributed yearly. See Ex. E.

7.      Parents were instructed to bring in the proof of residency to ATA between July 1 and July 15. The information cannot be provided prior to July 1.

8.      ATA continued to accept the residency verification documentation for the students with completed re-enrollment forms through August 12, 2005. At that time, ATA began to enroll new students from the waiting list.

9.      Starting on August 16, 2005, ATA began the enrollment process for students on its wait list. The waiting list consisted of new students and students who, like K.W. and L.C., had re-enrolled, but did not provide the required residency verification. There is a waiting list for each grade. On August 16, 2005, the third grade waiting list had approximately 20-25 students. The sixth grade also had 20-25 students on the waiting list when my staff began to fill the vacant slots.

10.     Ms. Cain's children have attended ATA for the past four years, during which the same enrollment procedure has been in place. For each of the last four years, Ms. Cain provided the necessary residency verification information. K.W. was promoted to the third grade, and her sister, L.C., was promoted to the sixth grader for this school year.

11.    The third grade presently has 80 students and is divided into three classes. The number of chairs, desks, instructional materials is based on the projected class size of twenty-five. ATA does not have the resources including the physical space for an additional student.

12.    The sixth grade presently has 74 students and is also divided into three classes. Ms. Cain was offered the last slot for L.C., but she declined it.

I declare under penalty of perjury that the foregoing is true and correct.

Mr. Errick Greene

Executed on September 8, 2005

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY CAIN<br>Parent and Next Friend of K.W.,<br>And Parent and Next Friend of L.C.<br><br>Plaintiffs,<br><br>v.<br><br>ARTS & TECHNOLOGY ACADEMY<br>PUBLIC CHARTER SCHOOL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.: 1:05 CV 01773 |

## AFFIDAVIT OF TAMIKA Y. PRESTON

I, Tamika Preston, hereby attest to the following:

1.      I am over the age of eighteen.

2.      I make this affidavit of my own personal knowledge.

3.      I am the Records Manager for the Arts and Technology Academy Public
Charter School (ATA). I have held this position since January 2005.

4.      As the Records Manger, my duties include maintaining the files for all
current students, obtaining files for students who transfer to ATA, withdrawals of
students, and preparing records for students who transfer to a new school. I also manage
the enrollment process for both current students and new students.

5.      The enrollment process for the 2005-2006 school year began on February
1, 2005. Parents of current students were required to complete a re-enrollment

commitment form. This form is date-stamped to indicate our receipt of it. Ms. Cain submitted this form on February 14, 2005 for both K.W. and L.C. See Ex. D.

6.     The re-enrollment commitment form clearly states that the form only holds a space for the child and that enrollment process is not complete. The second step of the enrollment process requires residency verification, which begins on July 1 for each year.

7.     ATA makes several efforts to remind parents of the residency verification step. First, I sent a letter on pink paper to Ms. Cain via first class mail on June 13, 2005. See Ex. F. I sent another letter by first class mail on August 4, 2005 regarding the need for the residency verification. I retain all letters that are returned to the school. Neither of the letters sent to Ms. Cain were returned to the school. See Ex. G.

8.     ATA's receptionist and I attempted to call Ms. Cain on July 19, 2005; however, the telephone number listed by the parent on the re-enrollment form was disconnected. I attempted to contact the parent again on August 12, 2005, but the telephone number was still disconnected. I made note of this call on the file. See Ex. H.

9.     I continued to accept residency verification from re-enrolled students until August 16, 2005. At that time, I placed those students who had re-enrolled, but had yet to provide residency verification on the waiting list. The waiting list is first created in March with the new students seeking to enroll. There is a waiting list for each grade level. When I began contacting students on the waiting list, it had approximately 20-25 students for the third grade. The waiting list for the sixth grade also had 20-25 students.

10.     If a slot became available, we made several efforts to contact the students who had sought to re-enroll, but had yet to complete the necessary steps.

11.     On July 7 and 13, ATA remained open until 7:00 pm for working parents to provide the necessary residency verification.  On several occasions throughout the summer, I stayed past the business hours to allow working parents to come in.

12.     On August 25, 2005, Ms. Cain brought her residency verification information to ATA, however, both the third and sixth grade were full.  I agreed to contact her if a slot became available in either grade.  Shortly after, a slot in the sixth grade became available.  I contacted Ms. Cain, who declined the slot.

13.     On August 31, 2005, Ms. Cain withdrew both students from ATA.  See Ex. I.

14.     For this school year, there were approximately 230 total students on ATA's waiting lists for pre-K through 6th grade.  Approximately 10% of those on the waiting list have been identified as students with a disability.

15.     I reviewed K.W.'s file and she attended ATA since the 2002-2003 school year.  I also reviewed L.C.'s file and she has attended ATA since 2001-2002.

16.     Based on my review of the file, Ms. Cain completed the residency verification step for each of the prior years.

I declare under penalty of perjury that the foregoing is true and correct.

Ms. Tamika Y. Preston

Executed on September 8, 2005

# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TRACY CAIN<br>Parent and Next Friend of K.W.,<br>And Parent and Next Friend of L.C. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 1:05 CV 01773 |
| ARTS & TECHNOLOGY ACADEMY<br>PUBLIC CHARTER SCHOOL, | ) ) ) | |
| Defendant. | ) ) ) ) | |

## AFFIDAVIT OF TARA KING

I, Tara King, hereby attest to the following:

1.      I am over the age of eighteen.

2.      I am the Director of Student Support Services for the Arts and Technology Academy Public Charter School (ATA).   Part of my duties as the Director of Student Support Services is to oversee the identification of students with disabilities and the delivery of special education and related services to those students.

3.      A request for an evaluation of K.W. was submitted on March 17, 2005. See Ex. J.

4.      Dr. Paul Frye, a clinical psychologist, performed the psycho-educational evaluation on March 22 and April 4, 2005.  See Ex. K.

5.      It normally takes four to six weeks for ATA to receive a report from the evaluation.

6.      The parent, through counsel, filed a due process hearing request on June 6, 2005.

7.      The parties entered into a settlement agreement on July 15, 2005 to resolve the issues alleged in the due process hearing request.  Under the agreement, ATA was obligated to hold a multidisciplinary team (MDT) meeting to review the evaluation during the first two weeks of school.   See Ex. L.

8.      I sent a letter of invitation to Ms. Cain, the parent of K.W., on August 19, 2005 proposing three dates for the MDT meeting. See Ex. M.  The special education teacher confirmed by telephone the meeting for August 30, 2005.

9.      On August 30, 2005, the team members were prepared to meet and discuss the findings of the evaluation.

10.      Ms. Cain failed to attend the MDT meeting on August 30, 2005.  I subsequently sent another letter of invitation on August 30, 2005 proposing three new dates for the meeting.  See Ex. M.  As of today, I have yet to hear from her.

11.      To my knowledge, ATA has not held a meeting to determine whether the child is eligible for special education services.

I declare under penalty of perjury that the foregoing is true and correct.

Ms. Tara King

Executed on September 8, 2005

# EXHIBIT D

7/19/05
Disconnected

The Arts & Technology
A C A D E M Y

~~Wade, Kenyantta~~
ID# 9086226
D.O.B. ~~9/9/1991~~ File No. 1142

## 2005-2006 RE-ENROLLMENT COMMITMENT FORM

Dear Parents:

It is time to re-enroll for the next school year.  If you plan to have your child return to The Arts and Technology Academy Public Charter School for the **2005-2006** school year, you **MUST** complete a copy of this form for **EACH** child by **March 31st**.  Current students are given first opportunity to reserve a space for the coming year.  After March 31, 2005, all spaces will be filled on a first-come-first-served basis and may result in being placed on a waiting list.  Preference is given to siblings of currently enrolled students, whenever possible.  A sibling is defined as a child living in the same home and sharing the same parent or guardian.

It is important that this form be completed no later than March 31, 2005.  **Failure to return this form by the deadline may result in the loss of the student's place next year!**  Please also note that DC Law requires you to provide proof of residence each school year.  Residency information cannot be accepted until **July 1, 2005.**  We will send a notice home to remind you of this requirement towards the end of the school year.

**Please note:**  Submitting this form only holds a space for your child.  Re-enrollment is **not complete** until the school receives all required forms:  **proof of residency; current immunization record: dental appraisal; home language survey; family income survey; and school lunch form.**

(A receipt must be presented as proof of re-enrollment to claim your child's space).

| Student Name | | Grade in the Fall of 2005 | 3rd |
|---|---|---|---|
| Street Address | 817 50th St. N.E #31 | Zip Code | 20019 |
| Mother's Name | TRacey Cain | Father's Name | |
| Phone Numbers | Mother Home (202)397-8110 | Mother Work | Father Home | Father Work |

| | Please check (X) one of the following choices. | |
|---|---|---|
| My child **WILL** return to the Arts and Technology Academy next school year. | ✓ | My child **WILL NOT** return to the Arts and Technology Academy next school year. (You must officially withdraw your child before records can be released.) | |

Please complete the following section for any sibling(s) that would like to begin or who are already attending ATA.

This section is for **sibling(s) only.**

| Sibling's Name | Date of Birth | Current Grade | Grade in Fall of 2005 |
|---|---|---|---|
| | 10-2-94 | 5th | 6th |
| | | | |

**(Children listed in this section must have a separate enrollment form.)**

If you should have questions about how to complete this form, please contact the main office for assistance at 202-398-6811.  We appreciate your immediate attention to this matter and look forward to serving your child/ren in the coming year!

***Remember***: Form due by: **March 31, 2005**

Tracey Ca_____
Parent/Legal Guardian Signature

2-14-05
Date

Mosaica Education, Inc.

Re-Enrollment Form rev 2/5

1. White – Office   2. Records –Yellow 3. Parents – Pink

Form Number   **1142**

ID# 9095335
D.O.B. ~~10/2/1990~~ File No. 1340

*handwritten:* # disconnected
was given (202)
388-5061
388-5051
To us 8/24/05

The Arts & Technology
A C A D E M Y

## 2005-2006 RE-ENROLLMENT COMMITMENT FORM

Dear Parents:

It is time to re-enroll for the next school year. If you plan to have your child return to The Arts and Technology Academy Public Charter School for the **2005-2006** school year, you **MUST** complete a copy of this form for **EACH** child by **March 31st**. Current students are given first opportunity to reserve a space for the coming year. After March 31, 2005, all spaces will be filled on a first-come-first-served basis and may result in being placed on a waiting list. Preference is given to siblings of currently enrolled students, whenever possible. A sibling is defined as a child living in the same home and sharing the same parent or guardian.

It is important that this form be completed no later than March 31, 2005. **Failure to return this form by the deadline may result in the loss of the student's place next year!** Please also note that DC Law requires you to provide proof of residence each school year. Residency information cannot be accepted until **July 1, 2005.** We will send a notice home to remind you of this requirement towards the end of the school year.

**Please note:** Submitting this form only holds a space for your child. Re-enrollment is **not complete** until the school receives all required forms: **proof of residency; current immunization record: dental appraisal; home language survey; family income survey; and school lunch form.**

(A receipt must be presented as proof of re-enrollment to claim your child's space).

| Student Name | ▇▇▇▇▇▇▇▇ | Grade in the Fall of 2005 | 10th | |
|---|---|---|---|---|
| Street Address | 217 50th St. NE #31 | Zip Code 20019 | | |
| Mother's Name | TRACEY Cain | Father's Name | | |
| Phone Numbers | Mother Home (202) 397-8110 | Mother Work ~~(202) 545~~ | Father Home | Father Work |

| | Please check (X) one of the following choices. | | |
|---|---|---|---|
| My child **WILL** return to the Arts and Technology Academy next school year. | ✓ | My child **WILL NOT** return to the Arts and Technology Academy next school year. (You must officially withdraw your child before records can be released.) | |

Please complete the following section for any sibling(s) that would like to begin or who are already attending ATA.

This section is for **sibling(s) only.**

| Sibling's Name | Date of Birth | Current Grade | Grade in Fall of 2005 |
|---|---|---|---|
| ▇▇▇▇▇▇▇ | ▇▇▇▇▇ | 2nd | 3rd |
| | | | |

(Children listed in this section must have a separate enrollment form.)

If you should have questions about how to complete this form, please contact the main office for assistance at 202-398-6811. We appreciate your immediate attention to this matter and look forward to serving your child/ren in the coming year!

***Remember:*** Form due by: **March 31, 2005**

*signature:* Tracey Cain
Parent/Legal Guardian Signature

2-14-05
Date

Mosaica Education, Inc.

1. White – Office  2. Records –Yellow 3. Parents – Pink

Re-Enrollment Form rev 2/5

Form Number **1340**

# EXHIBIT E



The **Arts & Technology** A C A D E M Y



KEEP THE DREAM ALIVE!

# Parent/Student Handbook

## 2003-2004

Mr. Anthony D. Jackson
Chief Administrative Officer

# THE ARTS AND TECHNOLOGY ACADEMY PCS

## Welcome Parents and Students

On behalf of the teachers and staff of the Arts & Technology Academy (ATA) Public Charter School, I am pleased to welcome you as ATA Jaguars. You are an important part of a school community that is committed to excellence. We look forward to offering you the best in education combined with the finest in music, dance, art and theatre, as well as an inclusive technological curriculum.

## School Contact Information

The Arts and Technology Academy Public Charter School
5300 Blaine Street NE
Washington, DC 20019

The school telephone number is (202) 398-6811.
The fax number is (202) 388-8467
You can also contact us via our website: www.artsandtechnologyacademy.org

## Registration and Residency Requirements

Children beginning Pre-Kindergarten must be four years of age on or before December 31st of that school year. Children beginning Kindergarten must be five years of age on or before December 31st. New student registration conducted by the main office staff.

In order to register a student, the parent or guardian must show proof of residency, copy of child's birth certificate and updated immunization records.

## Residency Documentation

One (1) of the following items, in the name of the person seeking to enroll the student, will suffice to establish District of Columbia residency:

1.  Proof of payment of D.C. personal income tax, for the tax period closest in time to the consideration of D.C. residency (**W-2 or 1099 Form with copy of D.C. tax filing**).

5

## Residency Documentation

2. A current (issued less than forty-five (45) days prior to consideration of residency) pay stub indicating your D.C. residency, and evidence of the withholding of D.C. income tax:, or
3. Current official documentation indicating that you receive **financial assistance** from the Government of the District of Columbia including, but not limited to, Temporary Assistance for Needy Families (TANF), Medicaid, the State Child Health Insurance Program (SCHIP), Supplemental Security Income (SSI), housing assistance, or other programs; or
4. Confirmation, based upon completion and submission of a **tax information authorization waiver form,** by the D.C. Office of Finance and Revenue or payment of D.C. income taxes by the person seeking to enroll the student; or
5. Current official **military housing orders** showing residency in the District of Columbia; or
6. Currently valid **court order, indicating that the student is a ward** of the District of Columbia.

In the alternative, **two (2)** of the items listed below, will suffice as proof of residency in the District of Columbia. The items must show the name of the person seeking to enroll the student:

1. Current **motor vehicle registration** evidencing District of Columbia residency;
2. A valid unexpired **lease or rental agreement** and receipts of payment or canceled checks (for a period within two (2) months immediately preceding consideration of residency) for payment of rent on a District residence in which the student actually resides;
3. A valid unexpired **D.C. motor vehicle operator's permit** or other official non-driver identification in your name;
4. **Utility bills** (excluding telephone bills) and receipts of payment or cancelled checks (from a period within the two months immediately preceding consideration of residency) showing your name and D.C. residence address.

**Proof of Residency** is required every year of enrollment in a District of Columbia Public Charter School for each student using the same guidelines as above.



The Arts & Technology ACADEMY

# 2004-2005
# Parent/Student Handbook

## Anthony D. Jackson
## Chief Administrative Officer





## Frequently Asked Questions

### How Do I Contact My Child's Teacher?

Here at ATA we welcome and encourage parental input and feedback. We strongly believe that the education of our children is a team effort.

Our telephone number is (202) 398-6811.
You may leave a message for your child's teacher at the number above. Please understand that unless it is an emergency, telephone calls can not be forwarded to teachers during instructional time.

Our Mailing Address is:
The Arts and Technology Academy Public Charter School
5300 Blaine Street, NE
Washington, DC 20019

Our fax number is (202) 388-8467.

All of our teachers have school-based email accounts and are expected to check them three times a day. Please contact your child's teacher for his/her email address.

Additional information about our school may be found on our newly re-launched website at
www.artsandtechnologyacademy.org

### Is My Child Old Enough to Attend ATA?
### How do I Register?

## Registration and Residency Requirements

Children beginning Pre-Kindergarten must be four years of age on or before December 31st of this school year. Children beginning Kindergarten must be five years of age on or before December 31st. New student registration is conducted by the main office staff.

In order to register a student, the parent or guardian of the student must show proof of residency, a copy of the child's birth certificate and updated immunization records.

## Residency Documentation

One (1) of the following items, in the name of the person seeking to enroll the student will suffice to establish District of Columbia residency:

3

## Residency Documentation (cont.)

1. Proof of payment of D.C. personal income tax, for the tax period closest in time to the consideration of D.C. residency (**W-2 or 1099 Form with copy of D.C. tax filing**)
2. **A current (issued less than forty-five (45) days prior to consideration of residency) pay stub** indicating your D.C. residency, and evidence of the withholding of D.C. income tax:, or
3. Current official documentation indicating that you receive **financial assistance** from the Government of the District of Columbia including, but not limited to, Temporary Assistance for Needy Families (TANF), Medicaid, the State Child Health Insurance Program (SCHIP), Supplemental Security Income (SSI), housing assistance, or other programs; or
4. Confirmation, based upon completion and submission of a **tax information authorization waiver form**, by the D.C. Office of Finance and Revenue or payment of D.C. income taxes by the person seeking to enroll the student; or
5. Current official **military housing orders** showing residency in the District of Columbia; or
6. Currently valid **court order, indicating that the student is a ward** of the District of Columbia.

In the alternative, **two (2)** of the items listed below will suffice as proof of residency in the District of Columbia. The items must show the name of the person seeking to enroll the student:

1. Current **motor vehicle registration** evidencing District of Columbia residency;
2. A valid unexpired **lease or rental agreement** and receipts of payment or canceled checks (for a period within two (2) months immediately preceding consideration of residency) for payment of rent on a District residence in which the student actually resides;
3. A valid unexpired **D.C. motor vehicle operator's permit** or other official non-driver identification in your name;
4. **Utility bills** (excluding telephone bills) and receipts of payment or cancelled checks (from a period within the two months immediately preceding consideration of residency) showing your name and D.C. residence address.

**Proof of Residency** is required every year of enrollment in a District of Columbia Public Charter School for each student using the same guidelines as above.

# EXHIBIT F

 **THE ARTS AND TECHNOLOGY ACADEMY PCS**

**5300 BLAINE STREET NE**
**WASHINGTON, DC 20019**
**PHONE: 202 398-6811   FAX: 202 388-8467**
**E-MAIL: anjackson@dcata.org**

June 13, 2005

Dear Re-Enrolled Parent(s):

Your application for re-enrollment has been accepted for School Year 2005-2006. We must now move on to the next phase to complete the process with the additional required forms: residency verification; immunization; school lunch; internet policy; permission to publish student work; permission to publish photographs and parent compact. We will begin residency verification on July 1st. Please pay particular attention to the documents needed, as changes have been made for this upcoming year. Also, please note the reminder dates below.

## IMPORTANT DATES:

**June 29TH** - Last day for students!

**July 1st – July 14th - Residency Verification and Complete Enrollment Forms**

**July 1st – August 19th** - Public Summer hours (Monday-Thursday 9 am – 4 pm, closed on Friday)

**August 22nd** - Grades Pre-K-2/New Student Orientation/Testing; OASIS Before/After-care Registration

**August 23rd** - Grades 3-6/New Student Orientation/Testing; OASIS Before/After-care Registration

**August 24th** – School Opens for All Students

Please be reminded that all students must provide proof of residency and immunization records each year to complete enrollment. Proof of residency and all other enrollment documentation must be brought to the Main Office by **Thursday, July 14th**. In order to meet the needs of parents/guardians who are unable to come to the school during earlier hours, **the office will remain open from 12 noon – 7 pm on Thursday, July 7th and Wednesday, July 13th.**

**Note:  Enrollment is not officially complete until all required documents have been received.**

**Acceptable Documents to Verify DC Residency:  (Must be Originals)**

**All information must be current and official, and must show the name of the parent or court appointed custodian or guardian seeking to enroll the student.  The documentation must also establish/verify residency at the address listed on the enrollment package.**

One of the following is acceptable:

- **Pay stub** (within 45 days) for person enrolling student, with current home address and withholding of DC taxes for current tax year.

- Proof of **financial assistance from DC Government** (i.e.: TANF, Medicaid, SCHIP, SSI, housing assistance)
- **Supplemental Security Income annual benefits notification**
- **Tax information authorization waiver form** (certified by DC Office of Tax and Revenue)
- **Verification Letter** and **Military Housing Orders** for housing within DC
- Proof that child is a **ward of DC Government (court order)**
- Embassy letter

In the absence of the above items, two (2) of the items listed below are required:

- Unexpired **DC motor vehicle registration** (name of person enrolling student; current DC address
- Unexpired **lease or rental agreement** (name of person enrolling student; current DC home address; and receipt of payment within past two (2) months
- Unexpired **DC motor vehicle operator's** permit or non-driver ID (name of person enrolling student and current DC home address
- **One utility bill** (only gas, electric and water bills are acceptable) name of person enrolling student; current DC home address; and separate receipt of payment within the past two (2) months.

## Immunization:

**Each year, all District of Columbia students, including those in daycare, must have the following:**

- DPT (Diphtheria/Pertussis/Tetanus) – series of 5
- OPV (Oral Polio Vaccine) – series of 4
- MMR (Measles/Mumps/Rubella) – series of 2
- HIB (Hemophilus Influenza Type B) – series of 4
- HEP B (Hepatitis B) – series of 3
- Varicella – if child has not had chicken pox (1)

**Note:** The HepB and Varicella requirements have been added within the last four years. Older students may not have received these immunizations. If your child is at or about the fifth grade, it is important to have this on the health record.

All students at or above the fifth grade should have a Tetanus/Diphtheria booster shot unless it has been less than five years since a previous immunization.

## Free and Reduced Lunch Form

All students are required to have a completed Free and Reduced Lunch application on file. If you are receiving TANF, you need only bring your identification card with the identification number.

## Birth Certificate and Social Security Numbers

Original birth certificates and social security cards are required to complete the enrollment process. The process is **not complete** until all required information has been received.

Should you have any questions, please contact Ms. Tamika Preston, Records Clerk, on 202.398-6811. Have a great summer.

Sincerely,

Anthony D. Jackson
Chief Administrative Officer

Attachment # 2005-06 Approved School Calendar

# EXHIBIT G

 # THE ARTS AND TECHNOLOGY ACADEMY PCS

**5300 BLAINE STREET NE**
**WASHINGTON, DC 20019**
 **PHONE: 202 398-6811   FAX: 202 388-8467**
 **E-MAIL: anjackson@dcata.org**

August 4, 2005

Dear Parent(s):                                                        **2ⁿᵈ Notice**

You have completed the first phase of the registration process by submitting the school's enrollment form. The next and most critical phase of the enrollment process is the **proof of DC residency** and documentation of required **immunizations**. Residency verification began **July 1ˢᵗ and is now past due.** Parents or guardians are required to submit the appropriate documentation to prove DC residency and immunization requirements to complete enrollment.

Since the enrollment process is not complete until all of these documents have been received, your child **will not** be assigned to a class until these items have been received and verified in our main office. The office staff is available to assist you in collecting these items between the hours of **9:00 am – 4 p.m., Monday through Thursday.**

Please note the documents needed, as changes have been made for this upcoming year. Also, please note the reminder dates below.

## IMPORTANT DATES:

**July 1st – July 14ᵗʰ** - Residency Verification and Complete Enrollment Forms (PAST DUE)
**July 1ˢᵗ - August 19ᵗʰ** - Public Summer hours (Monday-Thursday 9 am – 4 pm, closed on Friday)
**August 22ⁿᵈ** - Grades Pre-K-2/New Student Orientation/Testing; OASIS Before/After-care Registration
**August 23rd** - Grades 3-6/New Student Orientation/Testing; OASIS Before/After-care Registration
**August 24ᵗʰ** – School Opens for All Students

**Note: <u>Enrollment is not officially complete until all required documents have been received.</u>**

### <u>Acceptable Documents to Verify DC Residency:</u>  (Must be Originals)

**All information must be current and official, and must show the name of the parent or court appointed custodian or guardian seeking to enroll the student. The documentation must also establish/verify residency at the address listed on the enrollment package.**

<u>One</u> of the following is acceptable:

- **Pay stub** (within 45 days) for person enrolling student, with current home address and withholding of DC taxes for current tax year
- Proof of **financial assistance from DC Government** (i.e.: TANF, Medicaid, SCHIP, SSI, housing assistance)
- **Supplemental Security Income annual benefits notification**

Page 2 – Residency Verification (2nd Notice)

- **Tax information authorization waiver form** (certified by DC Office of Tax and Revenue)
- **Verification Letter** and **Military Housing Orders** for housing within DC
- Proof that child is a **ward of DC Government (court order)**
- Embassy letter

In the absence of the above items, two (2) of the items listed below are required:

- Unexpired **DC motor vehicle registration** (name of person enrolling student; current DC address
- Unexpired **lease or rental agreement** (name of person enrolling student; current DC home address; and receipt of payment within past two (2) months
- Unexpired **DC motor vehicle operator's** permit or non-driver ID (name of person enrolling student and current DC home address
- **One utility bill** (only gas, electric and water bills are acceptable) name of person enrolling student; current DC home address; and separate receipt of payment within the past two (2) months.

**Immunization:**

**Each year, all District of Columbia students, including those in daycare, must have the following:**

- DPT (Diphtheria/Pertussis/Tetanus) – series of 5
- OPV (Oral Polio Vaccine) – series of 4
- MMR (Measles/Mumps/Rubella) – series of 2
- HIB (Hemophilus Influenza Type B) – series of 4
- HEP B (Hepatitis B) – series of 3
- Varicella – if child has not had chicken pox (1)

**Note:** The HepB and Varicella requirements have been added within the last four years. Older students may not have received these immunizations. If your child is at or about the fifth grade, it is important to have this on the health record. All students at or above the fifth grade should have a Tetanus/Diphtheria booster shot unless it has been less than five years since a previous immunization.

**Free and Reduced Lunch Form -** All students are required to have a completed Free and Reduced Lunch application on file. If you are receiving TANF, you need only bring your identification card with the identification number.

**Birth Certificate and Social Security Numbers** - Original birth certificates and social security cards are required to complete the enrollment process. The process is **not complete** until all required information has been received.

Should you have any questions, please contact Ms. Tamika Preston, Records Clerk, on 202.398-6811.


Sincerely,


Errick Greene
Chief Administrative Officer


**2ND NOTICE**

# EXHIBIT H

7/19/05

\# Disconnected

8/12/05

\# disconnected

7/19/05

\# disconnected

E 12/05

\#disconnected

# EXHIBIT I

Arts & Technology Academy  202 388 0359                    p.2

# The Arts and Technology Academy
## Student Withdrawal Form

*ARTS & TECHNOLOGY ACADEMY*
*5300 BLAINE STREET, NE*
*WASHINGTON, DC 20019*

**Student Name:** ▮▮▮▮▮▮▮▮▮▮▮

**DC Student Number:**

**Address:** 217 50th St. N.E #31

**City:** Washington     **State:** D.C.

**Zip Code:** 20019

**Home Phone Number:** (202) 388-5051

**Parent/Guardian Names:**

**Teacher Name:**                                    **Grade:** 3rd

**Reason(s) for leaving:** (please provide detailed explanation)

---

**Receiving School Address** (for transfer of student records):

City:                                             State:

Zip Code:

Telephone Number:

Is the new school (check one box)?

Public ☐      Charter ☐      Home ☐

Private ☐     Parochial ☐    Unknown ☐

---

**Outstanding Textbooks/library books:**     **Outstanding book balance:$** 4.60

text book.

4.60

---

**Effective Date of Withdrawl:**

**Number of Days Present:**      Absent:      Tardy:

**Outstanding meal account Balance:**

---

**Parent/Guardian Signature:** Stacy Ca~      **Date:** 8-1-05

**School Administrator Signature:** ▮▮▮▮▮      **Date:** 9-1-05



# The Arts and Technology Academy
## Student Withdrawal Form

*ARTS & TECHNOLOGY ACADEMY*
*5300 BLAINE STREET, NE*
*WASHINGTON, DC 20019*

**Student Name:** ▬▬▬▬▬▬▬▬

**DC Student Number:**

**Address:** 217 50th St. N.E #31

**City:** Washington     **State:** D.C

**Zip Code:** 20019

**Home Phone Number** (202) 388-5051

**Parent/Guardian Names:** TRACEY CAIN

**Teacher Name:**     **Grade:** 6th

---

**Reason(s) for leaving:** (please provide detailed explanation)

---

**Receiving School Address** (for transfer of student records):

City:     State:

Zip Code:

Telephone Number:

Is the new school (check one box)?

Public ☐     Charter ☐     Home ☐

Private ☐     Parochial ☐     Unknown ☐

---

**Outstanding Textbooks/library books:**     **Outstanding book balance:**$

---

**Effective Date of Withdrawl:**

**Number of Days Present:**     **Absent:**     **Tardy:**

**Outstanding meal account Balance:**

---

**Parent/Guardian Signature:** *Tracey C.*     **Date:** 9-1-05

**School Administrator Signature:** *[signature]*     **Date:** 9-1-05

# EXHIBIT J

## REFERRAL FOR EVALUATION OR THERAPY SERVICES

Referral Date: 3/17/05

School: Arts & Technology Academy

Student: ▮▮▮▮▮▮▮▮▮▮

DOB: _____  Age: ____

Student ID Number: _____    Teacher: Ms. Nelson

Student Address: 217 50th St N.E. #31
  Number  Street  Quad  City  State  Zip

Parent/Guardian Name: Tracey Cain    Phone: 2-397-8110
Phone: _____

Student/Parent Native Language: English

Services Requested:

| Evaluation: | Treatment: | Frequency: |
|---|---|---|
| OT____ | OT____ | ____ |
| PT____ | PT____ | ____ |
| SLP____ | SLP____ | ____ |
| Psych _✓_ | PSYCH _✓_ | ____ |
| Other____ | Other____ | ____ |
| Specify | Specify | |

Request Participation in IEP Meeting

Discipline(s) Requested: ____OT ____PT ____SLP _✓_Psych ____Other
IEP Date _____    Time _____    Place _____

Contact Person: Tanna Jackson    Phone: 202-398-6811 ext. 500▮

Reason For Referral:
Psycho Ed  The student is have
difficulties in class she is not completing
her work and needs lot of assistance.

Additional Comments:
_____
_____
_____

☑ Parent/Guardian consent attached

# EXHIBIT K



REHABPLUS GROUP

### PAUL DOUGLASS FREY, PH.D.
Clinical Psychologist

## PSYCHOEDUCATIONAL EVALUATION

Student: ▓▓▓▓▓▓▓▓▓▓
Student I.D.
Current School: Arts & Technology Acad.
Grade: 2nd Grade
Primary Language: English

Referral: Ms. Jackson (Sp.Ed. coordinator)
Home Phone:
Date of Birth: ▓▓▓▓▓▓▓
Chron. Age: 7 yrs. - 6 mos.
Dates of Evaluation: 3/22 and 4/04/05

### REASON FOR REFERRAL
▓▓▓▓▓▓▓, a Second grader at Arts and Technology Academy, was referred for psychoeducational evaluation because of failure to complete the assigned classwork and continuing difficulties with reading and writing, including occasional letter reversals.

### BACKGROUND INFORMATION
▓▓▓▓▓▓▓has been a student at Arts & Technology Academy since Kindergarten. Her slowness in developing reading skills is seen in her scores on the Stanford-9 testing (which was done last April) where she received Below Average ratings in most of the reading subtests. Although her phonetic analysis and functional comprehension scores were given as Average, her Total Reading level was rated at about the 10th percentile for 1st Graders. Likewise, her Mathematics knowledge was rated at about 10th percentile, although she now seems to have made considerable improvement in her math skills.

### BEHAVIORAL OBSERVATIONS
▓▓▓▓▓▓▓presented as a well dressed and well mannered 7 year old who was comfortable in the testing situation and consistently showed a cooperative disposition. She was seen over a period of two days, and although she maintained a friendly attitude throughout that time, she did not appear to be consistently invested in her performance, i.e. her attention seemed to waver a bit during the academic achievement testing. However, her efforts were quite adequate and, especially on the (initial) IQ testing, were well directed. The present evaluation results are felt to give a generally valid picture of Kenyahtta's typical functioning in the school environment.

### TESTS ADMINISTERED
Wechsler Intelligence Scale for Children-4th edition (WISC-IV)
Woodcock-Johnson-III Tests of Achievement
Bender-Gestalt Visual-Motor Test

MARYLAND TRADE CENTER
7474 GREENWAY CENTER DRIVE SUITE 620 GREENBELT MARYLAND 20770
TEL: (301) 220-0580 OR 1-877-557-3422  FAX: (301) 220-0585 OR 1-877-875-2500
W W W . R E H A B P L U S G R O U P . C O M

2

Developmental Test of Visual-Motor Development (VMI)
Free drawings

**OTHER SOURCES OF INFORMATION**
Stanford Achievement Tests -9[th] Edition (April '04)
Consultation with ~~Kenyakta~~'s teacher, Ms. Ms. Nelson (4/5/05)

**TEST RESULTS**

*Intellectual/Academic Functioning*

   ~~Kenyakta~~ was tested with the WISC-IV, a broad measure of verbal and nonverbal functioning composed of ten subtests, each of which contributes equally to the Full Scale score. Her efforts on the WISC earned an overall or *Full Scale IQ* of 101, which falls solidly in the Average range. However, the variability of her several subtest scores (ranging from 8 to 16) which contribute to the Full Scale suggests that the Full Scale IQ should not be taken as an indication of intellectual limits. Her *Verbal Comprehension Index* (VCI) was 93, and her *Perceptual Reasoning Index* (PRI) was 112. The *Working Memory Index* (WMI) was 102, and the *Processing Speed Index* (PSI) was 94. --Of course, it should be noted that these numerical indices represent a range of reliability which (at the 95 percent confidence level) is about 8 points plus or minus-- Nevertheless, some of the differences between the various Index scores were statistically significant, notably the difference between the VCI and the PRI, suggesting relatively slow development of her verbal expressive skills. The Verbal Comprehension and Perceptual Reasoning indices are considered the best measures of General (or fluid) intellectual potential, whereas the Working Memory and Processing Speed indices are considered to be measures of more specific or crystallized skills. Because of her weakness in specific verbal areas related to academic experience, the PRI is likely to give the best estimate of ~~Kenyakta~~' intellectual abilities. The particular skill area, exemplified in Picture Concepts (SS=16) and Matrix reasoning (SS=12), where she showed the greatest strength was on a test of nonverbal reasoning and concept formation. Her weakness were in the area of word skills (Vocabulary SS=8) and visual analytic skills requiring spatial manipulation and orientation.

   Scaled Scores for all of the given WISC subtests are presented below, and in their numerical range a score of 9-11 represents an average level of functioning, a score of 7 or below reflects significantly below average functioning, and any scores of 12 or above are considered an indication of significantly above average functioning--

**Wechsler Intelligence Scale for Children -Fourth Edition**

*Verbal Comprehension Index*
<u>9</u>    **Similarities**: This subtest requires the student to make generalizations and express the similarities of various things and collectivities as a measure of abstract verbal reasoning ability.

Jul 07 05 12:14p      Arts & Technology Academy   202 388 0359                        p.4

4

*Academic Achievement*

The Woodcock-Johnson -III Tests of Academic Achievement were used to measure ▒▒▒▒'s level of scholastic achievement in comparison to that of her peers. Her performance on the WJ-III was evaluated in two ways, first by comparison with her age peers, and then by comparison with a national sample of students in the seventh month of the 2nd Grade. The two summaries and specific scores are presented in an attachment to the present evaluation.

From a developmental or age-based point of view, the aggregated W-J Cluster Scores indicate an overall level of Academic Skills in the average to low average range, or at about a1st to 2nd Grade Equivalence, with some superiority of math skills over reading skills. However, her fluency levels are below average, especially her reading fluency, which was rated with a standard score of 68. Although at about a low average level, her Spelling, Story Recall, and Applied Problems scores are less than would be expected based on expectations from her IQ score. Her highest subtest scores were for *Calculation* and *Understanding Directions*, where she was shown to be functioning comfortably in the average range. When her performance was evaluated on the basis of 2nd Grade norms, these two subtests were also her best scores. However, (although these two subtests remain her highest scores) from the perspective of achievement standards for a student in the seventh month of the 2nd Grade, ▒▒▒▒'s overall performance was seen to be much weaker. Her aggregated Academic Skills were rated with a standard score of only 78 and her Academic Fluency was rated with a standard score of just 73. Her Broad Reading score was given as 73, with a Passage Comprehension subtest score (82) better than her reading fluency score (70). The detailed scores are presented in the Score Reports attached to this document.

Worth noting in her approach to both the WISC-4 and WJ-3 was her tendency to skip over mildly difficult or simply unfamiliar items during the speed/fluency tests. She also made use of an interesting strategy to speed her symbol copying responses by simply reversing direction at the end of a line and going back from right to left.

*Visual-Motor Functioning*

▒▒▒▒ who is right handed, made copies of the nine designs of the Bender-Gestalt test which showed some difficulty with acute angles and a tendency toward perseveration, suggesting immature development of her visual-motor skills. Her performance on the VMI (a similar task of figure reproductions) also showed a tendency toward carelessness with small details, and her VMI standard score (77) was at a borderline to low average level of proficiency. Her free drawing of a person and tree was similarly immature and rather tentative in execution..

*Attention/Behavioral*

In our one-on-one time together, there was nothing seen in ▒▒▒▒'s behavior to suggest problems with attention or impulsivity. Her teacher also reported no behavioral or attitude problems in the classroom setting.

# IMPRESSIONS/EDUCATIONAL IMPLICATIONS

Based on the present observations and test results, as well as teacher observations,

5

██████'s intellectual functioning can be described as falling comfortably within the Average range overall but with above average nonverbal reasoning skills, suggesting that her true functioning potential is likely to be at a High Average or even Superior level. On the other hand, her academic skills are not well developed in either reading or (to a lesser extent) math fluency, and her overall academic proficiency is at about a 1st Grade level (based on national norms). She pays attention well enough and understands directions given her, but there is a developmental immaturity in her language skills as regards fluency with written language. Despite her good intellectual ability, she struggles with trying to acquire 2nd Grade level reading skills. Likewise, she is somewhat delayed in the development of her visual-motor skills. These findings, especially the discrepancy between the intellectual and academic measures, point to a specific learning problem, primarily in the area of reading skills. The present diagnostic impression is Reading Disorder (315.00) even though this may well be the result of uneven neurocognitive development with a temporary lag in the area of written language processing. As things stand, she will likely find 3rd Grade level work quite challenging unless she is able to get some targeted instruction and practice to help her develop her reading skills.

## RECOMMENDATIONS

1. The IEP should focus on consideration for Special Ed classification as LD, based on present evaluation results.

2. An intensive reading program with a focus on helping her develop skills in processing written language should be instituted. Individualized or small group work in reading comprehension skills along with other specialized education resources should be put into place for ████████.

Paul Douglass Frey, Ph.D.
Licensed Clinical Psychologist, MD, D.C.

Summary and Score Report

~~Redacted~~

April 5, 2005

TABLE OF SCORES: *Woodcock-Johnson III Tests of Achievement*
Report Writer for the WJ III, Version 1.1
Norms based on age 7-7

| CLUSTER/Test | Raw | AE | EASY to DIFF | | RPI | PR | SS(68% BAND) | GE |
|---|---|---|---|---|---|---|---|---|
| ORAL LANGUAGE (Std) | – | 7-2 | 5-9 | 9-3 | 87/90 | 40 | 96 (92-100) | 1.5 |
| BROAD READING | – | 6-9 | 6-6 | 7-0 | 25/90 | 10 | 81 (78-83) | 1.4 |
| BROAD MATH | – | 7-1 | 6-6 | 7-10 | 81/90 | 34 | 94 (91-97) | 1.8 |
| MATH CALC SKILLS | – | 7-9 | 7-0 | 8-9 | 92/90 | 59 | 103 (98-109) | 2.4 |
| ACADEMIC SKILLS | – | 7-2 | 6-11 | 7-6 | 70/90 | 30 | 92 (90-95) | 1.8 |
| ACADEMIC FLUENCY | – | 6-4 | 5-9 | 7-1 | 59/90 | 7 | 78 (73-83) | 1.2 |

Form A of the following achievement tests was administered:

| | Raw | AE | EASY to DIFF | | RPI | PR | SS(68% BAND) | GE |
|---|---|---|---|---|---|---|---|---|
| Letter-Word Identification | 28 | 7-1 | 6-11 | 7-4 | 40/90 | 26 | 90 (88-93) | 1.8 |
| Reading Fluency | 1 | 6-0 | 5-8 | 6-4 | 8/90 | 2 | 68 (61-75) | <K.8 |
| Story Recall | – | 5-9 | 3-4 | 9-9 | 83/90 | 20 | 87 (77-97) | K.6 |
| Understanding Directions | – | 7-7 | 6-7 | 9-1 | 90/90 | 51 | 100 (96-104) | 2.0 |
| Calculation | 11 | 8-1 | 7-6 | 8-9 | 96/90 | 70 | 108 (101-115) | 2.6 |
| Math Fluency | 20 | 6-11 | 5-0 | 8-10 | 86/90 | 24 | 89 (85-94) | 1.5 |
| Spelling | 17 | 6-11 | 6-7 | 7-3 | 46/90 | 21 | 88 (84-92) | 1.2 |
| Writing Fluency | 6 | 7-2 | 6-3 | 8-1 | 84/90 | 37 | 95 (89-101) | 2.1 |
| Passage Comprehension | 14 | 6-9 | 6-6 | 7-1 | 40/90 | 19 | 87 (84-90) | 1.4 |
| Applied Problems | 20 | 6-2 | 5-8 | 6-9 | 38/90 | 16 | 85 (81-89) | 1.0 |

## SCORE REPORT

Name: ~~████████~~
Date of Birth: 09/09/1997
Age: 7 years, 7 months
Sex: Female
Date of Testing: 04/05/2005

School: Arts&Technology
Teacher: Ms. Nelson
Grade: 2.7
Examiner: Frey

TABLE OF SCORES: *Woodcock-Johnson III Tests of Achievement*
Report Writer for the WJ III, Version 1.1
Norms based on grade 2.7

| CLUSTER/Test | Raw | GE | EASY to DIFF | | RPI | PR | SS(68% BAND) | AE |
|---|---|---|---|---|---|---|---|---|
| ORAL LANGUAGE (Std) | – | 1.5 | K.1 | 3.9 | 83/90 | 24 | 89 (84-95) | 7-2 |
| BROAD READING | – | 1.4 | 1.2 | 1.7 | 9/90 | 4 | 73 (70-76) | 6-9 |
| BROAD MATH | – | 1.8 | 1.2 | 2.4 | 67/90 | 17 | 86 (83-89) | 7-1 |
| MATH CALC SKILLS | – | 2.4 | 1.6 | 3.3 | 86/90 | 38 | 96 (91-100) | 7-9 |
| ACADEMIC SKILLS | – | 1.8 | 1.5 | 2.1 | 37/90 | 7 | 78 (75-81) | 7-2 |
| ACADEMIC FLUENCY | – | 1.2 | <K.8 | 1.8 | 44/90 | 4 | 73 (69-78) | 6-4 |

Form A of the following achievement tests was administered:

| | Raw | GE | EASY to DIFF | | RPI | PR | SS(68% BAND) | AE |
|---|---|---|---|---|---|---|---|---|
| Letter-Word Identification | 28 | 1.8 | 1.6 | 2.0 | 10/90 | 10 | 81 (78-83) | 7-1 |
| Reading Fluency | 1 | <K.8 | <K.8 | 1.1 | 3/90 | 2 | 70 (65-76) | 6-0 |
| Story Recall | – | K.6 | <K.0 | 4.3 | 81/90 | 14 | 83 (73-94) | 5-9 |
| Understanding Directions | – | 2.0 | K.8 | 3.7 | 84/90 | 36 | 95 (91-99) | 7-7 |
| Calculation | 11 | 2.6 | 2.1 | 3.3 | 89/90 | 48 | 99 (94-104) | 8-1 |
| Math Fluency | 20 | 1.5 | <K.2 | 3.5 | 82/90 | 12 | 82 (78-86) | 6-11 |
| Spelling | 17 | 1.2 | K.9 | 1.5 | 18/90 | 6 | 76 (71-81) | 6-11 |
| Writing Fluency | 6 | 2.1 | 1.4 | 2.8 | 78/90 | 27 | 91 (85-97) | 7-2 |
| Passage Comprehension | 14 | 1.4 | 1.2 | 1.7 | 21/90 | 11 | 82 (78-85) | 6-9 |
| Applied Problems | 20 | 1.0 | K.6 | 1.5 | 18/90 | 8 | 79 (75-83) | 6-2 |

# EXHIBIT L

07/15/2005  13:50    2029658913                    BRUSTEIN & MANASEVIT                PAGE  03
   JUL-16-05  SAT  02:48  AM                                                              P.05
   07/15/2005  18:19    2029658913                    BRUSTEIN & MANASEVIT                PAGE  03

# Settlement Agreement

The Arts & Technology Academy PCS and the parent, through counsel, agree to resolve the pending request for due process, pursuant to the following terms and conditions.

1. ATA agrees to convene a MDT/IEP/placement meeting during the first two weeks of the 2005-2006 school year to review the student's psycho-educational evaluation. The team will determine the student's eligibility and, if appropriate, draft an individualized education program and determine compensatory education.

2. The parent agrees to cooperate in all the procedures described in this Agreement, and in the scheduling and participation in a timely MDT/IEP meeting. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

3. If ATA is unable to comply with this agreement because of unforeseen circumstances beyond its control, ATA will request that Parent/Counsel agree to extend the deadlines or negotiate new timelines, whichever appropriate. Parent/Counsel will not unreasonably deny any such request for extension/renegotiation.

4. The parties agree that all notices shall be sent via first class mail to the mother, Ms. Tracey Cain, at 217 50th Street, NE, Apt. #31, Washington, D.C. 20019, and a fax communication to Attorney Roy Carleton Howell at fax number (202) 545-0525. All scheduling shall be coordinated between the parties.

5. This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including all claims that the parent now asserts or could have asserted as of the date of this agreement.

6. Parent/Counsel agrees to accept reasonable attorney fees in the amount of $4,000.00 from ATA in this matter as full and final payment of the attorney fees and related costs incurred in this matter. Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines, and all attorney's fee cap provisions applicable to DCPS.

7. The parent, through counsel, agrees to withdraw the pending requests for due process upon execution of this agreement. The parent, through counsel, agrees to forward a copy of the letter of withdrawal of the request for due process to all parties within 2 business days of execution of this Agreement.

8. ATA will pay reasonable attorney's fees within 30 days from the date of submission of the certified, itemized invoice.



07/15/2005  13:50     2029658913                    BRUSTEIN & MANASEVIT                PAGE  04
        JUL-16-05 SAT 02:49 AM                                                                P.04
        07/15/2005 10:19   2029658913              BRUSTEIN & MANASEVIT                PAGE  04

Agreed to:

_Christine D. Bell_                7/15/05
Ms. Christine D. Bell                  Date
Counsel for Arts & Technology Academy


_Roy C. Howell_            15th July 2005
Mr. Roy C. Howell                  Date
Parent's Counsel

# EXHIBIT M

*Copy For File*

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

MDT Referral Date: _____

Letter of Invitation                              Re: ~~_____~~    Date 8/19/05

Dear **Ms Cain**

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:
ATA
5300 Blaine Street, NE
Washington, DC 20019

Please check one date for confirmation:
☐ Date: 8/26/05  Time: 10:00 ; or
☐ Date: 8/29/05  Time: 10:00 ; or
☐ Date: 8/30/05  Time: 10:00 ;

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**
☐ \*\*develop/review IEP (including consideration of extended school year (ESY) services
☑ \*review evaluation or reevaluation information
☐ develop the student evaluation plan (SEP)
☐ discuss documented levels of service
☐ \*\*review records to support the completion of services as follows:

☐ \*\*discuss CompEd
☐ discuss placement
☐ \*consider transition services needs
☐ determine manifestation
☐ discuss quarterly review
☐ discuss eligibility
☐ behavior plan review

☐ Graduated    ☐ Completed Services    ☐ Aged Out    ☐ Transferred Out of District    ☐ Dropped Out
☐ Other: _____

**\*\*Placement will be discussed.**

MDT Members:  ☑ Principal or Designee    ☑ General Education Teacher    ☑ Psychologist
☑ Parent    ☑ Special Education Teacher    ☐ Other: _____
☑ LEA Representative    ☐ Speech and Language
☐ Student    ☐ Social Worker

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact **Tara King** at **388-0811** (school telephone number).
If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate _____

See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

\*After the third attempt to contact the parent, the meeting will be held without further notice.
....................................................................................................................
Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).    ☐ Yes  ☐ No    Date _____

*2ND Meeting Notice*

*Copy for file*

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**Meeting Notice**

Date 8/30/05

MDT Referral Date: _____

**Letter of Invitation**

Re : ~~_____~~

Dear *Ms. Chin*

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

*Arts & Technology*

| Please check one date for confirmation: |
|---|
| ☐ Date: 9/7/05  Time: 10:00 ; or |
| ☐ Date: 9/8/05  Time: 10:00 ; or |
| ☐ Date: 9/9/05  Time: 10:00 |

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

☐ \*\*develop/review IEP (including consideration of extended school year (ESY) services    ☐ \*\*discuss CompEd

☑ \*\*review evaluation or reevaluation information    ☐ discuss placement    ☐ \*consider transition services needs

☐ develop the student evaluation plan (SEP)    ☐ determine manifestation    ☐ discuss quarterly review

☐ discuss documented levels of service    ☐ discuss eligibility    ☐ behavior plan review

☐ \*\*review records to support the completion of services as follows:

☐ Graduated    ☐ Completed Services    ☐ Aged Out    ☐ Transferred Out of District    ☐ Dropped Out

☐ Other: _____

**\*\*Placement will be discussed.**

MDT Members:    ☑ Principal or Designee    ☑ General Education Teacher    ☑ Psychologist

☑ Parent    ☑ Special Education Teacher    ☐ Other: _____

☑ LEA Representative    ☐ Speech and Language    _____

☐ Student    ☐ Social Worker    _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact *Sara Dura* at *398-6811* (school telephone number).

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

_____    \*    _____

See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

**\*After the third attempt to contact the parent, the meeting will be held without further notice.**

Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____    Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).    ☐ Yes    ☐ No