IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

    Plaintiffs

v.

Civil Action No. **1:05CV01773**
JUDGE: James Robertson

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al,.*

    Defendants.

# PLAINTIFFS' EXHIBIT # 1


**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

*Office of the Superintendent*
825 North Capitol Street, N.E., 9*th* floor
Washington, D.C. 20002-1994
Phone: 202-442-5885 Fax: 202-442-5026
www.k12.dc.us

June 10, 2005

Dear Parents/Caregivers:

### Re: Annual Residency Verification and Immunization Requirements for School Year 2005-06

As the end of the school year approaches, it is my responsibility to remind you of your responsibility to comply with the annual residency verification and immunization requirements for next school year. District of Columbia law requires the verification of District of Columbia (DC) residency for all students seeking to enroll in the District of Columbia's public schools or schools funded by the District of Columbia Public Schools (DCPS) each year. Only residents of DC are eligible to receive a free public education funded by DC.

"Early Bird" registration will be July 18 through August 26, 2005. Parents have stated that the month long August time period does not work because of vacations, camps, etc. It is hopeful that the new time slot will facilitate full compliance prior to school opening on August 29, 2005.

**RESIDENCY VERIFICATION**

If your **child attends a DC Public School**:

- You or your representative must present your original documents (see enclosure) of District of Columbia residency and complete the Annual Student Enrollment Form **at your child's school**.

- Early Bird registration **Monday, July 18 through Friday, August 26, 2005** from 9:00 AM until 4:00 PM. Extended hours of 9:00 AM until 6:00 PM will be on Thursdays, July 21 and 28 August 4 and 11, 2005.

- Unfortunately, faxed or mailed copies will not be accepted.

If your **child attends non-public special education day or residential treatment facilities funded by DC Public Schools:**

- You or your representative must present your original documents (see enclosure) verifying District of Columbia residency **to the Student Residency Office, located at 825 North Capitol Street, NE, Suite 7115.**

- Early Bird registration **Monday, July 18 through Friday, August 26, 2005** from 9:00 AM until 4:00 PM. Extended hours of 9:00 AM until 6:00 PM will be on Thursdays, July 21 and 28 and August 4 and 11, 2005.

- Unfortunately, faxed or mailed copies will not be accepted.

Again this year Residency Verification Guidelines, developed by the DC State Education Office to help you better understand the documents needed by parents/guardians to verify District of Columbia residency, are enclosed for your information. Information on specific documentation needed by the person who is providing fulltime care and financial support to a child, because the parent is unable to provide such fulltime care and financial support, are available at the site where residency verification is done.

**IMMUNIZATION**

- Again, upon enrollment, all students must have certification of immunization, with dates of required vaccines completed by a healthcare provider. These requirements can only be waived for a medical or religious exemption. For medical exemptions, a physician or their representative must certify in writing that the student has a condition (temporary or otherwise) that may cause a specific vaccine or immunization to be detrimental to the student's health, with a projected date of when the vaccine can be received. Parents/guardians may also provide written certification from public health authorities that immunization is medically inadvisable, with a projected date when the vaccine can be administered. Regarding religious beliefs, a parent or guardian must object in good faith and provide a written statement to the principal of the school that the immunization would violate his or her religious beliefs. The statement must be sent to the Department of Health for review. **If you need further information or have any concerns regarding immunization requirements, etc, please contact the Division of Immunization at (202) 576-7130 or the DC Public School(s) your child attends.**

You are urged to take advantage of the earlier registration schedule that starts on July 18, 2005. Staff will be available to assist you. Failure to complete the requirements for residency or presentation of immunization records will result in the student's exclusion from attendance until the requirements are met. Do not let your child miss valuable instruction time because of your failure to act.

Thank you again for a successful year. A relaxing and safe summer is wished to both you and our students.

Respectfully,

*[signature]*

Clifford B. Janey, Ed.D
Superintendent

CBJ:jw

Enclosure

cc:   Mr. Ralph Neal
      Divisional Assistant Superintendents