# SPECIAL EDUCATION STUDENT HEARING OFFICE OF DCPS

*IN THE MATTER OF KENYAHATTA WADE*

**EXHIBIT # 1**


**STANFORD** ACHIEVEMENT TEST SERIES, NINTH EDITION — SELECT

**STUDENT REPORT FOR KENY T A WADE**
Age: 6 Yrs 08 Mos
Student No: 9086226

TEACHER: WILKINS
SCHOOL: ARTS & TECH PCS - 778
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE
GRADE: 01
TEST DATE: 04/04

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 106 | 37 | 474 | 9-2 | 21.8 |
| Word Study Skills | 36 | 12 | 478 | 8-2 | 20.4 |
| Word Reading | 30 | 13 | 476 | 22-3 | 33.7 |
| Reading Comp. | 40 | 12 | 462 | 8-2 | 20.4 |
| Total Mathematics | 69 | 24 | 477 | 7-2 | 18.9 |
| Problem Solving | 44 | 18 | 498 | 9-2 | 21.8 |
| Procedures | 25 | 6 | 440 | 6-2 | 17.3 |

NATIONAL GRADE PERCENTILE BANDS (1, 10, 30, 50, 70, 90, 99)

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| Word Study Skills | 12/ 36/ 36 | ✓ | | |
|   Structural Analysis | 5/ 12/ 12 | ✓ | | |
|   Phonetic Analysis-Consonants | 6/ 12/ 12 | | ✓ | |
|   Phonetic Analysis-Vowels | 1/ 12/ 12 | ✓ | | |
| Word Reading | 13/ 30/ 30 | | ✓ | |
| Reading Comprehension | 12/ 40/ 40 | ✓ | | |
|   Two-Sentence Stories (Riddles) | 1/ 5/ 5 | ✓ | | |
|   Short Passages (Cloze) | 7/ 15/ 15 | | ✓ | |
|   Short Passages w/Questions | 4/ 20/ 20 | ✓ | | |
|     Recreational | 1/ 10/ 10 | ✓ | | |
|     Textual | 0/ 5/ 5 | ✓ | | |
|     Functional | 3/ 5/ 5 | | ✓ | |
|   Initial Understanding | 3/ 9/ 9 | ✓ | | |
|   Interpretation | 1/ 11/ 11 | ✓ | | |
| Mathematics: Problem Solving | 18/ 44/ 44 | ✓ | | |
|   Concepts/Whole No. Comput. | 1/ 3/ 3 | | ✓ | |
|   Number Sense and Numeration | 4/ 12/ 12 | ✓ | | |
|   Geometry and Spatial Sense | 3/ 5/ 5 | ✓ | | |
|   Measurement | 2/ 8/ 8 | ✓ | | |
|   Statistics and Probability | 3/ 5/ 5 | | ✓ | |
|   Fraction and Decimal Concepts | 2/ 3/ 3 | | ✓ | |
|   Patterns & Relationships | 3/ 5/ 5 | | ✓ | |
|   Problem-Solving Strategies | 0/ 3/ 3 | ✓ | | |
| Mathematics: Procedures | 6/ 25/ 25 | ✓ | | |
|   Number Facts | 2/ 8/ 8 | ✓ | | |
|   Computation/Symbolic Notation | 3/ 11/ 11 | ✓ | | |
|   Computation in Context | 1/ 6/ 6 | ✓ | | |

STANFORD LEVEL/FORM: Primary 1/T
1995 NORMS: Spring    National

OTHER INFO: 2--------    Copy 01
Process No. 10492017-1672143-0501-01220-1

Scores based on normative data copyright © 1996 by Harcourt, Inc. All rights reserved.