# SPECIAL EDUCATION STUDENT HEARING OFFICE OF DCPS

*IN THE MATTER OF KENYAHATTA WADE*

**EXHIBIT # 2**



# The Arts & Technology ACADEMY

## Quarter 2

**Student's Name:** KENYATTA WADE  
**Teacher's Name:** NELSON

**Attendance:** __1__ Days Absent    __0__ Days Tardy

Mark the student's progress in each subject using the following: N (Needs Improvement), S (Satisfactory) or E (Excellent). Instructional Level is based on the following: # =Above grade level; + =At grade level, * =Below grade level.

| Subject | Grade | Instructional Level |
|---|---|---|
| Math | N | * |
| Reading | S | * |
| Spelling | N | * |
| Science | N | * |
| Writing | N | * |
| Paragon | N | * |
| Spanish | S | |
| Art | S | |
| Music | S | |
| Drama | S | |
| Dance | N/A | |
| Physical Education | S | |
| Technology | S | |

**COMMENTS:** Kenyatta loves to take part in class discussion. She tries really hard to complete her assignments. However, second grade work is difficult for her at this time. I have modified her class work. Please review her spelling words, reading assignments and practice writing sentences each night.

_[Teacher's Signature]_  12/14/04  
Teacher's Signature    Date                Parent/Guardian's Signature    Date

2004 - 2005  
**INTERIM PROGRESS REPORT**  
Quarter 2



Mosaica Education, Inc.  
Personalized Student Achievement Plan 7-04  
Student Reports

20

FOR INTERNAL USE ONLY