# SPECIAL EDUCATION STUDENT HEARING OFFICE OF DCPS

## *IN THE MATTER OF KENYAHATTA WADE*

## EXHIBIT # 3




**2004-2005 REPORT CARD (Kindergarten – Grade 2)**

**Student: Kenyatta Wade Teacher: Nelson Grade: 2nd Quarter: 1 2 3 4**

| Subject | Marking Period 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Language Arts | S+ | | | |
| Reading | E* | | | |
| Spelling | N* | | | |
| Writing | N* | | | |

| | Marking Period 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Mathematics | S* | | | |
| Science | S+ | | | |
| Paragon | S+ | | | |

| Resource Classes | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Dance | S | | | |
| Physical Education | S | | | |
| Drama | N | | | |
| Art | N | | | |
| Technology | S | | | |
| Spanish | N/A | | | |
| Music | S | | | |

**Resource Area Grading Scale**

*E= Excellent*
*S = Satisfactory*
*N = Needs improvement*
*X = Experiencing Difficulty*

| GRADES | INSTRUCTIONAL LEVELS |
|---|---|
| E = Excellent S = Satisfactory N = Needs Improvement | * Working below grade level # Working above grade level |

Comments 1st Quarter

Kenyatta works very hard at completing her class work. However, it is sometimes too difficult for her to understand. Therefore, I have to make modifications for her on a lower grade level. Please have her read, practice sentence structure, and handwriting skills each night.

Comments 3rd Quarter

Comments 4th Quarter

| Personal and Social Growth | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Exhibit positive self image<br>Demonstrates positive attitudes | N | | | |
| Complies with school rules<br>Makes responsible choices | S | | | |
| Respects the work of others<br>Works cooperatively in small group | N | | | |
| Participates in large group activities<br>Demonstrates listening habits<br>Respects the feelings of others | S | | | |
| Follows directions<br>Works independently<br>Consistently turns in homework | N | | | |

| Attendance | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days Absent | 2 | | | |
| Days Tardy | 0 | | | |

Comments

Parent Signature: ____________________ Date: ____________________

(Please sign and return this report card to your child's teacher)