# SPECIAL EDUCATION STUDENT HEARING OFFICE OF DCPS

## *IN THE MATTER OF KENYAHATTA WADE*

### EXHIBIT # 4



The Arts & Technology ACADEMY

## 2003-2004 REPORT CARD (Kindergarten – Grade 2)

**Student:** KENYATTA WADE    **Teacher:** Wilkins    **Grade:** First    **Quarter:** Fourth

| Subject | Marking Period | | | | GRADES | INSTRUCTIONAL LEVELS |
|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th | E = Excellent        S = Satisfactory<br>N = Needs Improvement | * Working below grade level<br># Working above grade level |
| Language Arts | N | S | S | N | **Comments 1st Quarter**<br>Kenyatta has a positive attitude toward school, but she is having difficulty with her handwriting. I believe this has been the cause of some of her earlier low test scores. Ms. Nichols and I are working with her in this area. I will send home a can of play-doh. She can practice writing letters in the dough. | |
| Reading | E | E | E | S | | |
| Spelling | N | N | N | N | | |
| Writing | N | S | S | N | **Comments 2nd Quarter**<br>Kenyatta is doing extremely well in Reading. I am also glad to see that her handwriting has improved a great deal. She is taking her time when writing assignments. However, she is still having difficulties in spelling. I suggest making flash cards of each week's spelling words to help her prepare for Friday's spelling tests. | |
| | **Marking Period** | | | | | |
| | 1st | 2nd | 3rd | 4th | | |
| Mathematics | N | S | N | S | **Comments 3rd Quarter**<br>Kenyatta is still doing a great job in reading. Kenyatta is still having a difficult time in spelling. I still suggest making flash cards with the weekly spelling words and have her spell the words to you nightly. I also would suggest having her write the words an additional five times to what is recommended for homework. I believe, if Kenyatta would be more focus in class and complete homework assignments to reinforce what we are doing in class. We will see an improvement in her grades. | |
| Science | S | E | N | N | | |
| Paragon | S | N | E | S | | |
| Resource Classes | 1st | 2nd | 3rd | 4th | **Comments 4th Quarter**<br>It has been a pleasure having kenyatta in my class she is a very well mannered and polite child. However Kenyatta has not reached milestones available to her this year. She is often tardy or absent from school. She needs remediation in all subject areas. Kenyatta continues to have difficulty meeting or mastering grade level standards. I believe that she will benefit from additional time in grade 1. I recommend completion of MANDATORY summer school before making the final retention or promotion decision. If she fails to attend summer school she will be retained in grade 1. Have a safe summer! | |
| Dance | S | S | S | S | | |
| Physical Education | S | S | S | S | **Personal and Social Growth** | 1st | 2nd | 3rd | 4th |
| Drama | S | S | N | N | Exhibit positive self image<br>Demonstrates positive attitudes | S | S | N | S |
| Art | S | S | S | S | Complies with school rules<br>Makes responsible choices | E | N | N | S |
| Technology | S | S | S | S | Respects the work of others<br>Works cooperatively in small group | E | N | S | S |
| Spanish | S | S | S | N/A | Participates in large group activities<br>Demonstrates listening habits<br>Respects the feelings of others | S | N | N | S |
| Music | S | N | S | S | Follows directions<br>Works independently<br>Consistently turns in homework | N | S | E | S |
| **Resource Area Grading Scale** | | | | | **Attendance** | 1st | 2nd | 3rd | 4th |
| E = Excellent<br>S = Satisfactory<br>N = Needs improvement | | | | | Days Absent | 2 | 3 | 1 | |
| | | | | | Days Tardy | 0 | 0 | 2 | |