# SPECIAL EDUCATION STUDENT HEARING OFFICE OF DCPS

*IN THE MATTER OF KENYAHATTA WADE*

**EXHIBIT # 5**

The Arts Technology ACADEMY

## 2002-2003 REPORT CARD (Kindergarten – Grade 2)

**Student:** Kenyahtta Wade    **Teacher:** Ms. Baylor    **Grade:** K    **Quarter:** 3

| Subject | Marking Period | | | | GRADES | INSTRUCTIONAL LEVELS |
|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th | E = Excellent    S = Satisfactory<br>N = Needs Improvement | * Working below grade level<br># Working above grade level |
| Language Arts | E | S | S | | Comments 1st Quarter | |
| Reading | N | N | N | | Kenyahatta does not stay focused when it comes to instructions. She does not complete any of her daily work, which consists of looking for alphabets in the newspaper. Please with her in writing her numbers and counting to 100. | |
| Spelling | | N | N | | | |
| Writing | N | N | S | | Comments 2nd Quarter | |
| | **Marking Period** | | | | Please schedule a conference with us. Kenyahtta is not doing the best work that she is capable of doing. Please work with her in counting her numbers up to 100. In class she count up to 53. | |
| | 1st | 2nd | 3rd | 4th | | |
| Mathematics | N | S | S | | Comments 3rd Quarter | |
| Science | N | S | S | | Kenyahtta is really trying hard in her daily work. Please work with her in her reading. Have her read her graded reading paper to you every night. | |
| Paragon | S | S | S | | | |
| | | | | | Comments 4th Quarter | |

| Resource Classes | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Physical Education | E | S | S | |
| Drama | S | | | |
| Art | S | | S | |
| Technology | S | | S | |
| Spanish | | | S | |
| Music | S | S | S | |

| Personal and Social Growth | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Exhibit positive self image<br>Demonstrates positive attitudes | S | S | S | |
| Complies with school rules<br>Makes responsible choices | S | N | S | |
| Respects the work of others<br>Works cooperatively in small group | S | S | S | |
| Participates in large group activities<br>Demonstrates listening habits<br>Respects the feelings of others | N | N | S | |
| Follows directions<br>Works independently<br>Consistently turns in homework | N | N | | |

**Resource Area Grading Scale**
S = Satisfactory
N = Needs improvement
X = Experiencing Difficulty

| Attendance | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days Absent | 9 | 7 | 6 | |
| Days Tardy | | 3 | 14 | |
| Comments | | | | |