# SPECIAL EDUCATION STUDENT HEARING OFFICE OF DCPS

## *IN THE MATTER OF KENYAHATTA WADE*

### EXHIBIT # 6

**Anthony D. Jackson,**

Chief Administrative Officer

Arts and Technology Academy

*5300 Blaine Street NE*
*Washington, DC 20019*
*ajackson@ata.advantage-schools.org*

**MEMORANDUM**

**TO:**       The Parent(s) of: *Kenyahtta Wade*

**FROM:**   Anthony D. Jackson

**DATE:**   *Feb. 11, 2003*

**RE:**       No Uniform

Today, *Kenyahtta* attended school out of uniform. Earlier this year, I sent a notice to all parents reminding you of our expectation that students report to school daily in uniform. The uniform policy is not optional. Please be advised that should your child report to school not wearing the required uniform after today he/she may be suspended from school for three days. Repeated failure to adhere to the uniform policy may result in a recommendation to revoke your child's enrollment privilege to the Board of Trustees. ***This is not our desire***, however, when you chose to enroll your child at The Arts and Technology Academy, you were clearly informed of our uniform policy and expectations.

Please help us maintain this expectation by sending your child to school daily in the appropriate attire. If you have questions or concerns, you may contact me at 202-398-6811 ext 5204.

Sincerely,

Anthony D. Jackson
Chief Administrative Officer

Cc:   Student File