IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

    Plaintiffs

v.

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, et al,.

    Defendants.

Civil Action No. **1:05CV01773**
JUDGE: James Robertson

# PLAINTIFFS' EXHIBIT # 5

# District of Columbia Public Schools
## Office of Compliance
### STUDENT HEARING OFFICE

825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



HEARING NOTICE

MEMORANDUM VIA: [X] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:  Parent (or Representative): R. HOWELL / L. MANASSAH   Fax No.: 545-0525
     LEA Legal Counsel: R. CHAPMAN                                  965-8913

RE:  WADE, KENYAHATTA  and (LEA) DOB: 9/9/97
     Student's Name

FROM: SHARON NEWSOME
      Special Education Student Hearing Office Coordinator

DATE SENT: 6/21/05

------------------------------------------------------------

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on 6/15/05. Please be advised that the hearing has been scheduled for:

DATE: 7/20/05

TIME: 3:00 pm

AT:   825 North Capitol Street, NE, Washington, DC
      8th Floor

ASSIGNED HEARING OFFICER: _____

[ ] **THIS IS A FINAL NOTICE OF HEARING:** If you wish to request a continuance of this hearing, you must submit your request in **writing on the attached form** to the Special Education Student Hearing Office at the above address, or by fax at 202 442-5556. All decisions regarding continuances are made **exclusively** by the Hearing Officer, and cannot be made by SHO administrative staff. Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled above.

[X] **THIS IS A PROVISIONAL NOTICE OF HEARING:** The SHO was unable to accommodate any of your proposed dates. If you are unavailable for the above date, you must inform the SHO in writing (letter or fax) that the date is unavailable and specify times during the next four business days when you are either available or unavailable for a teleconference with the Hearing Officer. If the SHO does not receive a response from you within three business days of your receiving this provisional notice, the notice becomes a final notice of hearing that may be modified with only a request for a continuance.

Failure to appear for a properly scheduled hearing may result in dismissal of the case or a default judgment against you. Disclosure of evidence and witnesses to the opposing party is required at least **five business days** prior to the hearing with copies to the Special Education Student Hearing Office