IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

    Plaintiffs

v.

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al,.*

    Defendants.

Civil Action No. **1:05CV01773**
JUDGE: James Robertson

**ORDER**

Upon consideration of Defendants' Motion to Dismiss, Plaintiffs' opposition and the entire record it is hereby

**ORDERED** that:

Defendants' Motion to Dismiss is **DENIED.**

Dated: _____

                                    _____
                                    United States District Judge