IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

      Plaintiffs

v.

Civil Action No. **1:05CV01773**
JUDGE: James Robertson

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al,.*

      Defendants.

**PLAINTIFFS' EXHIBIT E FOR THE MEMORANDUM
OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER**

On Friday, 16th September 2005 at a 10:00 am hearing for a preliminary injunction before the Honorable Judge James Robertson, plaintiffs filed Exhibit E[1] in open court and served defendants a copy on the record.

Pursuant to ECF requirements plaintiffs hereby respectfully file Exhibit E in the aforementioned TRO pleading, which was heard as a preliminary injunction.

---

[1] Exhibit E is a 10th June 2005 business record of DCPS' Office of the Superintendent, Dr. Clifford B. Janey, Ed.D. concerning Annual Residency Verification and Immunization Requirements for compliance with *D.C.M.R. Title 5, chapter 9, § 916* and *§ 917.*

1

Respectfully submitted,

*[signature]*

Roy Carleton Howell, 415142
8003 Parkside Lane, NW
Washington, D.C. 20012
Phone (202) 545-0750 – home
Office (202) 545-0755 - office