IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

    Plaintiffs

v.

Civil Action No. 1:05CV01773
JUDGE: James Robertson

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, et al.,

    Defendants.

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs move for summary judgment pursuant to Fed. R. Civ. P. 56 (a) and LCvR 56.1.

I.    INTRODUCTION:

1.    Defendant is a public District of Columbia charter school required under federal law to provide students with disabilities a free, appropriate public education (FAPE) designed to meet their unique needs pursuant to the *Individuals With Disabilities Education Act,(IDEA) 20 U.S.C. §§ 1400 et seq., and 34 C.F.R. Part 300.*

II.    SUMMARY JUDGMENT:

2.    On July 15, 2005 defendants signed an *IDEA* Settlement Agreement with plaintiffs to provide special education services pursuant to the *IDEA* to KW a minor acknowledged by defendants to be learning disabled pursuant to their April 2005

psychoeducational evaluation. Insofar as defendants signed an *IDEA* Settlement Agreement admitting violation of the *IDEA* by agreeing to *CHILD FIND*, *EVALUATIONS*, and *PLACEMENT CONSIDERATIONS*, plaintiffs are a "prevailing party" for *IDEA* benefits pursuant to *5 DCMR 3030.3*

3. On or about August 28, 2005 defendants breached and violated the *IDEA* Settlement Agreement by excluding the minor KW from their public District of Columbia charter school. Subsequently, plaintiffs filed suit against defendants in federal court.

4. *IDEA* cases in the United States District Court for the District of Columbia are typically resolved via summary judgment, and generally there is no need for discovery insofar as the record of the administrative proceeding comprises the documentary evidence.

### III. STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE:

5. In compliance with LCvR 56.1 plaintiffs file an attached statement of material facts as to which there is no genuine issue.

### IV. POINTS AND AUTHORITIES IN SUPPORT OF MOTION:

6. Pursuant to LCvR 56.1 plaintiffs file a memorandum of law with points and authorities per LCvR 7.1 (a) in support of this motion for summary judgment.

### V. CONCLUSION:

7. As a matter of fact and law, plaintiffs' motion for summary judgment herein must be granted.

Respectfully submitted,

/s/ *Roy Carleton Howell*
Roy Carleton Howell (415142)
8003 Parkside Lane, N.W.
Washington, D.C. 20012
(202) 545-0755 – office
(202) 545-0750 - home