IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

    Plaintiffs

v.

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al,.*

    Defendants.

Civil Action No. **1:05CV01773**
JUDGE: James Robertson

# PLAINTIFFS' EXHIBIT # 1

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## REQUEST FOR MEDIATION/HEARING

➤ This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.

➤ This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556

---

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION   ___ I REQUEST MEDIATION AND A HEARING   ✓ I REQUEST A HEARING

---

### STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name: KENYAHATTA WADE    DOB: 9/9/97

Address: 217 50th St., NE, apt 31, Washington, D.C. 20019

Present School of Attendance: ARTS & TECHNOLOGY ACADEMIC PUBLIC CHARTER SCHOOL

Home School: AITON (Neighborhood school where child is registered)

**COMPLAINT IS MADE AGAINST:** ARTS & TECHNOLOGY ACADEMIC PUBLIC CHARTER SCHOOL
DCPS and/or D.C. Public Charter School-specify charter school

### INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Name: MS. T. WADE BY HER ATTORNEY ROY CARLETON HOWELL

Address: 217 50th Street, N.E., apt 31, Washington, D.C. 20019

Phone: (H) VIA HER ATTORNEY (202) 545-0755   (W) _____   (Fax) _____

Relationship to Student: ✓ Parent   ___ Self   ___ Legal Guardian   ___ Parent Surrogate   ___ Public Agency

**PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):** ✓ ATTORNEY

Name: ROY CARLETON HOWELL, ESQ   Phone: (W) (202) 545-0755   (Fax) (202) 545-0525

Address: 8003 Parkside Lane, NW, Washington, D.C. 20012

---

Form 101                                                                 30 June 2003

1. You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

(Hearings:)  JuLY 8 @ 1:00pm    JuLY 11th @ 1:00pm    JuLY 12th @ 1:00 pm

Mediation: _____ _____ _____

FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

**Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you.** Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

                     NO ACCOMMODATIONS REQUIRED
         Interpreter
         ___ Foreign Language _____
         ___ Sign Language _____
         ___ Other _____

Special Communications _____
Special Accommodation for Disability _____
Other _____

Form 101

3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
   (You may attach additional pages to provide more information if needed.)

   Describe the nature of the problem:

      SEE THE ATTACHED

   Describe issues to be addressed at the mediation and/or hearing, with specificity:

      SEE THE ATTACHED

   Describe relevant facts relating to the problem:

      SEE THE ATTACHED

   State how you would like to see the problem corrected:

      SEE THE ATTACHED

_____     JUNE 5, 2005
Signature of Applicant/Parent (Required)     Date (Required)

**MAIL, FAX, OR DELIVER APPLICATION TO:**
Student Hearing Office of the District of Columbia
828 North Capitol Street, NE, 8th Floor
Washington, DC 20002     FAX: (202) 442-5556

---

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101     Revised 30 June 2003

---

Form 101

## IN THE MATTER OF THE HEARING FOR KENYAHTTA WADE:

3.
I.) Discussion of the nature of the problem:

The ARTS AND TECHNOLOGY ACADEMY met with the parent and agreed to perform evaluations and tests of the child and to date has not performed any evaluations and tests. The school was legally obligated to evaluate and test the child for eligibility and placement per agreement, then meet with the parent and discuss the evaluation and test results, and next provide the parent a copy of all evaluations and tests. The school has failed to comply with its agreement with the parent and in turn has violated the law. Inasmuch as the parent and school records have documented and disclosed the academic problems and special education needs of the child, and the school was in turn aware, as a proximate result the school has also violated "*CHILD FIND.*"

II.) Discussion of issues to be addressed at the Hearing:

CAUSE OF ACTION (A):
(a)    Approximately during the month of March 2005 school officials from the ARTS AND TECHNOLOGY ACADEMY meet with the parent of the child and agreed to performed evaluations and tests of the minor. To date the school has not performed any tests and evaluations of the minor, and has violated *34 C.F.R. § 300.531, 34 C.F.R. § 300.532, 34 C.F.R. §300.533 and 34 C.F.R. § 300.535.*

CAUSE OF ACTION (B):
(b)    The ARTS AND TECHNOLOGY ACADEMY agreed with the parent to perform evaluations and tests of the minor and meet and discuss the results with the parent and provide said parent a copy of all evaluations and tests results. To date the school has not performed any evaluations and tests, and failed to meet with the parent to discuss the results, and failed to provide the parent a copy of all evaluations and tests results. These failures have violated *34 C.F.R. § 300.534.*

CAUSE OF ACTION (C):
(c)    The parent has asked the school system for help for the child in 1st grade and 2nd grade inasmuch as the child has been doing poorly in school. Moreover, the parent directly meet with school in Fall 2005 and again asked for evaluations, tests and help for her child to determine eligibility and placement. The school agreed to determine eligibility and placement for the child but failed to act in violation of *34 C.F.R. § 300.535.*

CAUSE OF ACTION (D):
(d)    Insofar as the ARTS AND TECHNOLOGY ACADEMY was made aware of the academic problems and special needs of the child by the parent (and via records of the child) and the school agreed to evaluate and test the child but failed to do so, in turn this institutional failure violated *34 C.F.R. 300.125 (CHILD FIND).*

1

III.) Discussion of the relevant facts relating to the problem:

The school has agreed to evaluate and test the child and has failed to perform any evaluations and test pursuant to the law and agreement. In turn the child has lost special education services pursuant to the *IDEA*, and must receive *COMPENSATORY EDUCATION* as a remedy for lost services due to the school's failure to perform evaluations and test pursuant to agreement and the law.

IV.)    Statement of the remedy for the child:

The parent hereby respectfully requests the following:

(a)    **psycho-educational evaluation,**

(b)    **speech and language evaluation,**

(c)    **social history,**

(d)    **hearing and vision screening,**

(e)    **formal classroom observation,**

(f)    **compensatory education.**

2