## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

      Plaintiffs

      v.

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al*.

      Defendants.

Civil Action No. 1:05CV01773
JUDGE:  James Robertson

# PLAINTIFFS'
# EXHIBIT # 2

BEFORE THE SPECIAL EDUCATION STUDENT HEARING OFFICE
DISTRICT OF COLUMBIA PUBLIC SCHOOLS

In The Matter Of **KENYAHATTA WADE**                  Hearing Date:  **JULY 20, 2005**
DATE OF BIRTH:  **09/09/97**                          Hearing Time: **3:00 pm**

## PETITIONER'S DISCLOSURE OF EVIDENCE AND WITNESSES

Comes Ms. Tracey Cain the mother of Kenyahatta Wade through Attorney

Roy Carleton Howell, LL.M., and provides disclosure of cogent documentary evidence

and witnesses to The Special Education Student Hearing Office, The Office Of

General Counsel For The District of Columbia Public Schools (DCPS), and The Arts

& Technology Academic Public Charter School pursuant to 34 C.F.R. § 300.509 (a) (3).

## DISCLOSURE OF DOCUMENTARY EVIDENCE:

The following cogent documents have been filed with the Student Hearing Office, The

Office Of General Counsel For DCPS, and The Arts & Technology Academic Public

Charter School, *to wit:*

(1)    APRIL 4, 2004 STANFORD ACHIEVEMENT TEST;

(2)    2004-2005 INTERIM PROGRESS REPORT;

(3)    2004-2005 REPORT CARD, TEACHER MS. NELSON;

(4)    2003-2004 REPORT CARD, TEACHER MS. WILIKINS, AT COMMENTS 4th
       QUARTER;

(5)    2002-2003 REPORT CARD, TEACHER MS. BAYLOR, AT COMMENTS 1st
       QUARTER;

(6)    NOTICE TO PARENTS TO TERMINATE STUDENT FROM SCHOOL-DRESS
       CODE VIOLATION.

## DISCLOSURE OF WITNESSES:

(1)    Ms. Tracey Cain (mother)
       217 50th Street, N.E.
       Apartment # 31
       Washington, D.C. 20019

(2)    Miss. Kenyahatta Wade (minor)
       217 50th Street, N.E.
       Apartment # 31
       Washington, D.C. 20019

Respectfully submitted,

Roy Carleton Howell, LL.M.
8003 Parkside Lane, N.W.
Washington, D.C. 20012
(202) 545-0755 – office
(202) 545-0750 – home
(202) 545-0525 – fax

**CERTIFICATE OF FILING:**

I, Roy Carleton Howell, do affirm on this 8th day of July 2005, that a copy of this

document with all EXHIBITS was filed with the DCPS Hearing Office pursuant to law in

a timely fashion.

Roy Carleton Howell

**CERTIFICATE OF SERVICE:**

I, Roy Carleton Howell, do affirm on this 8th day of July 2005, that a copy of this

document with all EXHIBITS was served via first class mail upon the DCPS Office Of

General Counsel ATTORNEY R. CHAPMAN, Esquire, 825 North Capitol Street, N.E.,

9th floor, Washington, D.C. 20002, and next served upon ATTORNEY C. BELL,

Esquire counsel for the Arts & Technology Academy, 3105b South Street, N.W.,

Washington, D.C. 20007.

Roy Carleton Howell

# EXHIBIT # 1



**STANFORD** *ACHIEVEMENT TEST SERIES, NINTH EDITION*
SELECT

| | |
|---|---|
| TEACHER: WILKINS | **STUDENT REPORT** FOR |
| SCHOOL: ARTS & TECH PCS - 778   GRADE: 01 | KENY T A WADE |
| DISTRICT: DC PUBLIC SCHOOLS   TEST DATE: 04/04 | Age: 6 Yrs 08 Mos |
| TEST TYPE: MULTIPLE CHOICE | Student No: 9036226 |

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 106 | 37 | 474 | 9-2 | 21.8 |
| Word Study Skills | 36 | 12 | 478 | 8-2 | 20.4 |
| Word Reading | 30 | 13 | 476 | 22-3 | 33.7 |
| Reading Comp. | 40 | 12 | 462 | 8-2 | 20.4 |
| Total Mathematics | 69 | 24 | 377 | 7-2 | 18.9 |
| Problem Solving | 44 | 18 | 498 | 9-2 | 21.8 |
| Procedures | 25 | 6 | 440 | 6-2 | 17.3 |

NATIONAL GRADE PERCENTILE BANDS



| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| **Word Study Skills** | 12/ 36/ 36 | ✓ | | |
| Structural Analysis | 5/ 12/ 12 | ✓ | | |
| Phonetic Analysis-Consonants | 6/ 12/ 12 | | ✓ | |
| Phonetic Analysis-Vowels | 1/ 12/ 12 | ✓ | | |
| | | | | |
| **Word Reading** | 13/ 30/ 30 | ✓ | | |
| | | | | |
| **Reading Comprehension** | 12/ 40/ 40 | ✓ | | |
| Two-Sentence Stories (Riddles) | 1/ 5/ 5 | ✓ | | |
| Short Passages (Cloze) | 7/ 15/ 15 | ✓ | | |
| Short Passages w/Questions | 4/ 20/ 20 | ✓ | | |
| Recreational | 1/ 10/ 10 | ✓ | | |
| Textual | 0/ 5/ 5 | ✓ | | |
| Functional | 3/ 5/ 5 | | ✓ | |
| Initial Understanding | 3/ 9/ 9 | ✓ | | |
| Interpretation | 1/ 11/ 11 | ✓ | | |
| | | | | |
| **Mathematics: Problem Solving** | 18/ 44/ 44 | ✓ | | |
| Concepts/Whole No. Comput. | 1/ 3/ 3 | ✓ | | |
| Number Sense and Numeration | 4/ 12/ 12 | ✓ | | |
| Geometry and Spatial Sense | 3/ 5/ 5 | ✓ | | |
| Measurement | 2/ 8/ 8 | ✓ | | |
| Statistics and Probability | 3/ 5/ 5 | | ✓ | |
| Fraction and Decimal Concepts | 2/ 3/ 3 | | ✓ | |
| Patterns & Relationships | 3/ 5/ 5 | | ✓ | |
| Problem-Solving Strategies | 0/ 3/ 3 | ✓ | | |
| | | | | |
| **Mathematics Procedures** | 6/ 25/ 25 | ✓ | | |
| Number Facts | 2/ 8/ 8 | ✓ | | |
| Computation/Symbolic Notation | 3/ 11/ 11 | ✓ | | |
| Computation in Context | 1/ 6/ 6 | ✓ | | |

STANFORD LEVEL/FORM: Primary 1/T
1995 NORMS: Spring   National

Scores based on normative data copyright © 1996 by Harcourt, Inc. All rights reserved.

OTHER INFO: 2   Copy 01
Process No. 10492017-1672143-0501-01220-1

# EXHIBIT # 2



The
# Arts &
# Technology
A C A D E M Y

**Quarter 2**

KENYATTA WADE
Student's Name

NELSON
Teacher's Name

| Attendance: | 1 | **Days** Absent | 0 | Days Tardy |

Mark the student's progress in each subject using the following: N (Needs Improvement), S (Satisfactory) or E (Excellent).   Instructional Level is based on the following:  #=Above grade level;.+=At grade level, * =Below grade level.

| Subject | Grade | Instructional Level |
|---|---|---|
| Math | N | * |
| Reading | S | * |
| Spelling | N | * |
| Science | N | * |
| Writing | N | * |
| Paragon | N | * |
| Spanish | S | |
| Art | S | |
| Music | S | |
| Drama | S | |
| Dance | N/A | |
| Physical Education | S | |
| Technology | S | |

**COMMENTS:**   Kenyatta loves to take part in class discussion.  She tries really hard to complete her assignments.  However, second grade work is difficult for her at this time.  I have modified her class work.  Please review her spelling words, reading assignments and practice writing sentences each night.

Teacher's Signature          Date          12/4/04

Parent/Guardian's Signature          Date

**2004 – 2005**
**INTERIM PROGRESS REPORT**
**Quarter 2**



20

Mosaica Education, Inc.
Personalized Student Achievement Plan 7-04
Student Reports

FOR INTERNAL USE ONLY

# EXHIBIT # 3



The Arts &
Technology
A C A D E M Y

## 2004-2005 REPORT CARD (Kindergarten – Grade 2)

**Student:** Kenyatta Wade     **Teacher:** Nelson     **Grade:** 2nd     **Quarter:** 1 2 3 4

| Subject | Marking Period | | | | | GRADES | INSTRUCTIONAL LEVELS |
|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th | | E = Excellent     S = Satisfactory     N = Needs Improvement | * Working below grade level     # Working above grade level |
| Language Arts | S+ | | | | | Comments 1st Quarter | |
| Reading | E* | | | | | Kenyatta works very hard at completing her class work. However, it is sometimes too difficult for her to understand. Therefore, I have to make modifications for her on a lower grade level.  Please have her read, practice sentence structure, and handwriting skills each night. | |
| Spelling | N* | | | | | | |
| Writing | N* | | | | | | |
| | **Marking Period** | | | | | | |
| | 1st | 2nd | 3rd | 4th | | | |
| Mathematics | S* | | | | | Comments 3rd Quarter | |
| Science | S+ | | | | | | |
| Paragon | S+ | | | | | | |
| Resource Classes | 1st | 2nd | 3rd | 4th | | Comments 4th Quarter | |
| Dance | S | | | | | | |
| Physical Education | S | | | | | | |

| Personal and Social Growth | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Exhibit positive self image / Demonstrates positive attitudes | N | | | |
| Complies with school rules / Makes responsible choices | S | | | |
| Respects the work of others / Works cooperatively in small group | N | | | |
| Participates in large group activities / Demonstrates listening habits / Respects the feelings of others | S | | | |
| Follows directions / Works independently / Consistently turns in homework | N | | | |

| Resource Classes (continued) | |
|---|---|
| Drama | N |
| Art | N |
| Technology | S |
| Spanish | N/A |
| Music | S |

*Resource Area Grading Scale*

E= Excellent
S = Satisfactory
N = Needs Improvement
X = Experiencing Difficulty

| Attendance | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days Absent | 2 | | | |
| Days Tardy | 0 | | | |
| Comments | | | | |

Parent Signature: _____     Date: _____

(Please sign and return this report card to your child's teacher)

# EXHIBIT # 4

The Arts & Technology ACADEMY

## 2003-2004 REPORT CARD (Kindergarten – Grade 2)

**Student: KENYATTA WADE     Teacher: Wilkins       Grade: First     Quarter: Fourth**

| Subject | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Language Arts | N | S | S | N |
| Reading | E | E | E | N |
| Spelling | N | N | N | N |
| Writing | N | S | S | N |

**Marking Period**

| Subject | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Mathematics | N | S | N | S |
| Science | S | E | N | N |
| Paragon | S | N | E | S |

**Resource Classes**

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Dance | S | S | S | S |
| Physical Education | S | S | S | S |
| Drama | S | S | N | N |
| Art | S | S | S | S |
| Technology | S | S | S | S |
| Spanish | S | S | S | N/A |
| Music | S | N | S | S |

**GRADES**
E = Excellent    S = Satisfactory
N = Needs Improvement

**INSTRUCTIONAL LEVELS**
\* Working below grade level
\# Working above grade level

**Comments 1st Quarter**

Kenyatta has a positive attitude toward school, but she is having difficulty with her handwriting. I believe this has been the cause of some of her earlier low test scores. Ms. Nichols and I are working with her in this area. I will send home a can of play-doh. She can practice writing letters in the dough.

**Comments 2nd Quarter**

Kenyatta is doing extremely well in Reading. I am also glad to see that her handwriting has improved a great deal. She is taking her time when writing assignments. However, she is still having difficulties in spelling. I suggest making flash cards of each week's spelling words to help her prepare for Friday's spelling tests.

**Comments 3rd Quarter**

Kenyatta is still doing a great job in reading. Kenyatta is still having a difficult time in spelling. I still suggest making flash cards with the weekly spelling words and have her spell the words to you nightly. I also would suggest having her write the words an additional five times to what is recommended for homework. I believe, if Kenyatta would be more focus in class and complete homework assignments to reinforce what we are doing in class. We will see an improvement in her grades.

**Comments 4th Quarter**

It has been a pleasure having kenyatta in my class she is a very well mannered and polite child. However Kenyatta has not reached milestones available to her this year. She is often tardy or absent from school. She needs remediation in all subject areas. Kenyatta continues to have difficulty meeting or mastering grade level standards. I believe that she will benefit from additional time in grade 1. I recommend completion of MANDATORY summer school before making the final retention or promotion decision. If she fails to attend summer school she will be retained in grade 1. Have a safe summer!

| Personal and Social Growth | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Exhibit positive self image<br>Demonstrates positive attitudes | S | S | N | S |
| Complies with school rules<br>Makes responsible choices | E | N | N | S |
| Respects the work of others<br>Works cooperatively in small group | E | N | S | S |
| Participates in large group activities<br>Demonstrates listening habits<br>Respects the feelings of others | S | N | N | S |
| Follows directions<br>Works independently<br>Consistently turns in homework | N | S | E | S |

| Attendance | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days Absent | 2 | 3 | 1 | |
| Days Tardy | 0 | 0 | 2 | |

**Resource Area Grading Scale**

E= Excellent
S = Satisfactory
N = Needs improvement

# EXHIBIT # 5



### The Arts Technology ACADEMY

## 2002-2003 REPORT CARD  (Kindergarten – Grade 2)

**Student: Kenyahtta Wade**     **Teacher: Ms. Baylor**     **Grade: K**     **Quarter: 3**

| Subject | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **Language Arts** | E | S | S | |
| **Reading** | N | N | N | |
| **Spelling** | | N | N | |
| **Writing** | N | N | S | |

**GRADES**

E = Excellent          S = Satisfactory
N = Needs Improvement

**INSTRUCTIONAL LEVELS**

\* Working below grade level
# Working above grade level

**Comments 1st Quarter**

Kenyahtta does not stay focused when it comes to instructions. She does not complete any of her daily work, which consists of looking for alphabets in the newspaper.  Please with her in writing her numbers and counting to 100.

**Comments 2nd Quarter**

Please schedule a conference with us. Kenyahtta is not doing the best work that she is capable of doing. Please work with her in counting her numbers up to 100. In class she count up to 53.

| Marking Period | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **Mathematics** | N | S | S | |
| **Science** | N | S | S | |
| **Paragon** | S | S | S | |

**Comments 3rd Quarter**

Kenyahtta is really trying hard in her daily work. Please work with her in her reading. Have her read her graded reading paper to you every night.

**Comments 4th Quarter**

| Resource Classes | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **Physical Education** | E | S | S | |
| **Drama** | S | | | |
| **Art** | S | | S | |
| **Technology** | S | | S | |
| **Spanish** | | | S | |
| **Music** | S | S | S | |

| Personal and Social Growth | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Exhibit positive self image / Demonstrates positive attitudes | S | S | S | |
| Complies with school rules / Makes responsible choices | S | N | S | |
| Respects the work of others / Works cooperatively in small group | S | S | S | |
| Participates in large group activities / Demonstrates listening habits / Respects the feelings of others | N | N | S | |
| Follows directions / Works independently / Consistently turns in homework | N | N | | |

### Resource Area Grading Scale

S = *Satisfactory*
N = *Needs improvement*
X = *Experiencing Difficulty*

| Attendance | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days Absent | 9 | 7 | 6 | |
| Days Tardy | | 3 | 14 | |
| Comments | | | | |

# EXHIBIT # 6

# Anthony D. Jackson,

### Chief Administrative Officer
### Arts and Technology Academy
*5300 Blaine Street NE*
*Washington, DC 20019*
*ajackson@ata.advantage-schools.org*

## MEMORANDUM

**TO:**    The Parent(s) of: *Kenyahtta Wade*

**FROM:**    Anthony D. Jackson

**DATE:**    *Feb. 11, 2003*

**RE:**    No Uniform

Today, *Kenyahtta* attended school out of uniform. Earlier this year, I sent a notice to all parents reminding you of our expectation that students report to school daily in uniform. The uniform policy is not optional. Please be advised that should your child report to school not wearing the required uniform after today he/she may be suspended from school for three days. Repeated failure to adhere to the uniform policy may result in a recommendation to revoke your child's enrollment privilege to the Board of Trustees. *This is not our desire*, however, when you chose to enroll your child at The Arts and Technology Academy, you were clearly informed of our uniform policy and expectations.

Please help us maintain this expectation by sending your child to school daily in the appropriate attire. If you have questions or concerns, you may contact me at 202-398-6811 ext 5204.

Sincerely,

Anthony D. Jackson
Chief Administrative Officer

Cc:    Student File