IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

  Plaintiffs

v.             Civil Action No. **1:05CV01773**
                JUDGE: James Robertson

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al,*.

  Defendants.

# PLAINTIFFS' EXHIBIT # 4



## PAUL DOUGLASS FREY, PH.D.
Clinical Psychologist

## PSYCHOEDUCATIONAL EVALUATION

K. W.

Student: ~~~~~~~~~~  
Student I.D.  
Current School: Arts & Technology Acad.  
Grade: 2nd Grade  
Primary Language: English  

Referral: Ms. Jackson (Sp.Ed. coordinator)  
Home Phone:  
Date of Birth:  
Chron. Age: 7 yrs. - 6 mos.  
Dates of Evaluation: 3/22 and 4/04/05  

### REASON FOR REFERRAL
K. W. ~~~~~~, a Second grader at Arts and Technology Academy, was referred for psychoeducational evaluation because of failure to complete the assigned classwork and continuing difficulties with reading and writing, including occasional letter reversals.

### BACKGROUND INFORMATION
~~~~~~ has been a student at Arts & Technology Academy since Kindergarten. Her slowness in developing reading skills is seen in her scores on the Stanford-9 testing (which was done last April) where she received Below Average ratings in most of the reading subtests. Although her phonetic analysis and functional comprehension scores were given as Average, her Total Reading level was rated at about the 10th percentile for 1st Graders. Likewise, her Mathematics knowledge was rated at about 10th percentile, although she now seems to have made considerable improvement in her math skills.

### BEHAVIORAL OBSERVATIONS
~~~~~~ presented as a well dressed and well mannered 7 year old who was comfortable in the testing situation and consistently showed a cooperative disposition. She was seen over a period of two days, and although she maintained a friendly attitude throughout that time, she did not appear to be consistently invested in her performance, i.e. her attention seemed to waver a bit during the academic achievement testing. However, her efforts were quite adequate and, especially on the (initial) IQ testing, were well directed. The present evaluation results are felt to give a generally valid picture of Kenyahtta's typical functioning in the school environment.

### TESTS ADMINISTERED
Wechsler Intelligence Scale for Children-4th edition (WISC-IV)  
Woodcock-Johnson-III Tests of Achievement  
Bender-Gestalt Visual-Motor Test

MARYLAND TRADE CENTER
7474 GREENWAY CENTER DRIVE SUITE 610 GREENBELT MARYLAND 20770
TEL (301) 220-0580 OR 1-877-557-3422  FAX (301) 220-0585 OR 1-877-575-2500
WWW.REHABPLUSGROUP.COM

Developmental Test of Visual-Motor Development (VMI)
Free drawings

**OTHER SOURCES OF INFORMATION**
Stanford Achievement Tests -9th Edition (April '04)
Consultation with ████████'s teacher, Ms. Ms. Nelson (4/5/05)

**TEST RESULTS**

*Intellectual/Academic Functioning*
████████ was tested with the WISC-IV, a broad measure of verbal and nonverbal functioning composed of ten subtests, each of which contributes equally to the Full Scale score. Her efforts on the WISC earned an overall or *Full Scale IQ* of 101, which falls solidly in the Average range. However, the variability of her several subtest scores (ranging from 8 to 16) which contribute to the Full Scale suggests that the Full Scale IQ should not be taken as an indication of intellectual limits. Her *Verbal Comprehension Index* (VCI) was 93, and her *Perceptual Reasoning Index* (PRI) was 112. The *Working Memory Index* (WMI) was 102, and the *Processing Speed Index* (PSI) was 94. --Of course, it should be noted that these numerical indices represent a range of reliability which (at the 95 percent confidence level) is about 8 points plus or minus-- Nevertheless, some of the differences between the various Index scores were statistically significant, notably the difference between the VCI and the PRI, suggesting relatively slow development of her verbal expressive skills. The Verbal Comprehension and Perceptual Reasoning indices are considered the best measures of General (or fluid) intellectual potential, whereas the Working Memory and Processing Speed indices are considered to be measures of more specific or crystallized skills. Because of her weakness in specific verbal areas related to academic experience, the PRI is likely to give the best estimate of ████████' intellectual abilities. The particular skill area, exemplified in Picture Concepts (SS=16) and Matrix reasoning (SS=12), where she showed the greatest strength was on a test of nonverbal reasoning and concept formation. Her weakness were in the area of word skills (Vocabulary SS=8) and visual analytic skills requiring spatial manipulation and orientation.

Scaled Scores for all of the given WISC subtests are presented below, and in their numerical range a score of 9-11 represents an average level of functioning, a score of 7 or below reflects significantly below average functioning, and any scores of 12 or above are considered an indication of significantly above average functioning--

**Wechsler Intelligence Scale for Children -Fourth Edition**

*Verbal Comprehension Index*
9   Similarities: This subtest requires the student to make generalizations and express the similarities of various things and collectivities as a measure of abstract verbal reasoning ability.

*Academic Achievement*

The Woodcock-Johnson -III Tests of Academic Achievement were used to measure ▓▓▓▓'s level of scholastic achievement in comparison to that of her peers. Her performance on the WJ-III was evaluated in two ways, first by comparison with her age peers, and then by comparison with a national sample of students in the seventh month of the 2nd Grade. The two summaries and specific scores are presented in an attachment to the present evaluation.

From a developmental or age-based point of view, the aggregated W-J Cluster Scores indicate an overall level of Academic Skills in the average to low average range, or at about a1st to 2nd Grade Equivalence, with some superiority of math skills over reading skills. However, her fluency levels are below average, especially her reading fluency, which was rated with a standard score of 68. Although at about a low average level, her Spelling, Story Recall, and Applied Problems scores are less than would be expected based on expectations from her IQ score. Her highest subtest scores were for *Calculation* and *Understanding Directions*, where she was shown to be functioning comfortably in the average range. When her performance was evaluated on the basis of 2nd Grade norms, these two subtests were also her best scores. However, (although these two subtests remain her highest scores) from the perspective of achievement standards for a student in the seventh month of the 2nd Grade, ▓▓▓▓'s overall performance was seen to be much weaker. Her aggregated Academic Skills were rated with a standard score of only 78 and her Academic Fluency was rated with a standard score of just 73. Her Broad Reading score was given as 73, with a Passage Comprehension subtest score (82) better than her reading fluency score (70). The detailed scores are presented in the Score Reports attached to this document.

Worth noting in her approach to both the WISC-4 and WJ-3 was her tendency to skip over mildly difficult or simply unfamiliar items during the speed/fluency tests. She also made use of an interesting strategy to speed her symbol copying responses by simply reversing direction at the end of a line and going back from right to left.

*Visual-Motor Functioning*

▓▓▓▓, who is right handed, made copies of the nine designs of the Bender-Gestalt test which showed some difficulty with acute angles and a tendency toward perseveration, suggesting immature development of her visual-motor skills. Her performance on the VMI (a similar task of figure reproductions) also showed a tendency toward carelessness with small details, and her VMI standard score (77) was at a borderline to low average level of proficiency. Her free drawing of a person and tree was similarly immature and rather tentative in execution..

*Attention/Behavioral*

In our one-on-one time together, there was nothing seen in ▓▓▓▓'s behavior to suggest problems with attention or impulsivity. Her teacher also reported no behavioral or attitude problems in the classroom setting.

**IMPRESSIONS/EDUCATIONAL IMPLICATIONS**

Based on the present observations and test results, as well as teacher observations,

5

████'s intellectual functioning can be described as falling comfortably within the Average range overall but with above average nonverbal reasoning skills, suggesting that her true functioning potential is likely to be at a High Average or even Superior level. On the other hand, her academic skills are not well developed in either reading or (to a lesser extent) math fluency, and her overall academic proficiency is at about a 1st Grade level (based on national norms). She pays attention well enough and understands directions given her, but there is a developmental immaturity in her language skills as regards fluency with written language. Despite her good intellectual ability, she struggles with trying to acquire 2nd Grade level reading skills. Likewise, she is somewhat delayed in the development of her visual-motor skills. These findings, especially the discrepancy between the intellectual and academic measures, point to a specific learning problem, primarily in the area of reading skills. The present diagnostic impression is Reading Disorder (315.00) even though this may well be the result of uneven neurocognitive development with a temporary lag in the area of written language processing. As things stand, she will likely find 3rd Grade level work quite challenging unless she is able to get some targeted instruction and practice to help her develop her reading skills.

RECOMMENDATIONS

1. The IEP should focus on consideration for Special Ed classification as LD, based on present evaluation results.

2. An intensive reading program with a focus on helping her develop skills in processing written language should be instituted. Individualized or small group work in reading comprehension skills along with other specialized education resources should be put into place for ████.

*[signature]*
Paul Douglass Frey, Ph.D.
Licensed Clinical Psychologist, MD, D.C.

Summary and Score Report                                                                 Page 2
~~[name redacted]~~
April 5, 2005

TABLE OF SCORES: Woodcock-Johnson III Tests of Achievement
Report Writer for the WJ III, Version 1.1
Norms based on age 7-7

| CLUSTER/Test | Raw | AE | EASY to DIFF | | RPI | PR | SS(68% BAND) | GE |
|---|---|---|---|---|---|---|---|---|
| ORAL LANGUAGE (Std) | - | 7-2 | 5-9 | 9-3 | 87/90 | 40 | 96 (92-100) | 1.5 |
| BROAD READING | - | 6-9 | 6-6 | 7-0 | 25/90 | 10 | 81 (78-83) | 1.4 |
| BROAD MATH | - | 7-1 | 6-6 | 7-10 | 81/90 | 34 | 94 (91-97) | 1.8 |
| MATH CALC SKILLS | - | 7-9 | 7-0 | 8-9 | 92/90 | 59 | 103 (98-109) | 2.4 |
| ACADEMIC SKILLS | - | 7-2 | 6-11 | 7-6 | 70/90 | 30 | 92 (90-95) | 1.8 |
| ACADEMIC FLUENCY | - | 6-4 | 5-9 | 7-1 | 59/90 | 7 | 78 (73-83) | 1.2 |

Form A of the following achievement tests was administered:

| Test | Raw | AE | EASY to DIFF | | RPI | PR | SS(68% BAND) | GE |
|---|---|---|---|---|---|---|---|---|
| Letter-Word Identification | 28 | 7-1 | 6-11 | 7-4 | 40/90 | 26 | 90 (88-93) | 1.8 |
| Reading Fluency | 1 | 6-0 | 5-8 | 6-4 | 8/90 | 2 | 68 (61-75) | <K.8 |
| Story Recall | - | 5-9 | 3-4 | 9-9 | 83/90 | 20 | 87 (77-97) | K.6 |
| Understanding Directions | - | 7-7 | 6-7 | 9-1 | 90/90 | 51 | 100 (96-104) | 2.0 |
| Calculation | 11 | 8-1 | 7-6 | 8-9 | 96/90 | 70 | 108 (101-115) | 2.6 |
| Math Fluency | 20 | 6-11 | 5-0 | 8-10 | 86/90 | 24 | 89 (85-94) | 1.5 |
| Spelling | 17 | 6-11 | 6-7 | 7-3 | 46/90 | 21 | 88 (84-92) | 1.2 |
| Writing Fluency | 6 | 7-2 | 6-3 | 8-1 | 84/90 | 37 | 95 (89-101) | 2.1 |
| Passage Comprehension | 14 | 6-9 | 6-6 | 7-1 | 40/90 | 19 | 87 (84-90) | 1.4 |
| Applied Problems | 20 | 6-2 | 5-8 | 6-9 | 38/90 | 16 | 85 (81-89) | 1.0 |

SCORE REPORT

Name: ~~[redacted]~~
Date of Birth: 09/09/1997
Age: 7 years, 7 months
Sex: Female
Date of Testing: 04/05/2005

School: Arts&Technology
Teacher: Ms. Nelson
Grade: 2.7
Examiner: Frey

TABLE OF SCORES: Woodcock-Johnson III Tests of Achievement
Report Writer for the WJ III, Version 1.1
Norms based on grade 2.7

| CLUSTER/Test | Raw | GE | EASY to DIFF | | RPI | PR | SS(68% BAND) | AE |
|---|---|---|---|---|---|---|---|---|
| ORAL LANGUAGE (Std) | - | 1.5 | K.1 | 3.9 | 83/90 | 24 | 89 (84-95) | 7-2 |
| BROAD READING | - | 1.4 | 1.2 | 1.7 | 9/90 | 4 | 73 (70-76) | 6-9 |
| BROAD MATH | - | 1.8 | 1.2 | 2.4 | 67/90 | 17 | 86 (83-89) | 7-1 |
| MATH CALC SKILLS | - | 2.4 | 1.6 | 3.3 | 86/90 | 38 | 96 (91-100) | 7-9 |
| ACADEMIC SKILLS | - | 1.8 | 1.5 | 2.1 | 37/90 | 7 | 78 (75-81) | 7-2 |
| ACADEMIC FLUENCY | - | 1.2 | <K.8 | 1.8 | 44/90 | 4 | 73 (69-78) | 6-4 |

Form A of the following achievement tests was administered:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Letter-Word Identification | 28 | 1.8 | 1.6 | 2.0 | 10/90 | 10 | 81 (78-83) | 7-1 |
| Reading Fluency | 1 | <K.8 | <K.8 | 1.1 | 3/90 | 2 | 70 (65-76) | 6-0 |
| Story Recall | - | K.6 | <K.0 | 4.3 | 81/90 | 14 | 83 (73-94) | 5-9 |
| Understanding Directions | - | 2.0 | K.8 | 3.7 | 84/90 | 36 | 95 (91-99) | 7-7 |
| Calculation | 11 | 2.6 | 2.1 | 3.3 | 89/90 | 48 | 99 (94-104) | 8-1 |
| Math Fluency | 20 | 1.5 | <K.2 | 3.5 | 82/90 | 12 | 82 (78-86) | 6-11 |
| Spelling | 17 | 1.2 | K.9 | 1.5 | 18/90 | 6 | 76 (71-81) | 6-11 |
| Writing Fluency | 6 | 2.1 | 1.4 | 2.8 | 78/90 | 27 | 91 (85-97) | 7-2 |
| Passage Comprehension | 14 | 1.4 | 1.2 | 1.7 | 21/90 | 11 | 82 (78-85) | 6-9 |
| Applied Problems | 20 | 1.0 | K.6 | 1.5 | 18/90 | 8 | 79 (75-83) | 6-2 |