IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

    Plaintiffs

v.

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, et al,.

    Defendants.

Civil Action No. **1:05CV01773**
JUDGE: James Robertson

# PLAINTIFFS' EXHIBIT # 5

K. W.
~~Wade, Kenyatta~~
ID# 9086226
D.O.B. ~~9/9/1997~~ File No. 1142

*7/19/05*
*Disconnected*

### The Arts & Technology Academy

## 2005-2006 RE-ENROLLMENT COMMITMENT FORM

Dear Parents:

It is time to re-enroll for the next school year. If you plan to have your child return to The Arts and Technology Academy Public Charter School for the 2005-2006 school year, you **MUST** complete a copy of this form for **EACH** child by **March 31st**. Current students are given first opportunity to reserve a space for the coming year. After March 31, 2005, all spaces will be filled on a first-come-first-served basis and may result in being placed on a waiting list. Preference is given to siblings of currently enrolled students, whenever possible. A sibling is defined as a child living in the same home and sharing the same parent or guardian.

It is important that this form be completed no later than March 31, 2005. **Failure to return this form by the deadline may result in the loss of the student's place next year!** Please also note that DC Law requires you to provide proof of residence each school year. Residency information cannot be accepted until **July 1, 2005**. We will send a notice home to remind you of this requirement towards the end of the school year.

Please note: Submitting this form only holds a space for your child. Re-enrollment is **not complete** until the school receives all required forms: **proof of residency; current immunization record; dental appraisal; home language survey; family income survey; and school lunch form.**

(A receipt must be presented as proof of re-enrollment to claim your child's space).

| Student Name | K. W. | | Grade in the Fall of 2005 | 3rd |
|---|---|---|---|---|
| Street Address | 817 50th St. N.E. #31 | | Zip Code | 20019 |
| Mother's Name | Tracey Cain | | Father's Name | |
| Phone Numbers | Mother Home (209) 397-8110 | Mother Work | Father Home | Father Work |

Please check (X) one of the following choices.

| My child **WILL** return to the Arts and Technology Academy next school year. | ✓ | My child **WILL NOT** return to the Arts and Technology Academy next school year. (You must officially withdraw your child before records can be released.) | |
|---|---|---|---|

Please complete the following section for any sibling(s) that would like to begin or who are already attending ATA.

This section is for **sibling(s) only.**

| Sibling's Name | Date of Birth | Current Grade | Grade in Fall of 2005 |
|---|---|---|---|
| | 10-2-94 | 5th | 6th |

(Children listed in this section must have a separate enrollment form.)
If you should have questions about how to complete this form, please contact the main office for assistance at 202-398-6811. We appreciate your immediate attention to this matter and look forward to serving your child/ren in the coming year!

*Remember*: Form due by: **March 31, 2005**

Tracey C_____     8-14-05
Parent/Legal Guardian Signature     Date

Mosaica Education, Inc.     1. White – Office  2. Records – Yellow  3. Parents – Pink

Re-Enrollment Form rev 2/5     Form Number **1142**