IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

    Plaintiffs

v.                                        Civil Action No. 1:05CV01773
                                           JUDGE: James Robertson

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al,*.

    Defendants.

# PLAINTIFFS' EXHIBIT # 6

## Settlement Agreement
## Kenyahatta Wade

The Arts & Technology Academy PCS and the parent, through counsel, agree to resolve the pending request for due process, pursuant to the following terms and conditions.

1. ATA agrees to convene a MDT/IEP/placement meeting during the first two weeks of the 2005-2006 school year to review the student's psycho-educational evaluation. The team will determine the student's eligibility and, if appropriate, draft an individualized education program and determine compensatory education.

2. The parent agrees to cooperate in all the procedures described in this Agreement, and in the scheduling and participation in a timely MDT/IEP meeting. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

3. If ATA is unable to comply with this agreement because of unforeseen circumstances beyond its control, ATA will request that Parent/Counsel agree to extend the deadlines or negotiate new timelines, whichever appropriate. Parent/Counsel will not unreasonably deny any such request for extension/renegotiation.

4. The parties agree that all notices shall be sent via first class mail to the mother, Ms. Tracey Cain, at 217 50th Street, NE, Apt. #31, Washington, D.C. 20019, and a fax communication to Attorney Roy Carleton Howell at fax number (202) 545-0525. All scheduling shall be coordinated between the parties.

5. This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including all claims that the parent now asserts or could have asserted as of the date of this agreement.

6. Parent/Counsel agrees to accept reasonable attorney fees in the amount of $4,000.00 from ATA in this matter as full and final payment of the attorney fees and related costs incurred in this matter. Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines, and all attorney's fee cap provisions applicable to DCPS.

7. The parent, through counsel, agrees to withdraw the pending requests for due process upon execution of this agreement. The parent, through counsel, agrees to forward a copy of the letter of withdrawal of the request for due process to all parties within 2 business days of execution of this Agreement.

8. ATA will pay reasonable attorney's fees within 30 days from the date of submission of the certified, itemized invoice.

Agreed to:

_____ 7/15/05
Ms. Christine D. Bell                Date
Counsel for Arts & Technology Academy

_____ 15th July 2005
Mr. Roy C. Howell                    Date
Parent's Counsel

07/15/2005 10:19    2029658913                    BRUSTEIN & MANASEVIT                    PAGE 04
Case 1:05-cv-01773-JR    Document 15-7    Filed 11/11/2005    Page 3 of 3