IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

      Plaintiffs

v.

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, et al,.

      Defendants.

Civil Action No. **1:05CV01773**
JUDGE: James Robertson

## ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment, any opposition thereto, and the entire record, it is the _____ day of _____ 2005,

**ORDERED,** the Plaintiffs' Motion for Summary Judgment is hereby **GRANTED;**

**ORDERED,** that the Defendants will immediately admit the minor K.W. and execute an Individual Educational Program and consider compensatory education.

**ORDERED,** that Defendants will pay all Plaintiffs' attorney's fees and costs for this cause of action.

_____
Date

_____
United States District Judge