IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY CAIN )<br>Parent and Next Friend of K.W., )<br>And Parent and Next Friend of L.C. )<br>   )<br>Plaintiffs, )<br>   )<br>v.   )<br>   )<br>ARTS & TECHNOLOGY ACADEMY )<br>PUBLIC CHARTER SCHOOL, )<br>   )<br>Defendant. )<br>   )<br>   ) | Civil Action No.: 1:05 CV 01773 |

**DEFENDANT ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(b), Defendant Arts and Technology Academy Public Charter School (ATA) hereby moves for summary judgment. Plaintiff's requested remedy in this action is for her child, K.W., to be enrolled at the charter school. Defendant ATA offered Plaintiff a slot in the third grade for K.W. nearly a month ago. However, Plaintiff did not accept this offer. Given that Defendant has offered the requested relief sought, Plaintiff's claims must be dismissed. Further, ATA has not violated the settlement agreement entered into by the parties to resolve claims involving violations of the Individuals with Disabilities Education Act.

Respectfully Submitted,

*Christine D. Bell*
Christine D. Bell (D.C. Bar No. 472629)
Brustein & Manasevit
3105 South Street, N.W.
Washington, D.C. 20007
Tele: 202-965-3652
Fax: 202-965-8913


Counsel for Arts & Technology
Academy Public Charter School