# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TRACY CAIN | ) | |
| Parent and Next Friend of K.W., | ) | |
| And Parent and Next Friend of L.C. | ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | |
| v. | ) | Civil Action No.: 1:05 CV 01773 |
|  | ) | |
| ARTS & TECHNOLOGY ACADEMY | ) | |
| PUBLIC CHARTER SCHOOL, | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |
|  | ) | |

### AFFIDAVIT OF ERRICK GREENE

I, Errick Greene, hereby attest to the following:

1.     I am over the age of eighteen.

2.     I am the Chief Administrative Officer of the Arts and Technology Public Charter School (ATA). I have worked as an administrator at ATA for three years.

3.     ATA is a public charter school in the District of Columbia with approximately 615 students in pre-kindergarten through sixth grade. ATA received its charter in 1999, and operates as a local educational agency. The District of Columbia Public Schools is the state educational agency.

4.     The enrollment term at ATA is one year, and therefore students must be re-enrolled each year.

5.     The re-enrollment process for current students consists of two steps. First, a parent must complete the necessary re-enrollment commitment form between February

1 and March 31. The second step for enrollment is the residency verification, which can only begin on July 1.

6.     Parents are required to provide proof of their District of Columbia residency by presenting, among other things, a current motor vehicle registration, a valid lease or rental agreement, utility bills, proof of payment of D.C. personal income tax, a current pay stub, current military housing orders, or a valid court order indicating that the student is a ward. If a parent fails to complete the second step, a child is not officially enrolled in the school.

7.     Parents receive letters outlining this procedure. The enrollment policy is also clearly stated in the Parent Handbook, which is distributed yearly. See Ex. E.

8.     Parents were instructed to bring in the proof of residency to ATA between July 1 and July 15. The information cannot be provided prior to July 1.

9.     ATA continued to accept the residency verification documentation for the students with completed re-enrollment forms through August 12, 2005. At that time, ATA began to enroll new students from the waiting list.

10.     Ms. Cain's children have attended ATA for the past four years, during which the same enrollment procedure has been in place. For each of the last four years, Ms. Cain provided the necessary residency verification information. K.W. was promoted to the third grade, and her sister, L.C., was promoted to the sixth grader for this school year.

11.     Starting on August 16, 2005, ATA began the enrollment process for students on its wait list. The waiting list consisted of new students and students who, like K.W. and L.C., had re-enrolled, but did not provide the required residency verification.

There is a waiting list for each grade. On August 16, 2005, the third grade waiting list had approximately 20-25 students. The sixth grade also had 20-25 students on the waiting list when my staff began to fill the vacant slots.

12.    When Ms. Cain brought her children to ATA on the first day of school, the sixth grade and third grade classes were filled to capacity. Ms. Cain's children were then placed on the waiting list.

13.    Shortly after her children were placed on the waiting list, Ms. Cain was offered a slot in the sixth grade for L.C. Ms. Cain declined it. The offer was extended again in September through Ms. Cain's attorney.

14.    In mid-October, several students withdrew from ATA including some third grade students. On or about October 17, 2005, I authorized ATA's attorney, Christine Bell, to send a letter to Ms. Cain's attorney offering K.W. a slot in the third grade. A true and accurate copy of that letter is attached as Ex. 1.

15.    On or about October 18, 2005, I authorized the letter dated October 18, 2005 to be sent to Ms. Cain's attorney reconfirming our offer as an execution of the enrollment policy. A true and accurate copy of that letter is attached as Ex. 2.

16.    To date, neither Ms. Cain nor her attorney has contacted me or my staff to enroll her two children.

I declare under penalty of perjury that the foregoing is true and correct.

Mr. Errick Greene

Executed on November 10, 2005

# EXHIBIT 1



3105 South Street, NW
Washington, DC 20007
phone 202.965.3652
fax 202.965.8913
email bruman@bruman.com
www.bruman.com

<u>Via Facsimile:</u> (202) 545-0525

October 17, 2005

Mr. Roy Carleton Howell
8003 Parkside Lane, NW
Washington, DC 20012

      **Re:**    **Enrollment of K.W. and L.C.**

Dear Mr. Howell,

      As we discussed in Judge Robertson's chambers on September 28, 2005, Arts and Technology Academy Public Charter School (ATA) has a slot available for L.C. At that time there was no slot available for K.W. However several students in the third grade have recently withdrawn. In line with its enrollment policy, ATA contacted the parents of the third grade students on the waiting list above K.W. None of these students have accepted the slot. Accordingly, consistent with ATA's policy to serve students on the waiting list strictly in terms of their ranking on this list, ATA can now offer Ms. Cain a slot for K.W.

      Please contact me as soon as possible as to whether Ms. Cain will enroll L.C. and K.W at ATA. Please note that time is of the essence. ATA will hold these slots until Monday, October 24, 2005, as ATA must continue to offer these slots to eligible applicants consistently with the rules governing charter schools.

                                          Sincerely,

                                          Christine D. Bell
                                          Counsel for ATA

cc:    Errick Greene, Arts and Technology





**&BRUSTEIN MANASEVIT**
ATTORNEYS AT LAW

3105 South Street, NW
Washington, DC 20007
phone 202.965.3652
fax 202.965.8913
email bruman@bruman.com
www.bruman.com

# FACSIMILE COVER SHEET

| | |
|---|---|
| __10/17/2005__ | __2__ |
| Date Sent | Total Number of Pages<br>(Including This Page) |

Addressee:        Roy Carleton Howell
                  545-0525

                  Errick Greene
                  388-8467

From:             Christine Bell

Re:               Enrollment of K.W. and L.C.

## CONFIDENTIALITY NOTE

The information contained in this facsimile message is legally protected and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. We appreciate your attention.

TRANSMISSION VERIFICATION REPORT

TIME    : 10/16/2005 09:17
NAME    : BRUSTEIN & MANASEVIT
FAX     : 2029658913
TEL     : 2029653652
SER.#  : BROH3J599011

| | |
|---|---|
| DATE,TIME | 10/16  09:17 |
| FAX NO./NAME | 5450525 |
| DURATION | 00:00:32 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# EXHIBIT 2



3105 South Street, NW
Washington, DC 20007
phone 202.965.3652
fax 202.965.8913
email bruman@bruman.com
www.bruman.com

Via Facsimile: (202) 545-0525

October 18, 2005

Mr. Roy Carleton Howell
8003 Parkside Lane, NW
Washington, DC 20012

    **Re:**    **Enrollment of K.W. and L.C.**

Dear Mr. Howell,

    I write in response to our telephone conversation yesterday regarding Arts and Technology Academy Public Charter School (ATA) pending offer of a third grade slot to your client's daughter, K.W. On behalf of ATA, please allow me to reiterate that the offer arises through the normal and routine operation of the enrollment policy. This is not a settlement offer and is not influenced one way or another by the pendency of the lawsuit. As you are aware, ATA continues to oppose the lawsuit on its merits. Nonetheless, ATA believes that this offer will render the lawsuit moot and will bring that claim to the attention of the Court at the appropriate time.

    K.W. remained on the waiting list and because other students have withdrawn, ATA can now offer a slot in the third grade to K.W. You stated that your client would not accept the slot at ATA unless the school provided compensatory education to K.W. and your attorney's fees. Because this is not an offer of settlement and the offer was not made in response to the pending lawsuit, ATA will not propose attorneys fees. The issue of compensatory education, or for that matter any other IDEA services, have not yet been determined. ATA will await the outcome of the appropriate administrative processes for those issues.

    As always, please feel free to contact me to discuss this matter further.

               Sincerely,

               Christine D. Bell
               Counsel for ATA

cc:    Errick Greene, Arts and Technology

# BRUSTEIN & MANASEVIT
## ATTORNEYS AT LAW

3105 South Street, NW
Washington, DC 20007
phone 202.965.3652
fax 202.965.8913
email bruman@bruman.com
www.bruman.com

## FACSIMILE COVER SHEET

*10/18*

Date Sent

*2*

Total Number of Pages
(Including This Page)

Addressee: *Roy Carlton Howell - 545 - 6525*

*Errick Greene - 388 - 8467*

Fax Number: _____

From: *Christine Bell*

Comments: *Enrollment of K. W. ? L. C.*

_____

_____

_____

### CONFIDENTIALITY NOTE

The information contained in this facsimile message is legally protected and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. We appreciate your attention.

TRANSMISSION VERIFICATION REPORT

```
TIME  : 10/17/2005 10:34
NAME  : BRUSTEIN & MANASEVIT
FAX   : 2029658913
TEL   : 2029653652
SER.# : BROH3J599011
```

```
DATE,TIME              10/17  10:34
FAX NO./NAME           5450525
DURATION               00:00:36
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TRACY CAIN                   )
Parent and Next Friend of K.W.,   )
And Parent and Next Friend of L.C.  )
                                 )
           Plaintiffs,       )
                                   )
v.                                )     Civil Action No.: 1:05 CV 01773
                                   )
ARTS & TECHNOLOGY ACADEMY   )
PUBLIC CHARTER SCHOOL,      )
                                   )
           Defendant.       )
                                   )
                                   )

## AFFIDAVIT OF TARA KING

I, Tara King, hereby attest to the following:

1.      I am over the age of eighteen.

2.      I am the Director of Student Support Services for the Arts and Technology Academy Public Charter School (ATA).   Part of my duties as the Director of Student Support Services is to oversee the identification of students with disabilities and the delivery of special education and related services to those students.

3.      A request for an evaluation of K.W. was submitted on March 17, 2005. See Ex. J.

4.      Dr. Paul Frye, a clinical psychologist, performed the psycho-educational evaluation on March 22 and April 4, 2005.  See Ex. K.

5.      It normally takes four to six weeks for ATA to receive a report from the evaluation.

6.      The parent, through counsel, filed a due process hearing request on June 6, 2005.

7.      The parties entered into a settlement agreement on July 15, 2005 to resolve the issues alleged in the due process hearing request.  Under the agreement, ATA was obligated to hold a multidisciplinary team (MDT) meeting to review the evaluation during the first two weeks of school.  See Ex. L.

8.      I sent a letter of invitation to Ms. Cain, the parent of K.W., on August 19, 2005 proposing three dates for the MDT meeting.  See Ex. M.  The special education teacher confirmed by telephone the meeting for August 30, 2005.

9.      On August 30, 2005, the team members were prepared to meet and discuss the findings of the evaluation.

10.     Ms. Cain failed to attend the MDT meeting on August 30, 2005.  I subsequently sent another letter of invitation on August 30, 2005 proposing three new dates for the meeting.  See Ex. M.  As of today, I have yet to hear from her.

11.     To my knowledge, ATA has not held a meeting to determine whether the child is eligible for special education services.

I declare under penalty of perjury that the foregoing is true and correct.

Ms. Tara King

Executed on September 8, 2005

# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY CAIN )<br>Parent and Next Friend of K.W., )<br>And Parent and Next Friend of L.C. )<br>)<br>Plaintiffs, )<br>)<br>v.   )<br>)<br>ARTS & TECHNOLOGY ACADEMY )<br>PUBLIC CHARTER SCHOOL, )<br>)<br>Defendant. )<br>) | Civil Action No.: 1:05 CV 01773 |

### AFFIDAVIT OF TAMIKA Y. PRESTON

I, Tamika Preston, hereby attest to the following:

1.      I am over the age of eighteen.

2.      I make this affidavit of my own personal knowledge.

3.      I am the Records Manager for the Arts and Technology Academy Public Charter School (ATA).  I have held this position since January 2005.

4.      As the Records Manger, my duties include maintaining the files for all current students, obtaining files for students who transfer to ATA, withdrawals of students, and preparing records for students who transfer to a new school.   I also manage the enrollment process for both current students and new students.

5.      The enrollment process for the 2005-2006 school year began on February 1, 2005.  Parents of current students were required to complete a re-enrollment

commitment form. This form is date-stamped to indicate our receipt of it. Ms. Cain submitted this form on February 14, 2005 for both K.W. and L.C. See Ex. D.

6.    The re-enrollment commitment form clearly states that the form only holds a space for the child and that enrollment process is not complete. The second step of the enrollment process requires residency verification, which begins on July 1 for each year.

7.    ATA makes several efforts to remind parents of the residency verification step. First, I sent a letter on pink paper to Ms. Cain via first class mail on June 13, 2005. See Ex. F. I sent another letter by first class mail on August 4, 2005 regarding the need for the residency verification. I retain all letters that are returned to the school. Neither of the letters sent to Ms. Cain were returned to the school. See Ex. G.

8.    ATA's receptionist and I attempted to call Ms. Cain on July 19, 2005; however, the telephone number listed by the parent on the re-enrollment form was disconnected. I attempted to contact the parent again on August 12, 2005, but the telephone number was still disconnected. I made note of this call on the file. See Ex. H.

9.    I continued to accept residency verification from re-enrolled students until August 16, 2005. At that time, I placed those students who had re-enrolled, but had yet to provide residency verification on the waiting list. The waiting list is first created in March with the new students seeking to enroll. There is a waiting list for each grade level. When I began contacting students on the waiting list, it had approximately 20-25 students for the third grade. The waiting list for the sixth grade also had 20-25 students.

10.    If a slot became available, we made several efforts to contact the students who had sought to re-enroll, but had yet to complete the necessary steps.

11.    On July 7 and 13, ATA remained open until 7:00 pm for working parents to provide the necessary residency verification. On several occasions throughout the summer, I stayed past the business hours to allow working parents to come in.

12.    On August 25, 2005, Ms. Cain brought her residency verification information to ATA, however, both the third and sixth grade were full. I agreed to contact her if a slot became available in either grade. Shortly after, a slot in the sixth grade became available. I contacted Ms. Cain, who declined the slot.

13.    On August 31, 2005, Ms. Cain withdrew both students from ATA. <u>See</u> Ex. I.

14.    For this school year, there were approximately 230 total students on ATA's waiting lists for pre-K through 6th grade. Approximately 10% of those on the waiting list have been identified as students with a disability.

15.    I reviewed K.W.'s file and she attended ATA since the 2002-2003 school year. I also reviewed L.C.'s file and she has attended ATA since 2001-2002.

16.    Based on my review of the file, Ms. Cain completed the residency verification step for each of the prior years.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Ms. Tamika Y. Preston

Executed on September 8, 2005

# EXHIBIT D

*handwritten: 7/11/05 ... X Disconnect*

The Arts & Technology
A C A D E M Y

~~Wade, Kenyatta~~
ID# 9086226
D.O.B. ~~9/11/97~~     File No. 1142

### 2005-2006 RE-ENROLLMENT COMMITMENT FORM

Dear Parents:

It is time to re-enroll for the next school year. If you plan to have your child return to The Arts and Technology Academy Public Charter School for the **2005-2006** school year, you **MUST** complete a copy of this form for **EACH** child by **March 31st**. Current students are given first opportunity to reserve a space for the coming year. After March 31, 2005, all spaces will be filled on a first-come-first-served basis and may result in being placed on a waiting list. Preference is given to siblings of currently enrolled students, whenever possible. A sibling is defined as a child living in the same home and sharing the same parent or guardian.

It is important that this form be completed no later than March 31, 2005. **Failure to return this form by the deadline may result in the loss of the student's place next year!** Please also note that DC Law requires you to provide proof of residence each school year. Residency information cannot be accepted until **July 1, 2005**. We will send a notice home to remind you of this requirement towards the end of the school year.

**Please note:** Submitting this form only holds a space for your child. Re-enrollment is **not complete** until the school receives all required forms: **proof of residency; current immunization record; dental appraisal; home language survey; family income survey; and school lunch form.**

**(A receipt must be presented as proof of re-enrollment to claim your child's space).**

| Student Name | ~~blacked out~~ | | Grade in the Fall of 2005 | 3rd |
|---|---|---|---|---|
| Street Address | 217 50th St. N.E #31 | | Zip Code | 20019 |
| Mother's Name | Tracey Cain | Father's Name | | |
| Phone Numbers | Mother Home (202)397-8110 | Mother Work | Father Home | Father Work |

| Please check (X) one of the following choices. | | |
|---|---|---|
| My child **WILL** return to the Arts and Technology Academy next school year. | ✓ | My child **WILL NOT** return to the Arts and Technology Academy next school year. (You must officially withdraw your child before records can be released.) ☐ |

Please complete the following section for any sibling(s) that would like to begin or who are already attending ATA.

This section is for **sibling(s) only.**

| Sibling's Name | Date of Birth | Current Grade | Grade in Fall of 2005 |
|---|---|---|---|
| ~~blacked out~~ | 10-2-94 | 5th | 6th |

**(Children listed in this section must have a separate enrollment form.)**

If you should have questions about how to complete this form, please contact the main office for assistance at 202-398-6811. We appreciate your immediate attention to this matter and look forward to serving your child/ren in the coming year!

*Remember:* Form due by: **March 31, 2005**

Tracey Ca—     8-14-05
Parent/Legal Guardian Signature     Date

Mosaica Education, Inc.     1. White – Office  2. Records –Yellow 3. Parents – Pink

Re-Enrollment Form rev 2/5     Form Number **1142**

*# discee tion*
*Wasgnten (202)*
*1388-5051*
*5051*
*To us 9/24/05*

ID# 9095335

The **Arts&Technology** ACADEMY

D.O.B. ~~10/21/98~~ **File No. 1340**

## 2005-2006 RE-ENROLLMENT COMMITMENT FORM

Dear Parents:

It is time to re-enroll for the next school year. If you plan to have your child return to The Arts and Technology Academy Public Charter School for the **2005-2006** school year, you **MUST** complete a copy of this form for **EACH** child by **March 31st**. Current students are given first opportunity to reserve a space for the coming year. After March 31, 2005, all spaces will be filled on a first-come-first-served basis and may result in being placed on a waiting list. Preference is given to siblings of currently enrolled students, whenever possible. A sibling is defined as a child living in the same home and sharing the same parent or guardian.

It is important that this form be completed no later than March 31, 2005. **Failure to return this form by the deadline may result in the loss of the student's place next year!** Please also note that DC Law requires you to provide proof of residence each school year. Residency information cannot be accepted until **July 1, 2005.** We will send a notice home to remind you of this requirement towards the end of the school year.

**Please note:** Submitting this form only holds a space for your child. Re-enrollment is **not complete** until the school receives all required forms: **proof of residency; current immunization record; dental appraisal; home language survey; family income survey; and school lunch form.**

**(A receipt must be presented as proof of re-enrollment to claim your child's space).**

| Student Name | ~~█████████~~ | | Grade in the Fall of 2005 | 6th | |
| Street Address | 217 50th St. N.E #31 | | Zip Code 20019 | | |
| Mother's Name | TRACEY Cain | Father's Name | | | |
| Phone Numbers | Mother Home (202)397-8110 | Mother Work (202) ~~545~~ | Father Home | Father Work | |

| Please check (X) one of the following choices. | | | |
|---|---|---|---|
| My child **WILL** return to the Arts and Technology Academy next school year. | ✓ | My child **WILL NOT** return to the Arts and Technology Academy next school year. (You must officially withdraw your child before records can be released.) | ☐ |

Please complete the following section for any sibling(s) that would like to begin or who are already attending ATA.

## This section is for **sibling(s) only.**

| Sibling's Name | Date of Birth | Current Grade | Grade in Fall of 2005 |
|---|---|---|---|
| ~~█████████~~ | ~~█████~~ | 2nd | 3rd |
| | | | |

**(Children listed in this section must have a separate enrollment form.)**

If you should have questions about how to complete this form, please contact the main office for assistance at 202-398-6811. We appreciate your immediate attention to this matter and look forward to serving your child/ren in the coming year!

**Remember:** Form due by: **March 31, 2005**

*Tracey Cain*
/Parent/Legal Guardian Signature

2-14-05
Date

Mosaica Education, Inc.

1. White – Office   2. Records –Yellow  3. Parents – Pink

Re-Enrollment Form rev 2/5

Form Number **1340**

# EXHIBIT E



# The Arts & Technology ACADEMY



KEEP THE DREAM ALIVE!

## Parent/Student Handbook

### 2003-2004

Mr. Anthony D. Jackson
Chief Administrative Officer

# THE ARTS AND TECHNOLOGY ACADEMY PCS

## Welcome Parents and Students

On behalf of the teachers and staff of the Arts & Technology Academy (ATA) Public Charter School, I am pleased to welcome you as ATA Jaguars. You are an important part of a school community that is committed to excellence. We look forward to offering you the best in education combined with the finest in music, dance, art and theatre, as well as an inclusive technological curriculum.

## School Contact Information

The Arts and Technology Academy Public Charter School
5300 Blaine Street NE
Washington, DC  20019

The school telephone number is (202) 398-6811.
The fax number is (202) 388-8467
You can also contact us via our website: www.artsandtechnologyacademy.org

## Registration and Residency Requirements

Children beginning Pre-Kindergarten must be four years of age on or before December 31st of that school year. Children beginning Kindergarten must be five years of age on or before December 31st. New student registration conducted by the main office staff.

In order to register a student, the parent or guardian must show proof of residency, copy of child's birth certificate and updated immunization records.

## Residency Documentation

One (1) of the following items, in the name of the person seeking to enroll the student, will suffice to establish District of Columbia residency:

1. Proof of payment of D.C. personal income tax, for the tax period closest in time to the consideration of D.C. residency (**W-2 or 1099 Form with copy of D.C. tax filing**).

## Residency Documentation

2. A current (issued less than forty-five (45) days prior to consideration of residency) pay stub indicating your D.C. residency, and evidence of the withholding of D.C. income tax:, or

3. Current official documentation indicating that you receive **financial assistance** from the Government of the District of Columbia including, but not limited to, Temporary Assistance for Needy Families (TANF), Medicaid, the State Child Health Insurance Program (SCHIP), Supplemental Security Income (SSI), housing assistance, or other programs; or

4. Confirmation, based upon completion and submission of a **tax information authorization waiver form**, by the D.C. Office of Finance and Revenue or payment of D.C. income taxes by the person seeking to enroll the student; or

5. Current official **military housing orders** showing residency in the District of Columbia; or

6. Currently valid **court order, indicating that the student is a ward** of the District of Columbia.

In the alternative, **two (2)** of the items listed below, will suffice as proof of residency in the District of Columbia. The items must show the name of the person seeking to enroll the student:

1. Current **motor vehicle registration** evidencing District of Columbia residency;

2. A valid unexpired **lease or rental agreement** and receipts of payment or canceled checks (for a period within two (2) months immediately preceding consideration of residency) for payment of rent on a District residence in which the student actually resides;

3. A valid unexpired **D.C. motor vehicle operator's permit** or other official non-driver identification in your name;

4. **Utility bills** (excluding telephone bills) and receipts of payment or cancelled checks (from a period within the two months immediately preceding consideration of residency) showing your name and D.C. residence address.

**Proof of Residency** is required every year of enrollment in a District of Columbia Public Charter School for each student using the same guidelines as above.

6



The **Arts** & **Technology**
A C A D E M Y

# 2004-2005
# Parent/Student Handbook

## Anthony D. Jackson
## Chief Administrative Officer





## Frequently Asked Questions

### How Do I Contact My Child's Teacher?

Here at ATA we welcome and encourage parental input and feedback. We strongly believe that the education of our children is a team effort.

Our telephone number is (202) 398-6811.
You may leave a message for your child's teacher at the number above. Please understand that unless it is an emergency, telephone calls can not be forwarded to teachers during instructional time.

Our Mailing Address is:
> The Arts and Technology Academy Public Charter School
> 5300 Blaine Street, NE
> Washington, DC  20019

Our fax number is (202) 388-8467.

All of our teachers have school-based email accounts and are expected to check them three times a day. Please contact your child's teacher for his/her email address.

Additional information about our school may be found on our newly re-launched website at
> www.artsandtechnologyacademy.org

### Is My Child Old Enough to Attend ATA?
### How do I Register?

## Registration and Residency Requirements

Children beginning Pre-Kindergarten must be four years of age on or before December 31st of this school year. Children beginning Kindergarten must be five years of age on or before December 31st. New student registration is conducted by the main office staff.

In order to register a student, the parent or guardian of the student must show proof of residency, a copy of the child's birth certificate and updated immunization records.

## Residency Documentation

One (1) of the following items, in the name of the person seeking to enroll the student will suffice to establish District of Columbia residency:

3

## Residency Documentation (cont.)

1. Proof of payment of D.C. personal income tax, for the tax period closest in time to the consideration of D.C. residency (**W-2 or 1099 Form with copy of D.C. tax filing**)
2. **A current (issued less than forty-five (45) days prior to consideration of residency) pay stub** indicating your D.C. residency, and evidence of the withholding of D.C. income tax:, or
3. Current official documentation indicating that you receive **financial assistance** from the Government of the District of Columbia including, but not limited to, Temporary Assistance for Needy Families (TANF), Medicaid, the State Child Health Insurance Program (SCHIP), Supplemental Security Income (SSI), housing assistance, or other programs; or
4. Confirmation, based upon completion and submission of a **tax information authorization waiver form**, by the D.C. Office of Finance and Revenue or payment of D.C. income taxes by the person seeking to enroll the student; or
5. Current official **military housing orders** showing residency in the District of Columbia; or
6. Currently valid **court order, indicating that the student is a ward** of the District of Columbia.

In the alternative, **two (2)** of the items listed below will suffice as proof of residency in the District of Columbia. The items must show the name of the person seeking to enroll the student:

1. Current **motor vehicle registration** evidencing District of Columbia residency;
2. A valid unexpired **lease or rental agreement** and receipts of payment or canceled checks (for a period within two (2) months immediately preceding consideration of residency) for payment of rent on a District residence in which the student actually resides;
3. A valid unexpired **D.C. motor vehicle operator's permit** or other official non-driver identification in your name;
4. **Utility bills** (excluding telephone bills) and receipts of payment or cancelled checks (from a period within the two months immediately preceding consideration of residency) showing your name and D.C. residence address.

**Proof of Residency** is required every year of enrollment in a District of Columbia Public Charter School for each student using the same guidelines as above.

4