# EXHIBIT F

 # THE ARTS AND TECHNOLOGY ACADEMY PCS

**5300 BLAINE STREET NE
WASHINGTON, DC 20019
PHONE: 202 398-6811    FAX: 202 388-8467
E-MAIL: anjackson@dcata.org**

June 13, 2005

Dear Re-Enrolled Parent(s):

Your application for re-enrollment has been accepted for School Year 2005-2006. We must now move on to the next phase to complete the process with the additional required forms: residency verification; immunization; school lunch; internet policy; permission to publish student work; permission to publish photographs and parent compact. We will begin residency verification on July 1st. Please pay particular attention to the documents needed, as changes have been made for this upcoming year. Also, please note the reminder dates below.

## IMPORTANT DATES:

**June 29TH** - Last day for students!

**July 1st – July 14th - Residency Verification and Complete Enrollment Forms**

**July 1st - August 19th** - Public Summer hours (Monday-Thursday 9 am – 4 pm, closed on Friday)

**August 22nd** - Grades Pre-K-2/New Student Orientation/Testing; OASIS Before/After-care Registration

**August 23rd** - Grades 3-6/New Student Orientation/Testing; OASIS Before/After-care Registration

**August 24th** – School Opens for All Students

Please be reminded that all students must provide proof of residency and immunization records each year to complete enrollment. Proof of residency and all other enrollment documentation must be brought to the Main Office by **Thursday, July 14th**. In order to meet the needs of parents/guardians who are unable to come to the school during earlier hours, **the office will remain open from 12 noon – 7 pm on Thursday, July 7th and Wednesday, July 13th.**

**Note:  Enrollment is not officially complete until all required documents have been received.**

**Acceptable Documents to Verify DC Residency:  (Must be Originals)**

**All information must be current and official, and must show the name of the parent or court appointed custodian or guardian seeking to enroll the student.  The documentation must also establish/verify residency at the address listed on the enrollment package.**

One of the following is acceptable:

- **Pay stub** (within 45 days) for person enrolling student, with current home address and withholding of DC taxes for current tax year

- Proof of **financial assistance from DC Government** (i.e.: TANF, Medicaid, SCHIP, SSI, housing assistance)
- **Supplemental Security Income annual benefits notification**
- **Tax information authorization waiver form** (certified by DC Office of Tax and Revenue)
- **Verification Letter** and **Military Housing Orders** for housing within DC
- Proof that child is a **ward of DC Government (court order)**
- **Embassy letter**

In the absence of the above items, two (2) of the items listed below are required:

- Unexpired **DC motor vehicle registration** (name of person enrolling student; current DC address
- Unexpired **lease or rental agreement** (name of person enrolling student; current DC home address; and receipt of payment within past two (2) months
- Unexpired **DC motor vehicle operator's** permit or non-driver ID (name of person enrolling student and current DC home address
- **One utility bill** (only gas, electric and water bills are acceptable) name of person enrolling student; current DC home address; and separate receipt of payment within the past two (2) months.

## Immunization:

**Each year, all District of Columbia students, including those in daycare, must have the following:**

- DPT (Diphtheria/Pertussis/Tetanus) – series of 5
- OPV (Oral Polio Vaccine) – series of 4
- MMR (Measles/Mumps/Rubella) – series of 2
- HIB (Hemophilus Influenza Type B) – series of 4
- HEP B (Hepatitis B) – series of 3
- Varicella – if child has not had chicken pox (1)

**Note:** The HepB and Varicella requirements have been added within the last four years. Older students may not have received these immunizations. If your child is at or about the fifth grade, it is important to have this on the health record.

All students at or above the fifth grade should have a Tetanus/Diphtheria booster shot unless it has been less than five years since a previous immunization.

## Free and Reduced Lunch Form

All students are required to have a completed Free and Reduced Lunch application on file. If you are receiving TANF, you need only bring your identification card with the identification number.

## Birth Certificate and Social Security Numbers

Original birth certificates and social security cards are required to complete the enrollment process. The process is **not complete** until all required information has been received.

Should you have any questions, please contact Ms. Tamika Preston, Records Clerk, on 202.398-6811. Have a great summer.

Sincerely,

Anthony D. Jackson
Chief Administrative Officer

Attachment # 2005-06 Approved School Calendar

# EXHIBIT G

 # THE ARTS AND TECHNOLOGY ACADEMY PCS

**5300 BLAINE STREET NE**
**WASHINGTON, DC 20019**
 **PHONE: 202 398-6811   FAX: 202 388-8467**
 **E-MAIL: anjackson@dcata.org**

August 4, 2005

Dear Parent(s):                                 **2nd Notice**

You have completed the first phase of the registration process by submitting the school's enrollment form. The next and most critical phase of the enrollment process is the **proof of DC residency** and documentation of required **immunizations**. Residency verification began **July 1st and is now past due.** Parents or guardians are required to submit the appropriate documentation to prove DC residency and immunization requirements to complete enrollment.

Since the enrollment process is not complete until all of these documents have been received, your child **will not** be assigned to a class until these items have been received and verified in our main office. The office staff is available to assist you in collecting these items between the hours of  **9:00 am – 4 p.m., Monday through Thursday.**

Please note the documents needed, as changes have been made for this upcoming year. Also, please note the reminder dates below.

**IMPORTANT DATES:**

**July 1st – July 14th - Residency Verification and Complete Enrollment Forms (PAST DUE)**
**July 1st - August 19th - Public Summer hours (Monday-Thursday 9 am – 4 pm, closed on Friday)**
**August 22nd - Grades Pre-K-2/New Student Orientation/Testing; OASIS Before/After-care Registration**
**August 23rd - Grades 3-6/New Student Orientation/Testing; OASIS Before/After-care Registration**
**August 24th – School Opens for All Students**

**Note:  Enrollment is not officially complete until all required documents have been received.**

**Acceptable Documents to Verify DC Residency:  (Must be Originals)**

**All information must be current and official, and must show the name of the parent or court appointed custodian or guardian seeking to enroll the student. The documentation must also establish/verify residency at the address listed on the enrollment package.**

<u>One</u> of the following is acceptable:

- **Pay stub** (within 45 days) for person enrolling student, with current home address  and withholding of DC taxes for current tax year
- Proof of **financial assistance from DC Government** (i.e.: TANF, Medicaid, SCHIP, SSI, housing assistance)
- **Supplemental Security Income annual benefits notification**

Page 2 – Residency Verification (2nd Notice)

- **Tax information authorization waiver form** (certified by DC Office of Tax and Revenue)
- **Verification Letter** and **Military Housing Orders** for housing within DC
- Proof that child is a **ward of DC Government (court order)**
- Embassy letter

In the absence of the above items, two (2) of the items listed below are required:

- Unexpired **DC motor vehicle registration** (name of person enrolling student; current DC address
- Unexpired **lease or rental agreement** (name of person enrolling student; current DC home address; and receipt of payment within past two (2) months
- Unexpired **DC motor vehicle operator's** permit or non-driver ID (name of person enrolling student and current DC home address
- **One utility bill** (only gas, electric and water bills are acceptable) name of person enrolling student; current DC home address; and separate receipt of payment within the past two (2) months.

## Immunization:

**Each year, all District of Columbia students, including those in daycare, must have the following:**

- DPT (Diphtheria/Pertussis/Tetanus) – series of 5
- OPV (Oral Polio Vaccine) – series of 4
- MMR (Measles/Mumps/Rubella) – series of 2
- HIB (Hemophilus Influenza Type B) – series of 4
- HEP B (Hepatitis B) – series of 3
- Varicella – if child has not had chicken pox (1)

**Note:** The HepB and Varicella requirements have been added within the last four years. Older students may not have received these immunizations. If your child is at or about the fifth grade, it is important to have this on the health record. All students at or above the fifth grade should have a Tetanus/Diphtheria booster shot unless it has been less than five years since a previous immunization.

**Free and Reduced Lunch Form -** All students are required to have a completed Free and Reduced Lunch application on file. If you are receiving TANF, you need only bring your identification card with the identification number.

**Birth Certificate and Social Security Numbers** - Original birth certificates and social security cards are required to complete the enrollment process. The process is **not complete** until all required information has been received.

Should you have any questions, please contact Ms. Tamika Preston, Records Clerk, on 202.398-6811.

Sincerely,

Errick Greene
Chief Administrative Officer

## 2ND NOTICE

# EXHIBIT H

# Disconnected

8/12/05

# disconnected

7/19/05

# disconnected

E 12/05

#disconnected

# EXHIBIT I

09/01/2005 14:49 2029558913 Case 1:05-cv-01773-JR Document 16-5 Filed 11/14/2005 BRUSTEIN & MANASEVIT Page 11 of 27 PAGE 02

Arts & Technology Academy  202 388 0359  p.2

# The Arts and Technology Academy
## Student Withdrawal Form

**Student Name:**

**DC Student Number:**

**Address:** 217 50th St. N.E #31

**City:** Washington   **State:** D.C.

**Zip Code:** 20019

**Home Phone Number:** (202) 388-5051

**Parent/Guardian Names:**

**Teacher Name:**   **Grade:** 3rd

Reason(s) for leaving: (please provide detailed explanation)

Receiving School Address (for transfer of student records):
City:   State:
Zip Code:
Telephone Number:

Is the new school (check one box)?
Public   Charter   Home
Private   Parochial   Unknown

Outstanding Textbooks/library books:   Outstanding book balance:$ 4.60
text book.   4.60

Effective Date of Withdrawl:   Outstanding meal account Balance:

Number of Days Present:   Absent:   Tardy:

Parent/Guardian Signature: Nancy Ca—   Date: 8-1-05

School Administrator Signature:   Date: 9-1-05



# The Arts and Technology Academy
# Student Withdrawal Form

*ARTS & TECHNOLOGY ACADEMY*
*3300 BLAINE STREET, NE*
*WASHINGTON, DC 20019*

**Student Name:** ▓▓▓▓▓▓▓▓

**DC Student Number:**

**Address:** 217 50th St. N.E #31

**City:** Washington    **State:** D.C

**Zip Code:** 20049

**Home Phone Number:** (202) 388-5051

**Parent/Guardian Names:** TRACEY CAIN

**Teacher Name:**    **Grade:** 6th

Reason(s) for leaving:(please provide detailed explanation)

Receiving School Address (for transfer of student records):

City:    State:

Zip Code:

Telephone Number:

Is the new school (check one box)?

Public ☐    Charter ☐    Home ☐
Private ☐    Parochial ☐    Unknown ☐

Outstanding Textbooks/library books:    Outstanding book balance:$

Effective Date of Withdrawl:    Outstanding meal account Balance:

Number of Days Present:    Absent:    Tardy:

Parent/Guardian Signature: Tracey C    Date: 9-1-05

School Administrator Signature:    Date: 9-1-05

# EXHIBIT J

REFERRAL FOR EVALUATION OR
THERAPY SERVICES

Referral Date: 3/17/05                    School: Arts & Technology Academy

Student: ████████████████                 DOB: _____        Age: ____

Student ID Number: _____    Teacher: Ms. Neison

Student Address: 217 50th St. N.E. #31
                 Number    Street                Quad    City         State      Zip

Parent/Guardian Name: Tracey Cain          Phone: 2-397-8110
                                           Phone: _____

Student/Parent Native Language: English

Services Requested:
|                | Evaluation: | Treatment: | Frequency: |
|----------------|-------------|------------|------------|
|                | OT _____    | OT _____   | _____    |
|                | PT _____    | PT _____   | _____    |
|                | SLP _____   | SLP _____  | _____    |
|                | Psych ✓     | PSYCH ✓    | _____    |
|                | Other_____  | Other_____ | _____    |
|                | Specify     | Specify    |            |

Request Participation in IEP Meeting

Discipline(s) Requested:  ____OT ____PT ____SLP  ✓Psych ____Other
IEP Date _____     Time _____       Place _____

Contact Person: Tanna Jackson      Phone: 202-398-6811 ext. 5076

Reason For Referral: Psycho Ed   The Student is have
difficulties in class she is not completing
her work and needs lot of assistance.

Additional Comments:
_____
_____
_____

☑ Parent/Guardian consent attached

# EXHIBIT K



REHABPLUS GROUP

*PAUL DOUGLASS FREY, PH.D.*
Clinical Psychologist

# PSYCHOEDUCATIONAL EVALUATION

Student: ▓▓▓▓▓▓▓▓▓
Student I.D.
Current School: Arts & Technology Acad.
Grade: 2nd Grade
Primary Language: English

Referral: Ms. Jackson (Sp.Ed. coordinator)
Home Phone:
Date of Birth: ▓▓▓▓▓▓
Chron. Age: 7 yrs. - 6 mos.
Dates of Evaluation: 3/22 and 4/04/05

## REASON FOR REFERRAL

▓▓▓▓▓▓, a Second grader at Arts and Technology Academy, was referred for psychoeducational evaluation because of failure to complete the assigned classwork and continuing difficulties with reading and writing, including occasional letter reversals.

## BACKGROUND INFORMATION

▓▓▓▓▓▓ has been a student at Arts & Technology Academy since Kindergarten. Her slowness in developing reading skills is seen in her scores on the Stanford-9 testing (which was done last April) where she received Below Average ratings in most of the reading subtests. Although her phonetic analysis and functional comprehension scores were given as Average, her Total Reading level was rated at about the 10th percentile for 1st Graders. Likewise, her Mathematics knowledge was rated at about 10th percentile, although she now seems to have made considerable improvement in her math skills.

## BEHAVIORAL OBSERVATIONS

▓▓▓▓▓▓ presented as a well dressed and well mannered 7 year old who was comfortable in the testing situation and consistently showed a cooperative disposition. She was seen over a period of two days, and although she maintained a friendly attitude throughout that time, she did not appear to be consistently invested in her performance, i.e. her attention seemed to waver a bit during the academic achievement testing. However, her efforts were quite adequate and, especially on the (initial) IQ testing, were well directed. The present evaluation results are felt to give a generally valid picture of Kenyahtta's typical functioning in the school environment.

## TESTS ADMINISTERED

Wechsler Intelligence Scale for Children-4th edition (WISC-IV)
Woodcock-Johnson-III Tests of Achievement
Bender-Gestalt Visual-Motor Test

MARYLAND TRADE CENTER
7474 GREENWAY CENTER DRIVE SUITE 620 GREENBELT MARYLAND 20770
TEL: (301) 220-0580 OR 1-877-557-3422 FAX: (301) 220-0585 OR 1-877-875-2500
W W W . R E H A B P L U S G R O U P . C O M

2

Developmental Test of Visual-Motor Development (VMI)
Free drawings

## OTHER SOURCES OF INFORMATION
Stanford Achievement Tests -9[th] Edition (April '04)
Consultation with ~~Kayshawn's~~ teacher, Ms. Ms. Nelson (4/5/05)

## TEST RESULTS

### Intellectual/Academic Functioning

~~Kayshawn~~ was tested with the WISC-IV, a broad measure of verbal and nonverbal functioning composed of ten subtests, each of which contributes equally to the Full Scale score. Her efforts on the WISC earned an overall or *Full Scale IQ* of 101, which falls solidly in the Average range. However, the variability of her several subtest scores (ranging from 8 to 16) which contribute to the Full Scale IQ suggests that the Full Scale IQ should not be taken as an indication of intellectual limits. Her *Verbal Comprehension Index* (VCI) was 93, and her *Perceptual Reasoning Index* (PRI) was 112. The *Working Memory Index* (WMI) was 102, and the *Processing Speed Index* (PSI) was 94. --Of course, it should be noted that these numerical indices represent a range of reliability which (at the 95 percent confidence level) is about 8 points plus or minus-- Nevertheless, some of the differences between the various Index scores were statistically significant, notably the difference between the VCI and the PRI, suggesting relatively slow development of her verbal expressive skills. The Verbal Comprehension and Perceptual Reasoning indices are considered the best measures of General (or fluid) intellectual potential, whereas the Working Memory and Processing Speed indices are considered to be measures of more specific or crystallized skills. Because of her weakness in specific verbal areas related to academic experience, the PRI is likely to give the best estimate of ~~Kayshawn's~~ intellectual abilities. The particular skill area, exemplified in Picture Concepts (SS=16) and Matrix reasoning (SS=12), where she showed the greatest strength was on a test of nonverbal reasoning and concept formation. Her weakness were in the area of word skills (Vocabulary SS=8) and visual analytic skills requiring spatial manipulation and orientation.

Scaled Scores for all of the given WISC subtests are presented below, and in their numerical range a score of 9-11 represents an average level of functioning, a score of 7 or below reflects significantly below average functioning, and any scores of 12 or above are considered an indication of significantly above average functioning--

## Wechsler Intelligence Scale for Children -Fourth Edition

### Verbal Comprehension Index
9    **Similarities**: This subtest requires the student to make generalizations and express the similarities of various things and collectivities as a measure of abstract verbal reasoning ability.

4

*Academic Achievement*

The Woodcock-Johnson -III Tests of Academic Achievement were used to measure ████████'s level of scholastic achievement in comparison to that of her peers. Her performance on the WJ-III was evaluated in two ways, first by comparison with her age peers, and then by comparison with a national sample of students in the seventh month of the 2nd Grade. The two summaries and specific scores are presented in an attachment to the present evaluation.

From a developmental or age-based point of view, the aggregated W-J Cluster Scores indicate an overall level of Academic Skills in the average to low average range, or at about a 1st to 2nd Grade Equivalence, with some superiority of math skills over reading skills. However, her fluency levels are below average, especially her reading fluency, which was rated with a standard score of 68. Although at about a low average level, her Spelling, Story Recall, and Applied Problems scores are less than would be expected based on expectations from her IQ score. Her highest subtest scores were for *Calculation* and *Understanding Directions*, where she was shown to be functioning comfortably in the average range. When her performance was evaluated on the basis of 2nd Grade norms, these two subtests were also her best scores. However, (although these two subtests remain her highest scores) from the perspective of achievement standards for a student in the seventh month of the 2nd Grade, ████████'s overall performance was seen to be much weaker. Her aggregated Academic Skills were rated with a standard score of only 78 and her Academic Fluency was rated with a standard score of just 73. Her Broad Reading score was given as 73, with a Passage Comprehension subtest score (82) better than her reading fluency score (70). The detailed scores are presented in the Score Reports attached to this document.

Worth noting in her approach to both the WISC-4 and WJ-3 was her tendency to skip over mildly difficult or simply unfamiliar items during the speed/fluency tests. She also made use of an interesting strategy to speed her symbol copying responses by simply reversing direction at the end of a line and going back from right to left.

*Visual-Motor Functioning*

████████ who is right handed, made copies of the nine designs of the Bender-Gestalt test which showed some difficulty with acute angles and a tendency toward perseveration, suggesting immature development of her visual-motor skills. Her performance on the VMI (a similar task of figure reproductions) also showed a tendency toward carelessness with small details, and her VMI standard score (77) was at a borderline to low average level of proficiency. Her free drawing of a person and tree was similarly immature and rather tentative in execution..

*Attention/Behavioral*

In our one-on-one time together, there was nothing seen in ████████'s behavior to suggest problems with attention or impulsivity. Her teacher also reported no behavioral or attitude problems in the classroom setting.

# IMPRESSIONS/EDUCATIONAL IMPLICATIONS

Based on the present observations and test results, as well as teacher observations,

5

████'s intellectual functioning can be described as falling comfortably within the Average range overall but with above average nonverbal reasoning skills, suggesting that her true functioning potential is likely to be at a High Average or even Superior level. On the other hand, her academic skills are not well developed in either reading or (to a lesser extent) math fluency, and her overall academic proficiency is at about a 1st Grade level (based on national norms). She pays attention well enough and understands directions given her, but there is a developmental immaturity in her language skills as regards fluency with written language. Despite her good intellectual ability, she struggles with trying to acquire 2nd Grade level reading skills. Likewise, she is somewhat delayed in the development of her visual-motor skills. These findings, especially the discrepancy between the intellectual and academic measures, point to a specific learning problem, primarily in the area of reading skills. The present diagnostic impression is Reading Disorder (315.00) even though this may well be the result of uneven neurocognitive development with a temporary lag in the area of written language processing. As things stand, she will likely find 3rd Grade level work quite challenging unless she is able to get some targeted instruction and practice to help her develop her reading skills.

## RECOMMENDATIONS

1. The IEP should focus on consideration for Special Ed classification as LD, based on present evaluation results.

2. An intensive reading program with a focus on helping her develop skills in processing written language should be instituted. Individualized or small group work in reading comprehension skills along with other specialized education resources should be put into place for ████████.

Paul Douglass Frey, Ph.D.
Licensed Clinical Psychologist, MD, D.C.

Summary and Score Report

████████████

April 5, 2005                                                    Page 2

TABLE OF SCORES: *Woodcock-Johnson III Tests of Achievement*
Report Writer for the WJ III, Version 1.1
Norms based on age 7-7

| CLUSTER/Test | Raw | AE | EASY to DIFF | | RPI | PR | SS(68% BAND) | GE |
|---|---|---|---|---|---|---|---|---|
| ORAL LANGUAGE (Std) | – | 7-2 | 5-9 | 9-3 | 87/90 | 40 | 96 (92-100) | 1.5 |
| BROAD READING | – | 6-9 | 6-6 | 7-0 | 25/90 | 10 | 81 (78-83) | 1.4 |
| BROAD MATH | – | 7-1 | 6-6 | 7-10 | 81/90 | 34 | 94 (91-97) | 1.8 |
| MATH CALC SKILLS | – | 7-9 | 7-0 | 8-9 | 92/90 | 59 | 103 (98-109) | 2.4 |
| ACADEMIC SKILLS | – | 7-2 | 6-11 | 7-6 | 70/90 | 30 | 92 (90-95) | 1.8 |
| ACADEMIC FLUENCY | – | 6-4 | 5-9 | 7-1 | 59/90 | 7 | 78 (73-83) | 1.2 |

Form A of the following achievement tests was administered:

| | Raw | AE | EASY to DIFF | | RPI | PR | SS(68% BAND) | GE |
|---|---|---|---|---|---|---|---|---|
| Letter-Word Identification | 28 | 7-1 | 6-11 | 7-4 | 40/90 | 26 | 90 (88-93) | 1.8 |
| Reading Fluency | 1 | 6-0 | 5-8 | 6-4 | 8/90 | 2 | 68 (61-75) | <K.8 |
| Story Recall | – | 5-9 | 3-4 | 9-9 | 83/90 | 20 | 87 (77-97) | K.6 |
| Understanding Directions | – | 7-7 | 6-7 | 9-1 | 90/90 | 51 | 100 (96-104) | 2.0 |
| Calculation | 11 | 8-1 | 7-6 | 8-9 | 96/90 | 70 | 108 (101-115) | 2.6 |
| Math Fluency | 20 | 6-11 | 5-0 | 8-10 | 86/90 | 24 | 89 (85-94) | 1.5 |
| Spelling | 17 | 6-11 | 6-7 | 7-3 | 46/90 | 21 | 88 (84-92) | 1.2 |
| Writing Fluency | 6 | 7-2 | 6-3 | 8-1 | 84/90 | 37 | 95 (89-101) | 2.1 |
| Passage Comprehension | 14 | 6-9 | 6-6 | 7-1 | 40/90 | 19 | 87 (84-90) | 1.4 |
| Applied Problems | 20 | 6-2 | 5-8 | 6-9 | 38/90 | 16 | 85 (81-89) | 1.0 |

# SCORE REPORT

Name: ██████████████
Date of Birth: 09/09/1997
Age: 7 years, 7 months
Sex: Female
Date of Testing: 04/05/2005

School: Arts&Technology
Teacher: Ms. Nelson
Grade: 2.7
Examiner: Frey

TABLE OF SCORES: *Woodcock-Johnson III Tests of Achievement*
Report Writer for the WJ III, Version 1.1
Norms based on grade 2.7

| CLUSTER/Test | Raw | GE | EASY to DIFF | | RPI | PR | SS(68% BAND) | AE |
|---|---|---|---|---|---|---|---|---|
| ORAL LANGUAGE (Std) | – | 1.5 | K.1 | 3.9 | 83/90 | 24 | 89 (84-95) | 7-2 |
| BROAD READING | – | 1.4 | 1.2 | 1.7 | 9/90 | 4 | 73 (70-76) | 6-9 |
| BROAD MATH | – | 1.8 | 1.2 | 2.4 | 67/90 | 17 | 86 (83-89) | 7-1 |
| MATH CALC SKILLS | – | 2.4 | 1.6 | 3.3 | 86/90 | 38 | 96 (91-100) | 7-9 |
| ACADEMIC SKILLS | – | 1.8 | 1.5 | 2.1 | 37/90 | 7 | 78 (75-81) | 7-2 |
| ACADEMIC FLUENCY | – | 1.2 | <K.8 | 1.8 | 44/90 | 4 | 73 (69-78) | 6-4 |

Form A of the following achievement tests was administered:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Letter-Word Identification | 28 | 1.8 | 1.6 | 2.0 | 10/90 | 10 | 81 (78-83) | 7-1 |
| Reading Fluency | 1 | <K.8 | <K.8 | 1.1 | 3/90 | 2 | 70 (65-76) | 6-0 |
| Story Recall | – | K.6 | <K.0 | 4.3 | 81/90 | 14 | 83 (73-94) | 5-9 |
| Understanding Directions | – | 2.0 | K.8 | 3.7 | 84/90 | 36 | 95 (91-99) | 7-7 |
| Calculation | 11 | 2.6 | 2.1 | 3.3 | 89/90 | 48 | 99 (94-104) | 8-1 |
| Math Fluency | 20 | 1.5 | <K.2 | 3.5 | 82/90 | 12 | 82 (78-86) | 6-11 |
| Spelling | 17 | 1.2 | K.9 | 1.5 | 18/90 | 6 | 76 (71-81) | 6-11 |
| Writing Fluency | 6 | 2.1 | 1.4 | 2.8 | 78/90 | 27 | 91 (85-97) | 7-2 |
| Passage Comprehension | 14 | 1.4 | 1.2 | 1.7 | 21/90 | 11 | 82 (78-85) | 6-9 |
| Applied Problems | 20 | 1.0 | K.6 | 1.5 | 18/90 | 8 | 79 (75-83) | 6-2 |

# EXHIBIT L

# Settlement Agreement

The Arts & Technology Academy PCS and the parent, through counsel, agree to resolve the pending request for due process, pursuant to the following terms and conditions.

1. ATA agrees to convene a MDT/IEP/placement meeting during the first two weeks of the 2005-2006 school year to review the student's psycho-educational evaluation. The team will determine the student's eligibility and, if appropriate, draft an individualized education program and determine compensatory education.

2. The parent agrees to cooperate in all the procedures described in this Agreement, and in the scheduling and participation in a timely MDT/IEP meeting. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

3. If ATA is unable to comply with this agreement because of unforeseen circumstances beyond its control, ATA will request that Parent/Counsel agree to extend the deadlines or negotiate new timelines, whichever appropriate. Parent/Counsel will not unreasonably deny any such request for extension/renegotiation.

4. The parties agree that all notices shall be sent via first class mail to the mother, Ms. Tracey Cain, at 217 50th Street, NE, Apt. #31, Washington, D.C. 20019, and a fax communication to Attorney Roy Carleton Howell at fax number (202) 545-0525. All scheduling shall be coordinated between the parties.

5. This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including all claims that the parent now asserts or could have asserted as of the date of this agreement.

6. Parent/Counsel agrees to accept reasonable attorney fees in the amount of $4,000.00 from ATA in this matter as full and final payment of the attorney fees and related costs incurred in this matter. Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines, and all attorney's fee cap provisions applicable to DCPS.

7. The parent, through counsel, agrees to withdraw the pending requests for due process upon execution of this agreement. The parent, through counsel, agrees to forward a copy of the letter of withdrawal of the request for due process to all parties within 2 business days of execution of this Agreement.

8. ATA will pay reasonable attorney's fees within 30 days from the date of submission of the certified, itemized invoice.



07/15/2005  13:50    2029658913                BRUSTEIN & MANASEVIT                    PAGE  04

JUL-16-05  SAT 02:49 AM                                                                 P.04
07/15/2005  10:19    2029658913                BRUSTEIN & MANASEVIT                    PAGE  04

Agreed to:

_Christine D. Bell_    7/15/05

Ms. Christine D. Bell         Date
Counsel for Arts & Technology Academy

_signature_    15th JULY 2005

Mr. Roy C. Howell         Date
Parent's Counsel

# EXHIBIT M

*Copy For File*

### DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

MDT Referral Date: _____

Date 8/19/05

Letter of Invitation     Re: ▓▓▓▓▓▓▓▓▓

Dear **Ms Cain**

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:
ATA
5300 Blaine Street, NE
Washington, DC 20019

Please check one date for confirmation:
- [ ] Date: 8/26/05   Time: 10:00 ; or
- [ ] Date: 8/29/05   Time: 10:00 ; or
- [ ] Date: 8/30/05   Time: 10:00

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

- [ ] \*\*develop/review IEP (including consideration of extended school year (ESY) services
- [x] \*\*review evaluation or reevaluation information
- [ ] develop the student evaluation plan (SEP)
- [ ] discuss documented levels of service
- [ ] \*\*review records to support the completion of services as follows:
  - [ ] Graduated     [ ] Completed Services     [ ] Aged Out     [ ] Transferred Out of District     [ ] Dropped Out
  - [ ] Other: _____
- [ ] discuss placement
- [ ] determine manifestation
- [ ] discuss eligibility
- [ ] \*\*discuss CompEd
- [ ] \*consider transition services needs
- [ ] discuss quarterly review
- [ ] behavior plan review

**\*\*Placement will be discussed.**

MDT Members:
- [x] Principal or Designee
- [x] Parent
- [x] LEA Representative
- [ ] Student
- [x] General Education Teacher
- [x] Special Education Teacher
- [ ] Speech and Language
- [ ] Social Worker
- [x] Psychologist
- [ ] Other: _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact **Tara King** at **388-6811** (school telephone number). If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

\*After the third attempt to contact the parent, the meeting will be held without further notice.

Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).     [ ] Yes     [ ] No     Date _____

District of Columbia Public Schools     07-02-2001     Division of Special Education     MDT Letter of Invitation to the Parent   Page 1 of 3

*2ND Meeting Notice*

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

Date 8/30/05

MDT Referral Date: _____

Re: _____

**Letter of Invitation**

Dear *Ms. Chin*

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

*Arts & Technology*

**Please check one date for confirmation:**

☐ Date: 9/7/05 Time: 10:00 ; or
☐ Date: 9/8/05 Time: 10:00 ; or
☐ Date: 9/9/05 Time: 10:00

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

☐ \*\*develop/review IEP (including consideration of extended school year (ESY) services          ☐ \*\*discuss CompEd
☒ \*\*review evaluation or reevaluation information          ☐ discuss placement          ☐ \*consider transition services needs
☐ develop the student evaluation plan (SEP)          ☐ determine manifestation          ☐ discuss quarterly review
☐ discuss documented levels of service          ☐ discuss eligibility          ☐ behavior plan review
☐ \*\*review records to support the completion of services as follows:

☐ Graduated          ☐ Completed Services          ☐ Aged Out          ☐ Transferred Out of District          ☐ Dropped Out
☐ Other: _____

\*\*Placement will be discussed.

**MDT Members:**  ☒ Principal or Designee          ☒ General Education Teacher          ☒ Psychologist
                 ☒ Parent                      ☒ Special Education Teacher        ☐ Other: _____
                 ☒ LEA Representative           ☐ Speech and Language            _____
                 ☐ Student                      ☐ Social Worker                  _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact

_*Tara Jing*_ at _398-6811_ (school telephone number).

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

*               _____          *               _____

See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

\*After the third attempt to contact the parent, the meeting will be held without further notice.

Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____          Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).     ☐ Yes     ☐ No