IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

    Plaintiffs

v.

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al,.*

    Defendants.

Civil Action No. **1:05CV01773**
JUDGE: James Robertson

## PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO FILE THE ADMINISTRATIVE RECORD

1.) On 23rd September 2005 defendants agreed to the Scheduling Order. *See,* Defendant's Response To Plaintiff's Rule 16(d) Report, at p. 1.

2.) Pursuant to the Scheduling Order defendants were obligated to file the administrative record by 11th October 2005. *See,* Rule 16 (d) Report, at p. 3.

3.) Defendants have failed to file the administrative record.

4.) Plaintiffs move to compel defendants to file the administrative record within 15 days.

    Respectfully submitted,

    /s/ Roy Carleton Howell
    Roy Carleton Howell (415142)
    8003 Parkside Lane, NW
    Washington, D.C. 20012
    (202) 545-0755 – office
    (202) 545-7750 - home

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

      Plaintiffs

v.

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al,*.

      Defendants.

---

Civil Action No. **1:05CV01773**
JUDGE: James Robertson

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL
DEFENDANTS TO FILE THE ADMINISTRATIVE RECORD**

Where defendants agree to file the administrative record by 11th October 2005 per consent to a Rule 16 (d) Report and fail to do so, this Court has the equitable authority and powers to compel defendants to comply with their agreement.

      Respectfully submitted,

/s/ Roy Carleton Howell
Roy Carleton Howell (415142)
8003 Parkside Lane, NW
Washington, D.C. 20012
(202) 545-0755 – office
(202) 545-0750 - home

1