IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

      Plaintiffs

v.                                                                      Civil Action No. **1:05CV01773**
                                                                        JUDGE: James Robertson

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, et al,.

      Defendants.

## ORDER

Upon consideration of Plaintiffs' Motion to Compel Defendants to File The Administrative Record, any opposition thereto, and the entire record, it is the

_____ day of _____ 2005,

**ORDERED**, the Plaintiffs Motion is **GRANTED**;

**ORDERED**, that the Defendants file the administrative record in 15 days.

_____                    _____
Date                                                                United States District Judge

1