## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY CAIN ) <br> Parent and Next Friend of K.W., ) <br> And Parent and Next Friend of L.C. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ARTS & TECHNOLOGY ACADEMY ) <br> PUBLIC CHARTER SCHOOL, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 1:05 CV 01773 |

### DEFENDANT ARTS & TECHNOLOGY ACADEMY
### PUBLIC CHARTER SCHOOL'S RESPONSE TO PLAINTIFF'S
### MOTION TO COMPEL FILING OF ADMINISTRATIVE RECORD

Defendant Arts & Technology Academy Public Charter School (ATA) hereby responds to Plaintiff's Motion to Compel the Filing of Administrative Record. ATA is not able to file the record because the prior administrative action between the parties resulted in a settlement agreement. In support of this response, ATA states the following:

1, On or about June 6, 2005, Plaintiff filed a complaint and hearing request with the District of Columbia Public Schools (DCPS), the state educational agency for ATA.

2. A hearing was scheduled for July 20, 2005.

3. On or about July 15, 2005, the parties entered into a settlement agreement. See Exhibit L to Defendant's Motion for Summary Judgment.

4. Therefore a hearing never took place at the administrative level.

5.  Because the administrative proceeding initiated by the Plaintiff on June 6, 2005 resulted in a settlement agreement between the parties, the state educational agency did not create an administrative record.  <u>See</u> Affidavit of Christine Bell attached as Exhibit A.

6.  The parties have attached the relevant documents, including the hearing request and settlement agreement, as exhibits to the filings in the present action.

7.  Thereby, the relevant documents in at the administrative level proceedings between the parties have been entered into the current record.

Respectfully Submitted,

/s/
_____
Christine D. Bell (D.C. Bar No. 472629)
Brustein & Manasevit
3105 South Street, N.W.
Washington, D.C. 20007
Tele: 202-965-3652
Fax: 202-965-8913

Counsel for Arts & Technology
Academy Public Charter School

## CERTIFICATE OF SERVICE

    I hereby certify that on this 30[h] day of December 2005, a copy of the Defendant's Response to Plaintiff's Motion to Compel Filing of Administrative Record was served electronically to:

>Roy Carleton Howell
>8003 Parkside Lane, N.W.
>Washington, D.C. 20012

>/s/
>_____
>Christine D. Bell

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY CAIN ) <br> Parent and Next Friend of K.W., ) <br> And Parent and Next Friend of L.C. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ARTS & TECHNOLOGY ACADEMY ) <br> PUBLIC CHARTER SCHOOL, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 1:05 CV 01773 |

## AFFIDAVIT OF CHRISTINE BELL

I, Christine Bell, hereby declare the following:

1. I am over the age of eighteen.

2. On or about December 16, 2005, I contacted the records administrator for special education hearings for the District of Columbia Public Schools to obtain a copy of the administrative record from the action filed by Plaintiff on June 6, 2005.

3. I was informed that because the administrative proceeding resulted in a settlement agreement, DCPS, the state educational agency did not have an administrative record.

Signed under the pains and penalties of perjury this 30th day of December.

/s/

_____

Christine Diane Bell

5