IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

Plaintiffs

v.

Civil Action No. **1:05CV01773**
JUDGE: James Robertson

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al,.*

Defendants.

## ADMINISTRATIVE RECORD

Attached are the index and the administrative record from the Student Hearing Office of the District of Columbia Public Schools for this case *sub judice*. A copy of this notice was filed via the ECF system. A hard copy of the administrative record was filed in the Clerk's office and mailed to defendant's counsel.

Respectfully submitted,

*/s/ Roy Carleton Howell*
Roy Carleton Howell (415142)
8003 Parkside Lane, NW
Washington, D.C. 20012
(202) 545-0755 – office
(202) 545-0750 – home

1

## CERTIFICATE OF SERVICE

I, Roy Carleton Howell, hereby certify that on this 18th day of January 2006, a copy of the administrative record was mailed, postage prepaid, to defendant's counsel Christine D. Bell, 3105 South Street, NW, Washington, D.C. 20007.

*/s/ Roy Carleton Howell*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

    Plaintiffs

v.                                                      Civil Action No. 1:05CV01773
                                                        JUDGE: James Robertson

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al,.*

    Defendants.

### INDEX OF RECORD

| Description of Document | Page # Top corner |
|---|---|
| January 6, 2006 Memorandum from District of Columbia Public Schools Student Hearing Office providing the documents for the case of student Kenyahatta Wade. | 1. |
| June 6, 2005 Petitioner's Request For A Hearing filed with the Student Hearing Office of the District of Columbia. | 2. |
| July 8, 2006 fax from Roy Carleton Howell to Mrs. Newsome concerning the filing of Disclosure of Evidence & Witnesses. | 7. |
| July 8, 2005 Petitioner's Disclosure of Evidence & Witnesses. | 8. |
| July 15, 2005 fax from Roy Carleton Howell to Mrs. Newsome concerning Dismissal and settlement of case. | 25. |
| July 15, 2005 Petitioner's Notice of Settlement and Withdrawal of Petition Before the Student Hearing Office. | 26. |