## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

        Plaintiffs

    v.

       Civil Action No. 1:05CV01773
       JUDGE: James Robertson

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al*,.

        Defendants.

---

### PLAINITFF'S FIRST MOTION FOR ATTORNEY'S FEES

(1.)    Plaintiff motions for $3,600.00 in attorney's fees for the filing of the administrative record from the District of Columbia Public Schools' Student Hearing Office.

(2.)    Plaintiff files a memorandum, *Exhibit*, voucher and Order in support of this motion for attorney's fees for the filing of the administrative record.

        Respectfully submitted,

        */s/ Roy Carleton Howell*
        Roy Carleton Howell
        8003 Parkside Lane, NW
        Washington, D.C. 20012
        (202) 545-0755 – office
        (202) 545-0750 - home