IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

      Plaintiffs

v.	Civil Action No. **1:05CV01773**
	JUDGE: James Robertson

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al,.*

      Defendants.

**PLAINTIFF'S MEMORANDUM IN SUPPORT
OF FIRST MOTION FOR ATTORNEY'S FEES**

**(I)  FACTS:**

(1.)  On 23rd September 2005 defendants agreed to the Scheduling Order. *See, Defendant's Response to Plaintiff's Rule 16 (d) Report, at p. 1.*

(2.)  Pursuant to the Scheduling Order defendants were obligated to file the administrative record by 11th October 2005. *See, Rule 16 (d) Report, at p. 3.*

(3.)  Defendants have failed to file the administrative record.

(4.)  Defendant's statement that the government "did not create an administrative record" is misleading, incorrect and false. *See, Defendants' Response to Plaintiff's Motion to Compel Filing of Administrative Record, at p. 2.*

(5.)  Plaintiff secured the administrative record for this case, **sub judice**, from the District of Columbia Public Schools' Student Hearing Office. *See, Administrative Record, Index of Records, at p. 1.*

1

**(II)** *20 U.S.C. §1415 (PROCEDURAL SAFEGUARDS) (i) (2) (B)* **OF THE *IDEA* REQUIRE FEDERAL COURTS TO RECEIVE THE ADMINISTRATIVE RECORD:**

(6.)   *20 U.S.C. § 1415 Procedural Safeguards (i) (2) (B)* of the *IDEA* mandates a federal court to receive the records of the administrative proceedings. The cogent language from this statute provides the following:

> *(B) Additional requirements*
> In any action brought under this paragraph, the court-
> (i) shall receive the records of the administrative proceedings;

(7.)   Pursuant to ***Board of Education of the Hendrick Hudson Central School District v. Rowley, 458 U.S. 176, at p. 205 (1982)*** the United States Supreme Court has ruled that a federal court must obtain the administrative record.

(8.)   As an officer of this court, defendants' counsel's was legally obligated to file the administrative record with this federal court.

**(III)   PLAINTIFF HAS THE RIGHT TO ATTORNEY'S FEES FOR FILING THE ADMINISTRATIVE RECORD:**

(9.)   As aforementioned, it was defendants' counsel legal and ethical obligation to file the administrative record with this court, and said counsel failed.

(10.)   Plaintiff's counsel filed the administrative, and now moves for fees and costs.

(11.)   Plaintiff's counsel has 27 years of experience as an attorney, law professor, post graduate law professor, with many legal publications. *See, Exhibit # 1.* Pursuant to the "Laffey Matrix" formula for attorney's fees, plaintiff's counsel earns $400.00 an hour. ***Laffrey v. Northwestern Airlines, Inc., 572 F.Supp. 354 (D.D.C. 1983), aff'd in part, rev'd in part on other grounds, 746 F.2d 4 (D.C. Cir. 1984), cert. denied, 472 U.S. 1021 (1985).***

(12.)    Plaintiff's counsel worked 9 hours and therefore motions for $3,600.00 in fees pursuant to the "Laffey Matrix" formula. *See, Exhibit # 2.*

**(IV)    CONCLUSION:**

**Wherefore,** as a matter of law this court must grant plaintiff's counsel $3,600.00 in attorney's fees.

Respectfully submitted,

*/s/ Roy Carleton Howell*
Roy Carleton Howell
8003 Parkside Lane, NW
Washington, D.C. 20012
(202) 545-0755 – office
(202) 545-0750 - home

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

      Plaintiffs

v.

Civil Action No. **1:05CV01773**
JUDGE: James Robertson

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al,*.

      Defendants.

# *PLAINTIFF'S EXHIBIT*

# *NUMBER ONE*

1

## CURRICULUM VITAE

Roy Carleton Howell, B.S., J.D., LL.M.
8003 Parkside Lane, N.W.
Washington, D.C. 20012
(202) 545-0750

### EDUCATION
Georgetown University Law Center
Washington, D.C. 20001
Public Law
LL.M. Degree

Howard University Law School
Washington, D.C. 20008
Law Review
J.D. Degree

Kentucky State University
Frankfort, Kentucky 40601
Honors Graduate
B.S. Degree

### BAR MEMBERSHIP
New York State Bar, District of Columbia Bar, West Virginia Bar, United States Tax Court, United States Supreme Court, United States District Court for the District of Columbia, United States Circuit Court for the District of Columbia, United States District Court for the Southern District of West Virginia.

### EMPLOYMENT
Emerson Preparatory Institute
Washington, D.C. 20036
Part time Instructor – Taught Introduction to Law (Criminal Law, Business, Torts)

Murrell & Brown (firm terminated)
Washington, D.C. 20005
Branch Chief for Federal IDEA Litigation and Appeals
Reference: Arnolda Beaujuin, Esq., associate (202) 321-1324
Reference: Anna Forbes Towns, Esq. associate (301) 680-9166

The Legal Aid Society of Washington, D.C.
666 Eleventh Street, N.W.
Washington, D.C. 20001
Litigation in D.C. Superior Court and Administrative Agencies
Reference: Pat (Office Manager), (202) 628-1161

1

*Howard University School of Law*
*Washington, D.C. 20008*
*Adjunct Assistant Professor of Law – Taught MCJ Program*
*Reference: Mrs. Patricia A. Kidd (202) 806-8175*
*Character Reference: Professor Woodrow H. Berry, Esq. (304) 696-3058*

*University of Nairobi, Faculty of Law*
*Department of Private Law – Taught Evidence and Corporations, LL.B. Program*
*Nairobi Kenya, East Africa*
*Lecturer of Law – Taught Criminal Law, International Tax Problems, and Remedies*
*American Reference: Dr. Reuben Johnson, retired (973) 673-4901*

*United States House of Representatives 1983 Session*
*Congressman George Crockett of Detroit (deceased)*
*Washington, D.C.*
*Legislative Assistant – Judiciary Committee*
*Michigan Reference: Cyril C. Hall, Esq., (248) 333-7880, (248) 373-6765*

*Howard University School of Law*
*Washington, D.C 20008*
*Adjunct Assistant Professor – Taught Business Organizations, J.D. Program*
*Reference: Mrs. Patricia A. Kidd (202) 806-8175*
*Character Reference: Professor Woodrow H. Berry, Esq. (304) 696-3058*

*Federal Communications Commission*
*Washington, D.C.*
*Communications Attorney*
*References: Derrick A. DePass, J.D., retired, (202) 986-6761*

## PRIVATE PRACTICE OF LAW
*Roy Carleton Howell & Associates, private practice in D.C., N.Y. and W. Va. in the areas of EEOC and IDEA federal litigation, criminal law, torts, income taxation, wills & trusts, business law, and practice before state and federal administrative agencies and courts.*
*Professional Reference: Talib Abdus Shahid, Esq., (703) 739-4300*
*Professional Reference: D.C. Registrar of Wills, Connie Starks, Esq., (202) 491-5988*

## PUBLICATIONS
*Howell, Roy Carleton, "Structuring And Financing Foreign Investments: Advancement Of Black American Economic Interests," 21 Thurgood Marshall Law Review 275 (1996).*

*Howell, Roy Carleton, "The Mission Of Black Law Schools Toward The Year 2000," 19 North Carolina Central Law Journal 40 (1990).*

2

Howell, Roy Carleton, "Affirmative Action In Higher Education: Bakke Has Been Affirmed," 26 North Carolina Central Law Journal 38 (2003).

Howell, Roy Carleton, "International Extradition: The Canadian Example Of Justice And Fair Play," 4 Pace Yearbook of International Law 147 (1992).

Howell, Roy Carleton, "The Otieno Case: African Customary Law Versus Western Jurisprudence," 16 Southern University Law Review 231 (1981).

Howell, Roy Carleton, "The Creation Of The Association Of African-American Law Schools And Law Professors," 15 Thurgood Marshall Law Review 75 (1989-1990).

Howell, Roy Carleton, "The Individuals With Disabilities Education Act (IDEA): Reaching The Black Legal Community To Inform Black People Of Their IDEA Rights," 31 Southern University Law Review 85 (2003).

Howell, Roy Carleton, "Hidden Affirmative Action: How The Unqualified Get Into Elite American Universities," 21 Thurgood Marshall Law Review 173 (1995).

Howell, Roy Carleton, "Kenyan Jurisprudence: The Answer To Western Regulation Of In-Vitro-Fertilization," 17 Southern University Law Review 69 (1990).

Howell, Roy Carleton, "The New Legal Strategy For Black Americans In The Twenty First Century," 17 Thurgood Marshall Law Review 59 (1991).

Howell, Roy Carleton, "Requiem To A Defeated Civil Rights Bill: A Discussion Of The 1990 Civil Rights Act," 17 Southern University Law Review 227 (1990)

Howell, Roy Carleton, "International Telecommunications And The Law: The Creation Of Pan Africans Satellites," 31 Howard Law Journal 575 (1988).

Howell, Roy Carleton, "Representing The Indigent Acquired Immune Deficiency Syndrome Client," 23 Southern University Law Review 51 (1995).

Howell, Roy Carleton, "Village Of Arlington Heights v. Metropolitan Housing Development Corporation: Exclusionary Zoning," 21 Howard Law Journal 256 (1978).

Howell, Roy Carleton, "The Parental Claim For Loss Of Consortium Resulting From The Negligent Injury Of A Child," 19 Southern University Law Review 313 (1992).

Howell, Roy Carleton, *Little Chocolate Soldier.* (Huntington, West Virginia: University Editions, Inc. a division of Aegina Press: 1992).

**REFERENCES:**
Attorney Cyril C. Hall, Esq. (248) 333-7880

*Chief Probate Division, Registrar of Wills, Connie C. Starks, Esq. (202) 491-5988*
*Attorney Talib Abdus Shahid, Esq. (703) 739-4300*
*Attorney Arnolda Beaujuin, Esq. (202) 321-1324*
*Law Professor Woodrow H. Berry, Esq., (304) 696-3058, (304) 617-6889*
*Attorney Anna Forbes Towns, Esq., (301) 680-9166*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

    Plaintiffs

v.                                 Civil Action No. **1:05CV01773**
                                     JUDGE:  James Robertson

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al,*.

    Defendants.

# *PLAINTIFF'S EXHIBIT*

# *NUMBER TWO*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

    Plaintiffs

v.

Civil Action No. **1:05CV01773**
JUDGE: James Robertson

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, et al,.

    Defendants.

## VOUCHER

| Date | Description | Time |
|---|---|---|
| 3rd January 2006 | investigation and research | 30 minutes |
| 6th January 2006 | investigation and research | 1 hour |
| 9th January 2006 | review of records & research | 1 hour |
| 11th January 2006 | legal writing & drafting | 2 hours |
| 14th January 2006 | legal writing & drafting | 4 hours |
| 15th January 2006 | documents review & editing | 30 minutes |

9 hours x $400.00 per hour = $3,600.00

*/s/ Roy Carleton Howell*

1