IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY CAIN,
Parent and Next Friend of K. W.,
And Parent Next Friend of L.C.

    Plaintiffs

v.

Civil Action No. **1:05CV01773**
JUDGE: James Robertson

ARTS & TECHNOLOGY ACADEMY
PUBLIC CHARTER SCHOOL, *et al,*.

    Defendants.

## ORDER

Upon consideration of Plaintiff's First Motion For Attorney's Fees, any opposition thereto, and the entire record, it is the _____ day of _____ 2006,

**ORDERED**, the Plaintiffs' Motion for Attorney's Fee is hereby **GRANTED**;

**ORDERED**, that the Defendants will immediately pay plaintiff's counsel Roy Carleton Howell $3,600.00.

_____       _____
Date       United States District Judge

1