**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

TRACY CAIN, *et al.*,              :
                                   :
        Plaintiffs,                :
                                   :
    v.                             :  Civil Action No. 05-1773 (JR)
                                   :
ARTS & TECHNOLOGY ACADEMY PUBLIC :
CHARTER SCHOOL, *et al.,*           :
                                   :
        Defendants.

**<u>ORDER</u>**

For the reasons stated in the accompanying memorandum, the defendant's motion to dismiss for lack of jurisdiction [8] is **granted**.

JAMES ROBERTSON
United States District Judge